FILED

2003 OCT 21 A 11: 23

DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA K. BLUMENSCHINE, | : | CIVIL ACTION NO. 302CV2244 DJS |
| Plaintiff, | : | |
| vs. | : | |
| PROFESSIONAL MEDIA GROUP LLC | : | OCTOBER 20, 2003 |
| Defendant. | : | |

MOTION (ON CONSENT) FOR ENLARGEMENT
OF TIME TO FILE DISPOSITIVE MOTION

Defendant Professional Media Group LLC, with the agreement and consent of plaintiff, requests this Court to enlarge the parties' time to file a dispositive motion from October 31, 2003 to on or before December 9, 2003. Defendant additionally requests that all other pertinent dates in the current Scheduling Order (dated June 27, 2003) be adjusted accordingly. In support of this motion, defendant states that:

1. This is defendant's <u>first</u> request for any enlargement of time in this case. Counsel for plaintiff has stated that he

consents to this motion and to the requested extension of time.

2. The entire discovery schedule has been completed according to the Court's Scheduling Order.

3. The requested extension of time is needed to make a full and adequate presentation on the planned motion, which defendant believes should dispose of this case. In the final month of discovery, five depositions were taken and those transcripts have just been received and need to be considered in preparation of the motion. Adequate presentation of the motion will lead to more efficient management of the case.

Wherefore, defendant respectfully requests that this motion be granted.

Defendant Professional Media
Group LLC

By: _____
Michael L. Ferch (CT24764)
Minogue Birnbaum LLP
237 Elm Street
New Canaan, CT 06840
(203) 966-6916

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed to the following counsel of record on October 20, 2003:

>Scott R. Lucas, Esq.
>Martin, Lucas & Chioffi, LLP
>177 Broad Street
>Stamford, CT  06901

_____
MICHAEL L. FERCH