## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LISA K. BLUMENSCHINE**<br>    **Plaintiff** | : |
| v. | : CIVIL NO.: 3:02cv2244(DJS) |
| **PROFESSIONAL MEDIA GROUP, LLC**<br>    **Defendant** | : |

### ORDER

The Defendant's Motion (on Consent) For Enlargement of Time to File Dispositive Motion (Doc. #19) is hereby **GRANTED**. Dispositive motions shall be filed by **December 9, 2003** and if no dispositive motion is filed, the parties shall file their joint trial memorandum by **January 9, 2004**. This case shall be trial ready **February, 2004.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   12th   day of November, 2003.

                                            /s/DJS\
                                            Dominic J. Squatrito\
                                            United States District Judge