FILED

2003 DEC -9 A 11: 10

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA K. BLUMENSCHINE, | : | CIVIL ACTION NO. 302CV2244 DJS |
| Plaintiff, | : | |
| vs. | : | |
| PROFESSIONAL MEDIA GROUP LLC, | : | DECEMBER 8, 2003 |
| Defendant. | : | |

### DEFENDANT PROFESSIONAL MEDIA GROUP LLC'S MOTION FOR SUMMARY JUDGMENT

Defendant Professional Media Group LLC hereby moves this Court, pursuant to Federal Rules of Civil Procedure, Rule 56(c), for summary judgment in favor of defendant on the First through Ninth Causes of Action in plaintiff's complaint on the ground there are no genuine issues of material fact, and defendant is entitled to judgment as a matter of law.

This motion is based on the accompanying Affirmation of Michael L. Ferch, Esq., dated December 8, 2003, and its separate Exhibit binder, the annexed Local Rule 9(c)1 Statement of Material Facts, the accompanying Memorandum of

Law, dated December 8, 2003, and on all of the pleadings and papers on file in this action.

                DEFENDANT PROFESSIONAL MEDIA
                GROUP LLC

By: _____
    Thomas E. Minogue (CT06845)
    MINOGUE BIRNBAUM LLP
    Attorneys for Defendant
    237 Elm Street
    New Canaan, CT 06840
    (203) 966-6916

**CERTIFICATION**

    This is to certify that a copy of the foregoing was sent by Federal Express to the following counsel of record on December 8, 2003:

        Scott R. Lucas, Esq.
        Martin, Lucas & Chioffi, LLP
        177 Broad Street
        Stamford, CT  06901

                         MICHAEL L. FERCH