UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA K. BLUMENSCHINE, | : | CIVIL ACTION NO. |
| | : | 302 CV 2244 (DJS) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| SUN MICROSYSTEMS, INC., | : | |
| | : | DECEMBER 8, 2003 |
| Defendant. | : | |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT

Pursuant to Rule 56 of the Rules of Federal Procedure and Local Rule 9(c), plaintiff Lisa K. Blumenschine moves for summary judgment as to liability on counts 4 through 9 of plaintiff's Complaint. Together with plaintiff's Memorandum of Law, plaintiff relies upon the Statement of Material Facts about which there is no genuine issue of material fact and the exhibits submitted herewith, which collectively demonstrate a lack of any genuine dispute and plaintiff's entitlement to judgment on said counts as matter of law (leaving only the issue of appropriate damages on the retaliation claim).

By _____
Scott R. Lucas (ct00517)
Mary Alice S. Canaday (ct17608)
Michel Bayonne (ct24628)
*Attorneys for Plaintiff*
*Lisa K. Blumenschine*
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com
mcanaday@mlc-law.com
mbayonne@mlc-law.com

## CERTIFICATE OF SERVICE

This is to certify that on this 8th day of December, 2003, a copy of the foregoing was mailed, first class, postage prepaid, to:

George P. Birnbaum, Esq.
Thomas P. Minogue, Esq.
Michael L. Ferch, Esq.
Minogue Birnbaum LLP
237 Elm Street
New Canaan, CT 06840
Phone: (203) 966-6916
Fax: (203) 966-6917

Scott R. Lucas