UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA K. BLUMENSCHINE, | : | CIVIL ACTION NO. |
| | : | 302 CV 2244 (DJS) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| SUN MICROSYSTEMS, INC., | : | |
| | : | DECEMBER 8, 2003 |
| Defendant. | : | |

**PLAINTIFF'S APPENDIX OF EXHIBITS**
**IN SUPPORT OF SUMMARY JUDGEMENT**

| *EXHIBIT* | *DESCRIPTION* |
|---|---|
| A | [Defendant's] Statement of Facts to Connecticut Commission on Human Rights and Opportunities ("CHRO") dated May 16, 2002 |
| B | Excerpts from Deposition of William Ziperman dated September 16, 2003 |
| C | Excerpts from Deposition of Daniel Kinnaman dated September 26, 2003 |
| D | Excerpts from Deposition of Joseph Hanson dated September 30, 2003 |
| E | Excerpts from Deposition of Daniel Shannon dated September 24, 2003 |
| F | Excerpts from Deposition of Lisa K. Blumenschine dated May 28, 2003 |
| G | Excerpts from Deposition of Daniel Boucher dated September 24, 2003 |
| H | Offer letter to Lisa Blumenschine from William Ziperman dated January 7, 2000 |
| I | Defendant's Answer dated February 25, 2003 |

| EXHIBIT | DESCRIPTION |
|---|---|
| J | Memorandum from Bill Ziperman to "all@promediagrp.com" dated September 26, 2001 Re: "Lisa Blumenschine's Promotion" |
| K | Affidavit of Daniel Shannon dated May 16, 2002 |
| L | [Plaintiff's] Reply to [Defendant's] CHRO Answer dated May 30, 2002 |
| M | "Sales by Issue" documents produced by defendant allegedly reflecting plaintiff's "poor sales" [FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER ENTERED IN THIS ACTION ON 6/12/03] |
| N | Offer letter [to DS] dated December 28, 2001 [FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER ENTERED IN THIS ACTION ON 6/12/03] |
| O | Offer letter [to TT] dated December 28, 2001 [FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER ENTERED IN THIS ACTION ON 6/12/03] |
| P | Offer letter [to DB] dated February 21, 2002 [FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER ENTERED IN THIS ACTION ON 6/12/03] |
| Q | Serrano v. Runyon, 1997 WL 718976 (D.Conn. 1997) |
| R | Mahoney v. Augenstern, 1998 WL 764465 (Conn.Super. 1998) |
| S | Jewett v. General Dynamics Corp., 1997 WL 255093 (Conn.Super. 1997) |
| T | Bombard v. Industry Riggers, Inc., 1998 WL 13935 (Conn.Super. 1998) |

| EXHIBIT | DESCRIPTION |
|---|---|
| U | <u>Rothman v. Pratt & Whitney Aircraft</u>, 1994 WL 50882 (Conn. Super. 1994) |

By _____
Scott R. Lucas (ct00517)
Mary Alice S. Canaday (ct17608)
Michel Bayonne (ct24628)
*Attorneys for Plaintiff*
*Lisa K. Blumenschine*
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com
mcanaday@mlc-law.com
mbayonne@mlc-law.com

## CERTIFICATE OF SERVICE

This is to certify that on this 8th day of December, 2003, a copy of the foregoing was mailed, first class, postage prepaid, to:

George P. Birnbaum, Esq.
Thomas P. Minogue, Esq.
Michael L. Ferch, Esq.
Minogue Birnbaum LLP
237 Elm Street
New Canaan, CT 06840
Phone: (203) 966-6916
Fax: (203) 966-6917

Scott R. Lucas