**<u>EXHIBIT B</u>**

1              UNITED STATES DISTRICT COURT

2                  DISTRICT OF CONNECTICUT

3      * * * * * * * * * * * * * * *            COPY

4      LISA K. BLUMENSCHINE,              *

5                  Plaintiff,             *

6          vs.                           *      Civil Action No.
                                                302 CV 2244(DJS)
7      PROFESSIONAL MEDIA GROUP, LLC,    *

8                  Defendant.             *

9      * * * * * * * * * * * * * * *

10                                     Stamford, CT

11                                     September 16, 2003

12                                     10:03 a.m.

13

14                            - - -

15              DEPOSITION OF WILLIAM ZIPERMAN
                              - - -

16     APPEARANCES:

17         FOR THE PLAINTIFF:

18                    MARTIN, LUCAS & CHIOFFI
                      BY:  SCOTT LUCAS, ESQ.
19                         MICHAEL BAYONNE, ESQ.
                           177 Broad Street, 16th Floor
20                         Stamford, CT 06904

21         FOR THE DEFENDANT:

22                    MINOGUE BIRNBAUM, LLP
                      BY:  THOMAS E. MINOGUE, JR., ESQ.
23                         237 Elm Street
                           New Canaan, CT 06840
24

25

                        CAMPANO & ASSOCIATES
                     COURT REPORTING SERVICES

1    any, with regard to discrimination issues?

2        A    It was, you know, typically a topic, but I

3    don't really remember any specifics.

4        Q    When you began with Professional Media six

5    years ago, it wasn't called Professional Media; is that

6    correct?

7        A    That's correct.  It was called Educational

8    Media.

9        Q    Education or Educational?

10       A    Educational Media, with an L, LLC.

11       Q    Is that an LLC?

12       A    Yes.  Both are LLCs.

13       Q    Was the change to Pro Media just a name

14   change or is it a different company?

15       A    It was a name change because some of the

16   focus of the company had changed.

17       Q    So Professional Media and Educational Media,

18   except for the name, are the same company?

19       A    Yes.

20       Q    When you began six years ago, what products

21   did Educational Media have?

22       A    It had a single magazine called *Curriculum*

23   *Administrator*.

24              THE WITNESS:  Is it possible to get

25   some water?

13

1    Q    Is that different than Primedia?

2    A    It was a company that was purchased by a

3 company called Cowles Business Media, then purchased by

4 Primedia.

5    Q    Do you know how many years Ms. Blumenschine

6 and your wife worked for the same company?

7    A    I do not.

8    Q    Is that the context in which you met

9 Ms. Blumenschine?

10    A    I may have.

11    Q    Do you recall meeting her at a corporate

12 function for Primedia?

13    A    I do not.

14    Q    Do you have any recollection of when the

15 first time is that you met Ms. Blumenschine?

16    A    I don't know the first time I met her.

17    Q    Do you recall what Ms. Blumenschine's last

18 position was at Primedia?

19    A    I know that she was a salesperson on *Direct*

20 *Magazine*, but I don't know if that was her last

21 position.

22    Q    Well, you recruited Ms. Blumenschine to come

23 over to Professional Media from Primedia; is that

24 correct?

25    A    Yes.

1    Q    Do you recall when you first contacted her

2    in that regard?

3    A    I actually had my wife contact her.  We were

4    looking to interview salespeople, and Lisa had been

5    recommended.

6    Q    Who had recommended?

7    A    Well, my wife certainly had.  And there were

8    others.

9    Q    So did you ask your wife to contact Lisa to

10   gauge her interest?

11   A    Yes.

12   Q    You did?

13   A    Yes.

14   Q    Did she report back to you?

15   A    Yes.

16   Q    Did she tell you Lisa was interested?

17   A    Yes.

18   Q    What happened next?

19   A    We set up an interview.

20   Q    Did you call Ms. Blumenschine to set up that

21   interview?

22   A    Yes.

23   Q    Do you recall when that was?

24   A    Specifically, no.

25   Q    You had obviously met Ms. Blumenschine

1     A     It was a matter of weeks, I believe.

2     Q     If I told you she started working in January

3   of 2000, would that refresh your recollection?

4     A     Oh, I guess then it would have been probably

5   in November or December.

6     Q     Okay.  What do you recall about that meeting

7   at Dunkin' Donuts?

8     A     Well, I remember that Lisa was not happy in

9   her current position.  I explained to her what we were

10  trying to do with *Matrix*.  She expressed an interest.

11  She asked if she would have the opportunity to earn

12  $150,000, and she also asked if there was the potential

13  for being -- eventually becoming associate publisher.

14  The job we were discussing was national sales manager.

15    Q     How did you respond to those inquiries?

16    A     I told her that we had salespeople who

17  earned in excess of $150,000, you know, based on their

18  ability to sell advertising in our magazines.  And

19  that, yes, you know, we look to promote from within

20  whenever possible.

21    Q     Did you review for her what the duties would

22  be of national sales manager?

23    A     We discussed them.  But -- yes.

24    Q     What do you recall discussing about that?

25    A     I really don't remember.

1    Q     Did you give her a list of duties and

2    responsibilities of national sales manager?

3              MR. MINOGUE:  At that time?

4    A     No.

5              MR. LUCAS:  Yes, at that time.

6    A     But Lisa was a national sales manager in her

7    current magazine, so there was . . . .

