1    Q    Can you explain that for me?
2    A    I review commission payments, so -- it's not
3  that I see the folders. I see the contents in terms of
4  proving commissions.
5    Q    She received a check every month, correct?
6    A    That was a draw against commission.
7    Q    Was there ever a reconciliation performed, a
8  draw against actual commission?
9    A    There was, but there were no commissions.
10   Q    Did you perform that reconciliation?
11   A    No.
12   Q    Did you see that reconciliation?
13   A    No. It was just obvious.
14   Q    Do you know whether an actual physical
15 reconciliation was ever drafted up?
16   A    In writing?
17   Q    Yes.
18   A    I don't believe so.
19   Q    What would be in this folder that you think
20 existed?
21        MR. MINOGUE: Object to form.
22        You can answer if you recall.
23   A    Repeat the question, please.
24   Q    What do you recall being in this folder that
25 you can't locate, if anything?

1       MR. MINOGUE: Object to the form.
2   A   Again, I never saw these commission folders
3   until this lawsuit occurred. I mean, it was something
4   that our financial person used as a way of keeping
5   track of things. I simply saw documents that pertained
6   to commission payments and reviewed them quarterly,
7   before the payments were made.
8   Q   You never saw any of those types of
9   documents for Ms. Blumenschine, correct?
10  A   No. And the reason, as I said before, is in
11  the year 2000 the performance did not exceed or come
12  close to meeting the commission plan. And I never got
13  to put together a commission plan for the year 2001
14  because the sales of the magazine just didn't justify
15  commissions.
16  Q   You have on this Exhibit A several bullet
17  points with duties listed after them. Do you see that?
18  A   Yes.
19  Q   Were those the duties you anticipated the
20  national sales manager to perform?
21  A   Yes.
22  Q   Then in the paragraph following those bullet
23  points, you indicate "The commission [slash] bonus plan
24  will be as previously discussed and informally
25  documented."

1　Wendy Donen, D-o-n-e-n, to Melanie Jenkins, I've marked
2　as Exhibit E.
3　　　　I just want to show you those two documents.
4　　A　Okay.
5　　Q　Are those the types of commission
6　reconciliations you were referring to earlier that
7　you've seen for other salespeople but have not seen for
8　Ms. Blumenschine?
9　　A　I don't recall seeing them for
10　Ms. Blumenschine, no.
11　　Q　But you have seen them for Terry Nelson,
12　correct?
13　　A　Yes.
14　　Q　And you did see it for Melanie Jenkins?
15　　A　Yes.
16　　Q　Looking at Terry Nelson's, Exhibit D --
17　　A　Yes.
18　　Q　-- can you walk me through how to read this?
19　For example, it says, starting with the line that says
20　for two issues, September, October 2000, it says "see
21　attached statements." Underneath that, Commissionable
22　Sales, there's two columns, Year To Date, Year To Date
23　Pages. Then it says "Your Sales." What would that
24　refer to?
25　　A　It looks like she put down the dollar value

```
 1   of her sales for those two issues, which is --
 2       Q    "She" being Lynn Keeler?
 3       A    Yes.
 4       Q    Who was Lynn Keeler?
 5       A    She was our financial manager.
 6       Q    She would copy you on these reports?
 7       A    Yes.
 8       Q    How often would you get these reports?
 9       A    Quarterly.
10       Q    Would you get them on all salespeople?
11       A    Typically, yes.
12       Q    You didn't get any on Ms. Blumenschine?
13       A    Now that I see all these, I have my doubts,
14   but I don't remember.
15       Q    You did not see them for Ms. Blumenschine?
16       A    I don't really remember.
17       Q    When you said you had your doubts, what were
18   you referring to?
19       A    If you had asked me before looking at these
20   if I had seen them for Terry Nelson, I would have said
21   no as well.
22       Q    Well, you've searched your records for these
23   types of documents for Ms. Blumenschine, right?
24       A    Right.
25       Q    None have turned up, right?
```

41

1　　A　　If you don't have any, none have turned up.

2　　Q　　But yet you have these for all other

3　salespeople, correct?

