**EXHIBIT C**

1

```
 1              UNITED STATES DISTRICT COURT

 2             FOR THE DISTRICT OF CONNECTICUT

 3
       * * * * * * * * * * * *
 4
     LISA K. BLUMENSCHINE,        *         COPY
 5
              Plaintiff           *
 6
        VS.                       *   3:02 CV 2244(DJS)
 7
     PROFESSIONAL MEDIA            *
 8   GROUP, LLC,
                                  *
 9            Defendant
       * * * * * * * * * * * *
10
                                       Stamford, CT
11
                                       September 26, 2003
12
                                       10:00 A.M.
13

14                            - - -
                  DEPOSITION OF DANIEL KINNAMAN
15                            - - -

16
     APPEARANCES:
17
        FOR THE PLAINTIFF:
18
              MARTIN, LUCAS & CHIOFFI
19            BY:  SCOTT LUCAS, ESQ.
                   177 Broad Street
20                 Stamford, CT  06904

21      FOR THE DEFENDANT:

22            MINOGUE BIRNBAUM LLP
              BY:  THOMAS E. MINOGUE, JR., ESQ.
23                 237 Elm Street
                   New Canaan, CT  06840
24

25
```

CAMPANO & ASSOCIATES
COURT REPORTING SERVICES

1  A. Yes.
2  Q. When you went part time, were you still
3  working with District Administration?
4  A. Yes. Prior to that, I had been
5  publisher of both District Administration which
6  was still called Curriculum Administrator at that
7  time and MATRIX magazine.
8  Q. When did you start your role as
9  publisher of MATRIX magazine?
10 A. I was the publisher from the beginning
11 of the magazine.
12 Q. Early 2000 or before that?
13 A. The magazine was first published in June
14 of 2000 the premier issue.
15 Q. I take it your role it didn't start with
16 the publication, correct, it started with the
17 wrap-up for the publication?
18 A. Exactly.
19 Q. Approximately when would that have been?
20 A. I don't remember when our first
21 discussions were but we had certainly decided that
22 we were going to publish that magazine sometime in
23 the fall of 1999.
24 Q. When did you begin hiring for that
25 magazine?

1    A.   I don't recall the first date of hire.
2    Q.   Would it be in 1999?
3    A.   It could have been.  I believe it was.
4    Q.   As publisher taken up to September of 01
5 of both MATRIX and District Administration or
6 Curriculum Administrator, were you still on the
7 same level as Mr. Ziperman?
8    A.   Yes.
9    Q.   You still reported directly to Mr.
10 Hanson?
11   A.   Yes.
12   Q.   When did you meet Ms. Blumenschine?
13   A.   I believe our -- the first time I met
14 Lisa was at her interview in our offices.
15   Q.   Do you recall when that was?
16   A.   I don't recall the exact date.  I
17 believe it was probably sometime in January of
18 2000.
19   Q.   And who was at that interview?
20   A.   As far as I recall myself, Bill
21 Ziperman, Joe Hanson and Lisa Blumenschine.
22   Q.   What do you recall about that interview?
23   A.   Not a lot in particular.  We were
24 interviewing many people for many different
25 positions in those days.  If I remember correctly,

1  it was late in the day. I believe she came after
2  work. I don't remember anything particular.
3      Q. It was Mr. Ziperman who had been
4  instrumental at soliciting her as an employee of
5  Professional Media Group?
6      A. I don't know.
7      Q. Do you know how she came to be at the
8  interview?
9      A. I know there's a number of people in
10 magazine publishing and sales and so on in this
11 area and Mr. Hanson has been known here for many
12 years so I don't know people's individual paths to
13 how they find out there were jobs. We advertised
14 job openings and different people at different
15 magazines told friends. I don't know anyone's
16 exact path.
17     Q. You don't know how Ms. Blumenschine
18 arrived there?
19     A. I do not.
20     Q. Do you know what position you were
21 interviewing her for?
22     A. We were interviewing her for a sales
23 position.
24     Q. Any sales position or a specific one?
25     A. I believe at that time we had determined

1  that it would be a sales position for MATRIX
2  Magazine.
3       Q.   Do you recall anything at all about what
4  was said at the interview?
5       A.   I do not other than it was a pretty
6  standard interview process.
7       Q.   How long was the standard interview
8  process typically?
9       A.   I couldn't tell you the exact number of
10 minutes. If I had to guess, I would say we
11 generally went from 45 minutes to an hour and a
12 half.
13      Q.   Would you typically discuss salary in
14 that first interview?
15      A.   Generally not unless the person being
16 interviewed requested information about it.
17      Q.   Do you recall whether Ms. Blumenschine
18 did?
19      A.   I do not recall.
20      Q.   Do you recall how the interview ended?
21 In other words, were there any follow-up agreed to
22 after the end of the interview?
23      A.   I don't recall.
24      Q.   When was the next time you saw Ms.
25 Blumenschine?

```
 1       A.    I do not remember.
 2       Q.    Do you recall whether she was offered a
 3  position?
 4       A.    She was offered a position at some
 5  point. I don't know.
 6       Q.    Do you recall what position she was
 7  offered?
 8       A.    I don't know the exact conversation but
 9  the position that she was offered was eventually
10  National Sales Director.
11       Q.    Whose decision was it whether to offer
12  her a position or not?
13       A.    It was a collective decision among the
14  three of us.
15       Q.    Did anybody have veto power or final
16  say?
17       A.    Mr. Hanson always has veto power.
18       Q.    You were in favor of hiring Ms.
19  Blumenschine?
20       A.    Yes.
21       Q.    Do you recall any discussions with
22  either Mr. Ziperman or Mr. Hanson about
23  compensation for Ms. Blumenschine?
24       A.    I do not recall specific discussions.
25  We were always talking about structuring the sales
```

1    before.
2         Q.   This document indicated that Ms.
3    Blumenschine -- take your time and look through
4    it.  But after the bullet points, it indicated she
5    had a monthly salary that would equal $80,000 and
6    a commission/bonus plan.  Do you see that?
7         A.   Do I see where it is written here?
8         Q.   Yes.
9         A.   I do.
10        Q.   Do you have any knowledge about that
11   commission/bonus plan?
12        A.   No specific knowledge.  If you ask me to
13   tell you what percent, at what level of sales she
14   was scheduled to receive, I could not tell you
15   that.
16        Q.   Do you know whether it was recoverable
17   or nonrecoverable payment?
18        A.   I believe that especially with a
19   start-up magazine, we would have provided some
20   type of nonrecoverable draw as part of the
21   commission structure.
22        Q.   And do you have any knowledge as to what
23   those two components the $80,000 a year plus the
24   nonrecoverable draw totalled for Ms. Blumenschine?
25        A.   I do not know the amount of the

1  ever seen that document before?
2      A.  I would say no.
3      Q.  You know what I did on this document.
4  Flip through it because the first two pages are
5  March 1999 document. After that there's a 2001
6  document, and then a 2002 document. They are
7  stapled together because they all appear to be
8  employment agreements of some sort for Melanie
9  Jenkins.
10     A.  I didn't look at the name on the top.
11 What is your question?
12     Q.  Have you ever seen any of these
13 documents before?
14     A.  I don't recall.
15     Q.  Have you ever seen a document of this
16 type for Ms. Blumenschine?
17     A.  I don't recall.
18     Q.  So if you ever saw one, you don't
19 remember as you sit here today, is that correct?
20         MR. MINOGUE:  The question stands
21 as answered. He doesn't recall. Where do we go
22 from there?
23     Q.  So to your knowledge you have never seen
24 a specific commission schedule for Ms.
25 Blumenschine that you can specifically recall?