**EXHIBIT F**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------X
LISA K. BLUMENSCHINE,              :
        Plaintiff       ,:     **ORIGINAL**
VS.                                :   NO. 802CV2244 DJS
PROFESSIONAL MEDIA GROUP,          :
        Defendant       ,:
----------------------------------X

D E P O S I T I O N

    THE DEPOSITION OF LISA K. BLUMENSCHINE, taken on behalf of the Defendant, pursuant to the Federal Rules of Civil Procedure, before Melodie Ajello, Registered Professional Reporter, Notary Public within the State of Connecticut, on the 28th day of May, 2003, at 10:05 a.m, at the offices of MINOGUE & BIRNBAUM, 237 Elm Street, New Canaan, Connecticut, 06905.

GOLDFARB AND AJELLO REPORTING SERVICES
24 East Avenue #1372
New Canaan, Connecticut 06840

Dec. 9. 2003 12:45PM    MARTINLUCASCHIOFFI                                     No.1672   P. 31
Case 3:02-cv-02244-HBF    Document 27-13    Filed 12/09/2003    Page 3 of 10

Page 26

1    Q.    Did the terms of your compensation after you
2    joined the Hanson Publishing Company change in any respect
3    during the course of your tenure there?
4    A.    Yes. Well, there were quite a few changes.
5    At the point that I joined Hanson, I believe it had just
6    been sold to Kohl's Business Media, and there was a
7    transition with top management, people coming in and
8    people going out, and as the management changed, so did
9    the terms of the employment.
10   Q.    Were those changes with respect to the terms
11   of employment documented in any fashion that you recall?
12   A.    I do recall that they had an HR department.
13   Q.    When you say "they," who do you mean?
14   A.    "They" meaning Hanson that became Kohl's
15   Business Media. It was a large company, and they did have
16   active -- an active HR department.
17   Q.    To the best of your recollection, from the
18   time that you arrived at what you thought to be Hanson,
19   when did the acquisition by Kohl's take place in terms of
20   your arrival, or had it taken place?
21   A.    I believe it had taken place. I believe I
22   started in March, and I believe that the changes were
23   taking place less obviously at that point, and then we
24   transitioned into different management.
25   Q.    And you stayed on until 1992?

Dec. 9. 2003 12:46PM    MARTINLUCASCHIOFFI                    No.1672    P. 32
Case 3:02-cv-02244-HBF    Document 27-13    Filed 12/09/2003    Page 4 of 10

Page 27

| | | |
|---|---|---|
| 1 | A. | That's correct. |
| 2 | Q. | And why did you leave? |
| 3 | A. | I was recruited to work for the competitor. |
| 4 | Q. | And what was the name of the competitor? |
| 5 | A. | DM News. |
| 6 | Q. | I'm sorry? |
| 7 | A. | DM News. |
| 8 | Q. | And who recruited you? |
| 9 | A. | Ron Sickler. |
| 10 | Q. | And he was a person that you worked with at |
| 11 | Hanson/Kohl's? | |
| 12 | A. | Yes. |
| 13 | Q. | And he had gone to work with DM News? |
| 14 | A. | Yes. |
| 15 | Q. | And he thereafter contacted you about your |
| 16 | going to work for DM News? | |
| 17 | A. | Yes. |
| 18 | Q. | Who owned DM News, if you knew? |
| 19 | A. | Adrian Courtney. |
| 20 | Q. | Where was DM News based? |
| 21 | A. | In Manhattan. |
| 22 | Q. | And what was the nature of your job when you |
| 23 | took up with DM News? | |
| 24 | A. | I worked for DM News, and my |
| 25 | responsibilities were similar to what they had been for | |

Dec. 9. 2003 12:46PM    MARTINLUCASCHIOFFI                     No.1672   P. 33
Case 3:02-cv-02244-HBF    Document 27-13    Filed 12/09/2003    Page 5 of 10

Page 29

1   newspaper as opposed to a magazine, but it reached the
2   same market.
3        Q.   Direct marketing?
4        A.   Direct marketing.
5        Q.   And did the customer base that you were
6   familiar with in your prior job overlap into the --
7        A.   Definitely.
8        Q.   Did you have any type of employment
9   agreement that restricted your competition when you took
10  office or you took over your new job at the DM?
11       A.   No.
12       Q.   You weren't bound by any restrictions?
13       A.   Absolutely not.
14       Q.   You could sell to the same previous
15  customers that you sold to on behalf of Direct, correct?
16       A.   That's correct.
17       Q.   All right.
18       A.   As I recall.
19       Q.   How long did you remain at DM?
20       A.   From 1992 through 1996.
21       Q.   To whom did you report?
22       A.   I had various people I reported to.
23       Q.   Okay.  Tell me their names, to the best you
24  can recall them.
25       A.   I reported to Ron Sickler, I reported to Al

Dec. 9. 2003 12:46PM    MARTINLUCASCHIOFFI                              No.1672   P. 34
Case 3:02-cv-02244-HBF    Document 27-13    Filed 12/09/2003    Page 6 of 10

