**EXHIBIT G**

```
                                                                          1

 1                  UNITED STATES DISTRICT COURT

 2                     DISTRICT OF CONNECTICUT

 3       * * * * * * * * * * * * * * * *

 4      LISA K. BLUMENSCHINE,             *

 5               Plaintiff,               *

 6        vs.                             *    Civil Action No.
                                               302 CV 2244(DJS)
 7      PROFESSIONAL MEDIA GROUP, LLC,    *

 8               Defendant.               *

 9       * * * * * * * * * * * * * * * *

10                                         Stamford, CT

11                                         September 24, 2003

12                                         9:55 a.m.

13
                              - - -
14             DEPOSITION OF DANIEL XAVIER BOUCHER
                              - - -
15

16

17      APPEARANCES:

18         FOR THE PLAINTIFF:

19                  MARTIN, LUCAS & CHIOFFI
                    BY:  SCOTT LUCAS, ESQ.
20                       MICHAEL BAYONNE, ESQ.
                         177 Broad Street, 16th Floor
21                       Stamford, CT 06904

22         FOR THE DEFENDANT:

23                  MINOGUE BIRNBAUM, LLP
                    BY:  THOMAS E. MINOGUE, JR.
24                       237 Elm Street
                         New Canaan, CT 06840
25

                      CAMPANO & ASSOCIATES
                    COURT REPORTING SERVICES
```

COPY

Dec. 9. 2003 12:52PM    MARTINLUCASCHIOFFI                        No.1672   P. 49
Case 3:02-cv-02244-HBF   Document 27-15   Filed 12/09/2003   Page 3 of 9

32

1	A	I have no idea. Sometime after I joined the
2	company.
3	Q	In the early stages --
4	A	Yeah, relatively early.
5	Q	Does it say that Dan Kinnaman is still an
6	employee of Professional Media Group?
7		MR. MINOGUE: I'll object to the form
8	of that. It says what it says.
9	A	I guess it does. I mean, I don't know.
10	Q	What I'm getting at is, had you taken over
11	Dan Kinnaman's position?
12	A	On the publishing side, he was still
13	going -- apparently had quite a few contacts in the
14	industry, and they didn't, you know, want to totally,
15	you know, eliminate his relationship with the
16	publication because they believed it might hurt some of
17	those relationships. So he -- you know, you can be an
18	editor in Timbuktu and do it all electronically. You
19	don't have to be day-to-day, in a publisher position,
20	to be in daily contact with the sales staff and/or, you
21	know, go out and make joint sales calls and --
22		. I also would like to add that the publisher
23	position at Professional Media Group -- and
24	"publisher's" a very vague title -- in the true sense
25	it's like a general manager. In Professional Media

Dec. 9. 2003 12:52PM    MARTINLUCASCHIOFFI                    No.1672   P. 50
Case 3:02-cv-02244-HBF   Document 27-15   Filed 12/09/2003   Page 4 of 9

33

1  Group, it was more like running sales, with some
2  indirect input into editorial, no input into
3  circulation or distribution or design. You know, so --
4  you know . . . .
5       Q    So would you say that, you know, for Dan
6  Shannon sales was also a big part of his -- running
7  sales was a big part of his position?
8       A    You have to ask Dan Shannon.
9       Q    He's the publisher. You said publishers --
10      A    Right. And it's a very, very vague title
11 there, in terms of what the actual details of the
12 position was, you know.
13           (Whereupon, there was a pause in the
14 proceedings.)
15      A    You know, just to address this. This was a
16 company that I think was looking at making changes in
17 structure, in sales effort, in marketing, so on and so
18 forth. You know, in the very short period of time that
19 I was there lots of changes took place, you know. You
20 know, Dan Shannon relinquished his publisher
21 responsibilities, so to speak, at least the title, to
22 me, you know. So lots of things were changing at the
23 time. You know, they were changing their focus from
24 curriculum to technology. That was an ongoing process.
25 So, you know . . . .

