## *VERIFICATION*

STATE OF CONNECTICUT    )
                        )    SS:    STAMFORD
COUNTY OF FAIRFIELD     )

*Lisa K. Blumenschine*, being duly sworn, hereby deposes and says:

1. I am over the age of 18 and believe in the obligation of an oath to tell the truth.

2. I am the plaintiff herein and have personal knowledge of all the facts stated in the foregoing Verified Reply to Respondent's Answer and Affidavits.

3. I have read and reviewed the statements of fact made in the foregoing Verified Reply, and said statements are true and accurate to the best of my present knowledge and belief, except as to matters stated on information and belief, and as to those, I believe them to be true.

_____
Lisa K. Blumenschine

Subscribed and sworn to before me this
20th day of May, 2002.

_____
Commissioner of the Superior Court

BONNIE K. FORD-WOJNA
*NOTARY PUBLIC*
MY COMMISSION EXPIRES 01/31/2007

5

**EXHIBIT 1**

Lynn Keeler

**From:** "BILL ZIPERMAN"
**To:** <all@promediagrp.com>
**Sent:** Wednesday, September 26, 2001 3:15 PM
**Subject:** Lisa Blumenschine's Promotion

I'm pleased to announce that Lisa Blumenschine has been promoted to Associate Publisher for Matrix.

This is good news for Matrix. Lisa has been with Matrix since its launch and has done a terrific job helping the book get established in the higher education market. She has contributed greatly to Matrix' steady growth and this new position will allow her to use more of her skills as we move the magazine to the next level. Lisa will, in addition to continue growing her own territory, support and manage the sales effort. She will also continue to play a key role in positioning the magazine and developing collateral sales material.

Lisa has enjoyed great success in the past working for a number of magazines including, Operations & Fulfillment, DM News, Catalog Age and Direct. I look forward to her leveraging this experience for a more successful Matrix.

9/26/01

**EXHIBIT 2**



January 7, 2000

Ms. Lisa Blumenschine
16 Lake Street- Apt. 3F
White Plains NY, 10603

Dear Lisa:

It is our pleasure to offer you the position of National Sales Manager on our new higher education magazine, *MATRIX*. Our goal is to create the leading magazine for college and university leaders covering the latest in technology and administrative trends and directions. We feel you would be the ideal person to help us meet this goal.

You will have responsibility for the overall sales effort on this magazine including the following specifics:
- Develop overall sales/marketing strategy for *MATRIX*.
- Sales responsibility for the Eastern Territory and certain selected key accounts.
- Participate in the selection and hiring of the additional members of the sales team.
- Participate in the development of sales support materials, i.e. media kit, editorial calendar, promotional materials, etc.
- Participate in the development of business show participation/attendance approach.
- Supervision of overall sales effort.

Your monthly salary will be $6,666.66 for the year 2000. The commission/bonus plan will be as previously discussed and informally documented. (I will write it up in detail and send it to you next week) You are eligible for full time employee benefits as described in our benefits documentation (previously provided).

Your expected start date is January 31, 2000. We would however, welcome you anytime before if circumstances were to permit.

Lisa, we are all so pleased to have you join us. It is an exciting time of growth and expansion for us and your participation is eagerly anticipated.

Sincerely yours,

*[signature]*

William J. Ziperman
General Manager

**EXHIBIT 3**

## Professional Media Group LLC

## EMPLOYEE MANUAL-BENEFITS

### HEALTH INSURANCE

#### Medical
Medical coverage may be elected by full-time employees (and for their dependants) starting the 1st of the month following employment. The cost to the employee is $50.00 per month ($25.00 withheld per paycheck) for employee coverage only, and $100.00 per month (50.00 withheld per paycheck) for employee plus dependants coverage for both Medical and Dental. (The cost is withheld pre-tax in accordance with IRS Sec. 125) The plan is in effect as of 3/1/01 and is with Anthem Blue Cross & Blue Shield. It is an HMO, but you can go outside the network of doctors. A separate summary of the plan is attached. You must make your election within 30 days of employment. If you do not, you may subsequently enroll during our open enrollment period at the anniversary date (February).

You may look for doctors in the plan at the website: www.anthem-inc.com

#### Dental
Dental coverage may be elected by full-time employees (and for their dependants) starting the 1st of the month following employment for preventive and basic service. Preventive service is covered 100% and basic service is covered 80% after the deductible of $50.00 per person up to 3 people.

Effective after one year of service, major service is then covered. Major service is covered 50% after the deductible. The maximum benefit amount per person, per calendar year is $1,000.00.

### DISABILITY AND LIFE INSURANCE

Eligibility for short-term disability, long-term disability, and life insurance begins the 1st of the month following employment. There is presently no cost to the employee for this coverage. Short-term disability is paid 60% of salary up to $1,000.00 per week for a maximum of 26 weeks. Long-term disability is paid 60% of salary up to $6,000.00 per month. Certain conditions and restrictions apply. Life insurance is at one times salary up to $100,000. You must make your election by the eligibility date.

### 401(k) PLAN

Eligibility for participation in the company plan begins on the first day of the calendar quarter following completion of six months of full-time employment. Description of the plan along with investment options may be obtained from the Accounting Department. You must make your election by the eligibility date. You may also rollover a previous plan into this one. There are no time limitations for this.

In 1998 and 1999, the company contributed 50 cents for every dollar contributed by employees up to 6%. The vesting timetable for employer contributions is as follows:

| Years of service | % vested |
|---|---|
| 2 | 20% |
| 3 | 40% |
| 4 | 60% |
| 5 | 80% |
| 6 | 100% |

The company contribution has been suspended indefinitely.

