FILED

2003 DEC 22 P 1:54

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA K. BLUMENSCHINE, | : | CIVIL ACTION NO. |
| | : | 302 CV 2244 (DJS) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| PROFESSIONAL MEDIA GROUP, | : | |
| LLC, | : | DECEMBER 17, 2003 |
| | : | |
| Defendant. | : | |

## JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rules of Civil Procedure Rule 6(b) and Local Rules of Civil Procedure Rule 9(b)3, plaintiff and defendant hereby jointly move for an extension of 30 days, from December 30, 2003 to January 29, 2004, in which to file their responsive briefs to the Motions for Summary Judgment filed in this action. In support of this Motion, the parties submit the following:

1.   On or about October 31, 2003, defendant moved for an extension of time to and including December 9, 2003 in which to file its motion for summary judgment, which motion was granted.

2.   On or about December 9, 2003, plaintiff and defendant each filed Motions for Summary Judgment.

3.   Under the current schedule, responsive briefs to the motions for summary judgment are due December 30, 2003.

ST:27092v1

4. Due to the upcoming holidays and travel plans of both counsel and client representatives, this additional time is needed to draw together the necessary information in which to adequately prepare their responses.

5. This is the third modification to the scheduling order requested by any party to this action.

**WHEREFORE**, plaintiff and defendant respectfully request that this Joint Motion to Extend be granted.

Respectfully submitted,

Scott R. Lucas, Esq. (ct00517)
Martin Lucas & Chioffi LLP
177 Broad Street
Stamford, CT 06901
**Counsel for Plaintiff**

Michael L. Ferch, Esq. (ct24764)
Minogue Birnbaum LLP
130 West 57th St. No. 5B
New York, NY 10019
**Counsel for Defendant**

## CERTIFICATION

This is to certify that on this 19th day of December, 2003, a copy of the foregoing was mailed, first class, postage prepaid, to:

George P. Birnbaum, Esq.
Thomas P. Minogue, Esq.
Michael L. Ferch, Esq.
Minogue Birnbaum LLP
130 West 57th St. No.5
New York, NY 10019
Phone: (212) 956-1313

Scott R. Lucas

ST:27092v1                                3