UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LISA K. BLUMENSCHINE**      **Plaintiff** | : |
| v. | : CIVIL NO.: 3:02cv2244(DJS) |
| **PROFESSIONAL MEDIA GROUP, LLC**      **Defendant** | : |

**ORDER**

The Joint Motion For Extension of Time (Doc. #29) to file their responsive briefs to the Motions for Summary Judgment is hereby **GRANTED to and including January 29, 2004. No further extensions shall be granted.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   8th   day of January, 2004.


                                        /s/DJS
                                        Dominic J. Squatrito
                                        United States District Judge