UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA K. BLUMENSCHINE, | : | CIVIL ACTION NO. 302CV2244 DJS |
| Plaintiff, | : | |
| vs. | : | |
| PROFESSIONAL MEDIA GROUP LLC | : | JANUARY 29, 2004 |
| Defendant. | : | |

### PROFESSIONAL MEDIA GROUP LLC'S OPPOSITION TO BLUMENSCHINE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant Professional Media Group, LLC ("ProMedia") hereby opposes Blumenschine's Motion for Partial Summary Judgment on the grounds set forth in the following documents, which are submitted herewith:

1. ProMedia's Memorandum in Opposition;

2. ProMedia's Responsive Local Rule 56(a)2 Statement;

3. The evidence previously submitted to this Court in connection with Promedia's own Motion for Summary Judgment, including the full deposition testimony of all but expert

witnesses, the exhibits attached thereto, and the documentary evidence previously submitted in this matter.

         Respectfully submitted,

         DEFENDANT PROFESSIONAL MEDIA
         GROUP LLC

         By:_____
          Thomas E. Minogue(CT06845)
          George P. Birnbaum (CT04937)
          Michael L. Ferch (CT24764)
          Minogue Birnbaum LLP
          Attorneys for Defendant
          237 Elm Street
          New Canaan, CT 06840
          (203) 966-6916

TO: Scott R. Lucas, Esq.
   Mary Alice S. Canady, Esq.
   Michel Bayonne, Esq.
   Martin, Lucas & Chioffi, LLP
   Attorneys for Plaintiff
   177 Broad Street
   Stamford, CT  06901
   (203) 973-5200

**CERTIFICATION**

    This is to certify that a copy of the foregoing was sent by First Class Mail, postage prepaid, to the following counsel of record on January 28, 2004:

>Scott R. Lucas, Esq.
>Mary Alice S. Canady, Esq.
>Michel Bayonne, Esq.
>Martin, Lucas & Chioffi, LLP
>177 Broad Street
>Stamford, CT  06901

                                                _____
                                                   MICHAEL L. FERCH