UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LISA K. BLUMENSCHINE**<br>    **Plaintiff** | : |
| v. | : CIVIL NO.: 3:02cv2244(DJS) |
| **PROFESSIONAL MEDIA GROUP, LLC**<br>    **Defendant** | : |

### ORDER

The Motion to Withdraw Appearance (Doc. #37) of Mary Alice S. Canaday is hereby **GRANTED**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   28th    day of June, 2004.


　　　　　　　　　　　　　　　　　　 /s/DJS
　　　　　　　　　　　　　　　　　　Dominic J. Squatrito
　　　　　　　　　　　　　　　　　　United States District Judge