UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA K. BLUMENSCHINE, | : | CIVIL ACTION NO. |
| | : | 302 CV 2244 (DJS) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| PROFESSIONAL MEDIA GROUP, LLC, | : | APRIL 11, 2005 |
| | : | |
| Defendant. | : | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Civil Rule 7(e), the undersigned moves for leave of Court to withdraw his appearance as counsel for plaintiff in this matter. Plaintiff will continue to be represented by Scott R. Lucas of this firm.

By_____
Michel Bayonne (ct24628)
*Attorney for Plaintiff*
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
mbayonne@mlc-law.com

## CERTIFICATE OF SERVICE

This is to certify that on this 11th day of April, 2005, a copy of the foregoing was mailed, first class, postage prepaid, to:

George P. Birnbaum, Esq.
Thomas P. Minogue, Esq.
Michael L. Ferch, Esq.
Minogue Birnbaum LLP
237 Elm Street
New Canaan, CT 06840
Phone: (203) 966-6916
Fax: (203) 966-6917

_____
Michel Bayonne