8    Q     Did you indicate to her what her salary

9    would be?

10    A     She told me what she was looking for.  I

11    don't believe, you know, that we had discussed actual

12    money at that point.

13    Q     She was looking for about 150,000; is that

14    correct?

15    A     She was looking for the opportunity to earn

16    150,000.  You know, a combination of salary and

17    commission.

18    Q     How did you leave -- first of all, how long

19    was that meeting?

20    A     I don't remember.  You know, I would guess

21    45 minutes or longer.

22    Q     Was anyone else present besides the two of

23    you?

24    A     No.

25    Q     Which Dunkin' Donuts was that?  Where was it

```
 1        Q       When did you next speak with
 2   Ms. Blumenschine about working at Professional Media?
 3        A       I really don't remember.
 4        Q       At some point she began working at
 5   Professional Media, correct?
 6        A       Yes.  We clearly had conversation.  I just
 7   don't remember the details.  We clearly had
 8   conversations, and we made her an offer in writing.
 9        Q       Do you recall anything about those other
10   conversations?  For example, how many there were?
11        A       I don't believe there were very many.
12        Q       Do you know if they were face to face or
13   over the phone?
14        A       I'm sorry.  I just don't remember.
15        Q       Do you know if anyone else was involved in
16   any of those conversations?
17        A       Again, I don't remember.
18        Q       Did you have the authority to make the
19   decision whether to hire Ms. Blumenschine?
20        A       No.
21        Q       Who did?
22        A       Well, Joe Hansen is the managing owner of
23   the company, so I never have done anything without
24   consulting with Joe.  And also the publisher of the two
25   magazines was Dan Kinnaman.
```

CAMPANO & ASSOCIATES
COURT REPORTING SERVICES

1    Q    So she had an 80,000 salary, 60,000

2  nonrecoverable draw against commissions, correct?

3    A    I think that's correct.

4    Q    So that's a total of 140,000 a year?

5    A    That was for the first year.

6    Q    That wasn't the 150,000 she was looking for,

7  correct?

8    A    She was looking for the opportunity to earn

9  150,000.  You know, salespeople -- you know, I mean --

10  a sales job involves risk and reward.  Salespeople who

11  sell advertising pages are rewarded with commission,

12  and so -- as I said, we had one salesperson that earned

13  over $200,000, but they sold a lot of pages.

14    Q    She was being more than just a salesperson.

15  She was being a sales manager, correct?

16    A    National sales manager is a sales job.

17    Q    There are other duties besides just selling,

18  correct?

19    A    There are -- every salesperson has other

20  responsibilities besides selling.

21    Q    But a national sales manager has specific

22  managerial duties that other salespeople don't have,

23  correct?

24    A    Supervisory rather than managerial, I would

25  say.  We offered her -- I mean, she was helpful in

CAMPANO & ASSOCIATES
COURT REPORTING SERVICES

1          A      No.

2          Q      You're firm in your recollection it started

3    out as a nonrecoverable?

4          A      Yes.

5          Q      That carried over beyond the initial year,

6    did it not?

7          A      Yes.

8                 MR. LUCAS:   Off the record for a

9    second.

10                (Discussion held off the record.)

11                (Whereupon, the Letter dated January 7,

12   2000, to Lisa Blumenschine from William Ziperman, was

13   marked as Plaintiff's Exhibit A for identification.)

14         Q      Let me show you what I've marked as Exhibit

15   A.  Do you recognize that document?

16         A      Um-hum, yes.

17         Q      Is that your signature on the bottom of it?

18         A      Yes.

19         Q      Did you create this document?

20         A      Yes.

21         Q      Do you recall when you created it?

22         A      Well, sometime just before January 7th, I

23   would assume.

24         Q      Did you give this to Ms. Blumenschine?

25         A      Yes.

1        Q     Do you know whether you handed it to her or

2    mailed it to her?

3        A     I believe I handed it to her, but I'm not

4    positive.

5        Q     Do you recall where you were when you handed

6    it to her?

7        A     I do not.

8        Q     Was it at that Dunkin' Donuts meeting?

9        A     No, I don't believe so.

10              There was an attachment to this, I believe.

11   But that's the part that's lost.

12       Q     The attachment to this is lost?

13       A     Yes.

14       Q     When did you first realize it was lost?

15       A     When there was the action in front of that

16   government commission.

17       Q     So you looked for it and couldn't find it at

18   that point?

19       A     Yes.

20       Q     I noticed in production there are other

21   salespeople that have folders, commission folders, if

22   you will.

23       A     Um-hum.

24       Q     I don't know what the term is.  But folders

25   with the commission calculations and reconciliations in

26

1     them; is that correct?

2          A     Yes.

3          Q     Is it the practice of Professional Media to

4     maintain that type of folder for salespeople?

5          A     Yes.

6          Q     Did you maintain that type of folder for

7     Ms. Blumenschine?

8          A     Yes, I thought.

9          Q     No one can find it?

10         A     We had a change of financial people and so

11    the -- somewhere in that change -- I also kept copies

12    on my computer, but I must have overwritten it because

13    I don't have a copy.

14         Q     You've done a computer search and can't find

15    any documents?

16         A     Right.

17         Q     And you've done a physical search and you

18    can't find the folder that may or may not have been

19    kept of Ms. Blumenschine's commissions?

20         A     Right.

21         Q     Do you recall ever seeing a folder with

22    Ms. Blumenschine's name on it containing