4　　A　　Correct.

5　　　　　She did have a different type of sales plan

6　than these people.

7　　　　　MR. MINOGUE: There's no question

8　pending.

9　　Q　　How was it different?

10　　A　　She had an overall quota which included

11　her -- an overall magazine quota for the year 2000,

12　which included her territory.

13　　Q　　Her quota was a magazine-wide quota?

14　　A　　Right.

15　　Q　　Okay.

16　　　　　(Whereupon, the Multipage document headed

17　"Sales by Issue" was marked as Plaintiff's Exhibit F

18　for identification.)

19　　Q　　I show you what I've marked as Exhibit F, a

20　document produced by your company, by your employer,

21　bearing Bates numbers 1036 through 1050. And I'll ask

22　whether you can identify this packet of documents for

23　me.

24　　A　　How so?

25　　Q　　Do you know what they are?

1  that time, is she not?
2       A    She was gone, but she had a small amount of
3  sales that she had done before she left.
4       Q    So Terry sold, dollar-wise, sold one-third
5  more than Lisa?
6       A    Yes.
7       Q    Over the history of the magazine; is that
8  correct?
9       A    By these numbers it looks like it, yes.
10      Q    And George sold about 20 of what Lisa sold,
11 right?
12      A    That's correct.
13      Q    Those are -- F was produced as the total
14 accumulation of documents utilized to make the decision
15 to terminate Lisa's employment. Are you aware of that?
16      A    Excuse me?
17      Q    F was in response to a document request to
18 produce the documents relied upon in making the
19 decision to terminate Ms. Blumenschine's employment.
20           Are there any other documents that you know
21 of that were relied upon in terminating
22 Ms. Blumenschine's employment?
23      A    I wouldn't say documents, but -- I mean, the
24 information --
25      Q    That's my question, just documents. Are

49

1  there any other documents?
2      A    No, I don't believe so. But --
3           MR. MINOGUE: There's no question
4  pending.
5      Q    Now, at some point in 2001 you had a
6  conversation with Lisa about discontinuing her
7  nonrecoverable draw; is that correct?
8      A    Yes.
9      Q    When was that conversation?
10     A    I believe it was on or about -- in April of
11 2001.
12     Q    Who was present during that conversation?
13     A    Just Lisa and myself.
14     Q    Where did that conversation occur?
15     A    In my office.
16     Q    How long was that conversation?
17     A    I don't recall.
18     Q    What do you recall saying to Lisa and she to
19 you?
20     A    Well, what I explained to her was that, you
21 know, that sales on *Matrix* were very, very
22 disappointing and not improving, and I was having
23 difficulty getting together a commission plan for her
24 with the sales so poor. I -- I don't remember if it
25 was that particular conversation or later

50

1　conversations, but I asked for her recommendations as
2　to what she thought could go into a commission plan.
3　But I told her that we were discontinuing the draw
4　against commission because I did not see how she could
5　earn commission in excess of the draw without improved
6　performance of the magazine. And I did tell her I was
7　trying to put together a commission plan, but I was
8　struggling with it.
9　　Q　So you're saying, We're stopping the
10　commission plan you're under, which is 5,000
11　nonrecoverable draw?
12　　A　That was not a commission plan. I had
13　allowed the draw to continue while I was trying to put
14　together a commission plan.
15　　Q　What's the definition of a commission plan,
16　as you're using it? I just want to understand.
17　　A　Basically a revenue objective or set of
18　objectives that would result in a payment, you know,
19　for meeting those objectives.
20　　Q　Up to that point, had you set a correlation
21　between her payment and objectives?
22　　A　Yes.
23　　Q　Where are those located?
24　　A　Well, that's the document that's missing.
25　　Q　That was on overall magazine sales?