Page 30

1   Delasandro, and then I reported to Adrian Courtney, he was
2   the first person that promoted me to a management
3   position, and then I reported to David Bayard,
4   B-A-Y-A-R-D.
5       Q.   And did anybody report to you?
6       A.   Yes.
7       Q.   Okay. How many people?
8       A.   Not initially, but during the course of my
9   employment -- I came in as a senior person -- I met
10  whatever requirements were met, and I was promoted.
11      Q.   To a management position?
12      A.   Yes.
13      Q.   And how would you characterize the
14  distinction between a sales position and a management
15  position as it pertained when you were promoted?
16      A.   I had supervisory responsibility over other
17  staff, and I also had responsibility for sales reports and
18  directing sales efforts.
19      Q.   And the nature of the territory that you had
20  management responsibility over, could you describe that
21  for me, please?
22      A.   The nature?
23      Q.   What was the extent of the territory?
24      A.   Okay. Again, it changed during the course
25  of employment. It was very similar to what I had had at

Dec. 9. 2003 12:47PM    MARTINLUCASCHIOFFI                No.1672   P. 35
Case 3:02-cv-02244-HBF    Document 27-13    Filed 12/09/2003    Page 7 of 10

Page 43

```
 1       Q.      Do you remember what year?
 2       A.      1998.
 3       Q.      After you met her husband, did you yourself
 4  socialize at all with Mr. and Mrs. Ziperman?
 5       A.      No.
 6       Q.      Your next interaction with Mr. Ziperman was
 7  when?
 8       A.      When he called me.
 9       Q.      Out of the blue?
10       A.      Yes.
11       Q.      Okay.  So you were surprised to receive his
12  call?
13       A.      Yes.
14       Q.      You didn't get a heads-up at all from his
15  wife, that her husband would be calling you about a
16  prospective opening?
17       A.      No, no.  I know that she had -- I believe
18  she had called one of my colleagues, who mentioned it to
19  me, but I don't believe that Ellen had called me.
20       Q.      What was the name of the colleague?
21       A.      Jamie Tomasic.
22       Q.      Last name?
23       A.      T-O-M-A-S-I-C.
24       Q.      And what did you understand Mr. Tomasic to
25  say?
```

Dec. 9. 2003 12:47PM    MARTINLUCASCHIOFFI                              No.1672   P. 36
Case 3:02-cv-02244-HBF    Document 27-13    Filed 12/09/2003    Page 8 of 10

Page 46

```
1       A.      I would say that's fair.
2       Q.      All right.  And do you recall what he said?
3       A.      No.
4       Q.      And what did you understand to be the job he
5   was offering you?
6       A.      Well, it was as national sales manager, that
7   was my understanding, to assume responsibility for a new
8   publication that was going to come into the market, geared
9   to the leadership of higher education.  And my
10  understanding was that I would have some responsibility in
11  directing the sales efforts, hiring the sales staff,
12  developing the collateral literature and in the sales
13  efforts.
14      Q.      Did you understand that you yourself would
15  be selling?
16      A.      Yes.
17      Q.      What did you think, what did you understand
18  to be the product that you would be selling?
19      A.      The publication that I just mentioned.  The
20  magazine that I just described.
21      Q.      What was the name of the magazine?
22      A.      Advertising.  It was, at that point the
23  magazine was Matrix.
24      Q.      So you understood from these conversations
25  and ultimately from Mr. Ziperman, correct me if I'm wrong,
```

Dec. 9. 2003 12:47PM    MARTINLUCASCHIOFFI                         No.1672   P. 37
Case 3:02-cv-02244-HBF   Document 27-13   Filed 12/09/2003   Page 9 of 10

Page 60

1   reassessment was taking place.
2       Q.      Well, specifically, was there any discussion
3   with respect to your sales efforts?
4       A.      No.
5       Q.      You don't recall any discussions?
6       A.      I recall no discussion.
7       Q.      Did you take any notes at all during the
8   course of that meeting?
9       A.      I don't recall.
10      Q.      Did you otherwise document in any way the
11  discussion you had with Mr. Ziperman relating to the
12  alteration of the unrecoverable draw, whatever the word
13  was that you used?  Let me rephrase that.
14              Mr. Ziperman told you that the commission
15  was -- unrecoverable commission was -- nonrecoverable
16  commission was going to be withdrawn?
17      A.      All commission.
18              MR. LUCAS:  Objection.
19      Q.      What did -- question withdrawn.
20              What did Mr. Ziperman tell you?
21      A.      The commission program -- actually, he said
22  he had to discontinue the commission program at that point
23  in time, that Joe was taking a long hard look at finances
24  because of the E-marketing Magazine, and he would be
25  working to put together another program and would get back

Dec. 9. 2003 12:48PM    MARTINLUCASCHIOFFI                    No.1672   P. 38
Case 3:02-cv-02244-HBF    Document 27-13    Filed 12/09/2003    Page 10 of 10

Page 61

1   to me.
2       Q.      Was there any discussion from Mr. Ziperman
3   or from anybody else at that time, at the time you
4   received that information, about your lack of sales
5   performance?
6               MR. LUCAS:  Asked and answered.
7       A.      No.
8       Q.      The answer is?
9       A.      The answer is, there was no discussion.
10      Q.      Did you document your conversation with
11  Mr. Ziperman at all, take notes?
12              MR. LUCAS:  Objection.  Asked and
13              answered.
14      Q.      Did you take notes at that meeting?
15      A.      In my head I'm sure I did.  I recall.
16      Q.      Did you record that meeting in any way?
17      A.      I may have recorded it in my agenda, I don't
18  know.
19      Q.      What do you mean by that?
20      A.      I have a book where I document things that
21  I've done, my expenses, my appointments, I could have
22  documented in there.
23      Q.      Where is that book at the present time?
24      A.      I really wish I new.  I've moved, I've
25  rearranged.  I don't know.  It could be in my attic