Dec. 9. 2003 12:52PM    MARTINLUCASCHIOFFI    No.1672   P. 51
Case 3:02-cv-02244-HBF   Document 27-15   Filed 12/09/2003   Page 5 of 9

34

```
 1      Q    Dan Shannon relinquished his publishing?
 2      A    At some point in the few months I was there,
 3   yes.
 4      Q    What did Dan Shannon do at that point?
 5      A    He worked on special projects.  VP of
 6   development, or business development, I guess.  Special
 7   projects, custom publishing.
 8      Q    Was he still a publisher?
 9      A    By title, no.  By function, probably.
10      Q    By title, what was he?
11      A    He was vice president of business
12   development.
13      Q    Had you ever heard of a position of
14   associate publisher?
15      A    Of course I have.  I've been in the business
16   for 20 years.
17      Q    What is an associate publisher?
18              MR. MINOGUE:  Where?  New York Times
19   or --
20      A    It depends.
21      Q    At Professional Media.
22      A    Don't know as we ever discussed it at
23   Professional Media.
24      Q    In your experience with Professional
25   Media --
```

Dec. 9. 2003 12:53PM    MARTINLUCASCHIOFFI                          No.1672   P. 52
Case 3:02-cv-02244-HBF   Document 27-15   Filed 12/09/2003   Page 6 of 9

35

1   A    An associate publisher could be in charge of
2   publishing. An associate publisher could be in charge
3   of sales. An associate publisher could be the editor.
4   An associate publisher could just have general
5   responsibilities under the publisher or under the group
6   publisher. It depends on the company and the, I guess,
7   job specifications for that particular individual or
8   that particular position.
9   Q    Is it a managerial position?
10  A    Usually.
11  Q    You joined now in March --
12  A    Right.
13  Q    -- of '01.
14       Or 02?
15  A    '02. Thank you.
16  Q    You are the publisher and you're in charge
17  of what?
18  A    I'm the group publisher in charge of --
19  well, if you would look at this memo, all right, I'm
20  over Dan Shannon and I'm over Joe Hansen. If you don't
21  see the humor in that, then we've all got a problem.
22  You know, Joe Hansen is the owner of the company. So,
23  I mean, again, I think the titles and responsibilities
24  were just relatively vague. It was a very small
25  company.

61

1                     C E R T I F I C A T E

2      STATE OF CONNECTICUT

3      JUDICIAL DISTRICT OF ANSONIA/MILFORD

4

5              I, LYNNE STEIN, Notary Public within and for
       the State of Connecticut, duly commissioned and
6      qualified, do hereby certify that pursuant to Notice,
       DANIEL XAVIER BOUCHER, the deponent herein, was by me
7      first duly sworn to testify the truth, the whole truth
       and nothing but the truth of his knowledge touching and
8      concerning the matters in controversy in this case;
       that he was thereupon carefully examined upon his oath
9      and his testimony reduced to writing by me; and that
       the deposition is a true record, to the best of my
10     ability, of the testimony given by the witness.

11             I further certify that I am neither attorney
       or counsel for, nor related to or employed by, any of
12     the parties to the action in which this deposition is
       taken, and further that I am not a relative or employee
13     of any attorney or counsel employed by the parties
       thereto, or financially interested in the action.

14
               IN WITNESS WHEREOF, I have hereunto set my
15     hand this 7th day of October, 2003, at Milford,
       Connecticut.

16

17

18

19

20

21

22
       My Commission Expires:    LYNNE STEIN, Lic. No. 00110
23     January 31, 2004          Notary Public
                                 State of Connecticut
24

25

CAMPANO & ASSOCIATES
COURT REPORTING SERVICES

# **EXHIBIT H**

# Curriculum Administrator
EDUCATION TRENDS, ISSUES, RESOURCES & TECHNOLOGY

January 7, 2000

Ms. Lisa Blumenschine
16 Lake Street- Apt. 3F
White Plains NY, 10603

Dear Lisa:

It is our pleasure to offer you the position of National Sales Manager on our new higher education magazine, *MATRIX*. Our goal is to create the leading magazine for college and university leaders covering the latest in technology and administrative trends and directions. We feel you would be the ideal person to help us meet this goal.

You will have responsibility for the overall sales effort on this magazine including the following specifics:
- Develop overall sales/marketing strategy for *MATRIX*.
- Sales responsibility for the Eastern Territory and certain selected key accounts.
- Participate in the selection and hiring of the additional members of the sales team.
- Participate in the development of sales support materials, i.e. media kit, editorial calendar, promotional materials, etc.
- Participate in the development of business show participation/attendance approach.
- Supervision of overall sales effort.

Your monthly salary will be $6,666.66 for the year 2000. The commission/bonus plan will be as previously discussed and informally documented. (I will write it up in detail and send it to you next week) You are eligible for full time employee benefits as described in our benefits documentation (previously provided).

Your expected start date is January 31, 2000. We would however, welcome you anytime before if circumstances were to permit.

Lisa, we are all so pleased to have you join us. It is an exciting time of growth and expansion for us and your participation is eagerly anticipated.

Sincerely yours,

*[signature]*

William J. Ziperman
General Manager