### QUESTIONS??

If you have questions regarding any benefit matters, please contact Lynn Keeler, at 203-847-7200 x108.

Employee Manual-benefits.doc

*Decide to be healthy.*

Visit our website at www.anthem.com

### BlueCare POS
### $15/$250/$75/$100
*Benefits at a Glance*

|  | In Network<br>*You pay:* | Out-of-Network<br>*You pay:* |
|---|---|---|
| Office Visit (OV) Copayment | $15 per visit | Deductible & Coinsurance |
| Specialist Visit (SV) Copayment | $25 | Deductible & Coinsurance |
| Hospital (HO) Copayment | $250 | Deductible & Coinsurance |
| Urgent Care (UR) Copayment | $50 | Not covered |
| Emergency Room (ER) Copayment – *waived if admitted* | $75 | $75 |
| Outpatient Surgery (OS) Copayment | $100 | Deductible & Coinsurance |
| Annual Deductible (*individual/2-member family/3+ member family*) | Not applicable | $400/$800/$1200 |
| Coinsurance |  | 30% after deductible up to |
| Coinsurance Maximum (*individual/2-member family/3+ member family*) |  | $2,000/$4,000/$6,000 |
| Lifetime Maximum | Unlimited | $1,000,000 |

### PREVENTIVE CARE

| | | |
|---|---|---|
| Well child care*<br>*Birth to 12 years*<br>*All others* | No Charge<br>OV Copayment | Not covered |
| Periodic, routine health examinations* | OV Copayment | |
| Routine eye exams – *one exam every 24 months, no referral required* | SV Copayment | |
| Routine OB/GYN visits – *one exam per year, no referral required* | SV Copayment | Deductible & Coinsurance |
| Mammography* | No Charge | |
| Hearing screening – *as part of the preventive exam* | OV Copayment | Not covered |

### MEDICAL CARE

| | | |
|---|---|---|
| Primary care office visits | OV Copayment | Deductible & Coinsurance |
| Specialist consultations | SV Copayment | |
| OB/GYN care – *no referral required* | SV Copayment | |
| Maternity care – *initial visit subject to copayment, no charge thereafter* | SV Copayment | |
| Laboratory | No charge | |
| X-ray and Diagnostic Testing<br>*In office*<br>*In hospital, stand-alone procedure* | No charge<br>SV Copayment | |
| Allergy Services<br>*Office visits/testing*<br>*Injections—80 visits in 3 years* | SV Copayment<br>No charge | |

### HOSPITAL CARE – *Prior authorization required.*

| | | |
|---|---|---|
| Semi-private room | HO Copayment | Deductible & Coinsurance |
| Maternity and newborn care | HO Copayment | |
| Skilled nursing facility – *up to 120 days per calendar year* | HO Copayment | |
| Rehabilitative services – *up to 60 days per person per calendar year* | No charge | |
| Outpatient surgery – *in a hospital or surgi-center* | OS Copayment | |

8133 Rev. 10/00    In Connecticut, Anthem Blue Cross and Blue Shield is a trade name of Anthem Health Plans, Inc., an independent licensee of the Blue Cross and Blue Shield Association. ® Registered marks of the Blue Cross and Blue Shield Association.

### EMERGENCY CARE – *No referrals necessary.*

| | | |
|---|---|---|
| Walk-in centers | OV Copayment | Deductible & Coinsurance |
| Urgent care – *at participating centers only* | UR Copayment | Not covered |
| Emergency care – *copayment waived if admitted* | ER Copayment | ER Copayment |
| Ambulance – *air and land subject to maximum per trip* | No charge | No charge |

### OTHER HEALTH CARE – *Prior authorization required except for speech therapy.*

| | | |
|---|---|---|
| Outpatient rehabilitative services<br>*50 visit maximum for PT, OT, ST and Chiro. per year* | SV Copayment | Deductible & Coinsurance |
| Prosthetic devices | 20% | |
| Durable medical equipment | 20% | |

### MENTAL HEALTH/SUBSTANCE ABUSE CARE

| | | |
|---|---|---|
| Inpatient | HO Copayment | Deductible & Coinsurance |
| Outpatient/office visits | SV Copayment | |

\* **Schedule of health examinations:**
6 exams birth to 1 year
6 exams 1 through 5 years
1 exam every 2 years from 6 through 10 years
1 exam every year from 11 through 21 years
1 exam every 5 years from 22 through 29 years
1 exam every 3 years from 30 through 39 years
1 exam every 2 years from 40 through 49 years
1 exam annually from 50 years and older

\* **Mammography:**
1 baseline age 35 – 39 years
1 screening every 2 years age 40 – 49 years
1 screening per year age 50+
Additional exams when medically necessary

Note: In situations where the member is responsible for obtaining the necessary precertification or prior authorization and fails to do so, benefits may be reduced or denied.

Please refer to the *Healthy Opportunities* brochure in your enrollment kit for information on the discounts we offer on health-related services and products.

*This does not constitute your health plan or insurance policy. It is only a general description of the plan. Please refer to your plan documents for exclusions and limitations under the plan.*

## CERTIFICATE OF SERVICE

      This is to certify that on this 30th day of May, 2002, a copy of the foregoing was mailed, first class, postage prepaid, to:

George P. Birnbaum, Esq.
22 Old Studio Road
New Canaan, CT 06840

                                            Scott R. Lucas