1    A    I believe it was.

2    Q    All right. And what you were telling her

3  was you had to come up with a different set of

4  parameters because the magazine wasn't achieving the

5  sales you had hoped, correct?

6    A    Yes.

7    Q    And was it your intent to make this

8  commission, when you came up with it, retroactive to

9  that April date?

10   A    Retroactive to the beginning of the year.

11   Q    Okay. And did you ever come up with such a

12 commission plan?

13   A    I did not. The sales of the magazine kept

14 declining.

15   Q    Did she make inquiry of you from time to

16 time --

17   A    Yes.

18   Q    -- as to whether the commission plan --

19   A    Sorry.

20   Q    Let me start again.

21   A    Sure.

22   Q    Did she make inquiry of you from time to

23 time as to whether the commission plan you were working

24 on was completed?

25   A    Yes.

1    Q    What did you tell her?

2    A    I told her I was struggling with it because
3 the sales of the magazine were declining. I mean, we
4 were already paying our salespeople, in salary,
5 approximately 50 percent of the revenue of the
6 magazine. Typically, you try to have all sales
7 expenses under 20 percent. With *Curriculum*
8 *Administrator* those numbers are in the teens. So this
9 magazine was underperforming for the number of
10 salespeople we had and how much revenue they were
11 bringing in.

12    Q    But it wasn't your intent to drop
13 Ms. Blumenschine's total compensation package down to
14 80,000, was it?

15    A    She had already gotten the additional 20.

16    Q    Down to a hundred?

17    A    Right.

18    Q    It wasn't your intent for the year to drop
19 it down to a hundred, was it?

20    A    No, if sales had increased and given me
21 something to hang my hat on. In retrospect I'm sorry I
22 hadn't come up with a commission plan like I had for
23 *eMarketing*. I had given them a two-year plan because
24 of different timing. None of them made commission, but
25 they had plans. We wouldn't be having this

1  conversation if I had estimated it earlier. I was
2  chasing a second target.
3      Q    But as far as you understood, Lisa came away
4  from your meeting in April with an understanding that
5  you were discontinuing the nonrecoverable draw, but she
6  would wait to hear from you as to the basis her
7  compensation would be going forward?
8      A    Yes. Commission going forward.
9      Q    Her total compensation package is what I was
10 referring to.
11      Yes?
12     A    Yes.
13     Q    Okay. And then in September you made a
14 decision to promote Lisa, correct?
15     A    Yes.
16     Q    Who was involved in that decision?
17     A    Myself, Joe Hansen, and Dan Shannon.
18     Q    How many conversations were there by and
19 among those three people about promoting Lisa?
20     A    Well, there were discussions on how we were
21 going to reorganize functions after September 11th. We
22 had shut down *eMarketing* as a magazine. So I -- you
23 know, it was several discussions.
24          In addition, Dan Kinnaman had asked to
25 resign some of his responsibilities as group publisher

1  and had -- he was only going to work for us as a
2  part-time publisher as well, so we were trying to
3  reassign responsibilities.
4  Q    Up to that point Dan Kinnaman had been a
5  person Lisa Blumenschine reported to, correct?
6  A    Correct.
7       He went to work for a company called USA
8  Video as well.
9  Q    But he also shifted off *Matrix* to *Curriculum*
10 *Administrator*?
11 A    He already was the group publisher of -- he
12 became the publisher of only --
13 Q    He dropped *Matrix* from his responsibilities?
14 A    Correct.
15 Q    And therefore dropped supervision of Lisa?
16 A    Correct.
17 Q    And Dan Shannon had been running *eMarketing*,
18 which basically went belly up, correct?
19 A    Yes.
20 Q    That's because of lack of sales, right?
21 A    Yes.
22 Q    But he was placed in charge of publishing
23 for *Matrix*?
24 A    Yes.
25 Q    And Lisa began reporting to him?