UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA K. BLUMENSCHINE, | : | CIVIL ACTION NO. |
| | : | 302 CV 2244 (DJS) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| PROFESSIONAL MEDIA GROUP, | : | |
| LLC, | : | DECEMBER 15, 2005 |
| | : | |
| Defendant. | : | |

## JOINT MOTION TO EXTEND
## TIME IN WHICH TO FILE JOINT TRIAL MEMO

The undersigned hereby moves for an extension of time, from January 13, 2006 until thirty (30) days after a settlement conference is held in this matter, in which the parties must file their Joint Trial Memorandum. The reasons for the requested Motion are as follows:

1. The Complaint in this action was filed on or about December 18, 2002.

2. Discovery closed on or about October 2, 2003.

3. Dispositive motions were filed by both parties and fully briefed by February 11, 2004.

4. On November 10, 2005, this Court issued its Memorandum of Decision denying both plaintiff's and defendant's Motions for Summary Judgment.

5. A settlement conference was scheduled in this matter for this coming Monday, December 19, 2005, before the Honorable Walter Schatz, PJO. The undersigned, however, today received a telephone call from the Court stating that the

settlement conference was cancelled due to illness of PJO Schatz and that the conference would be rescheduled for sometime in January 2006.

6. If the settlement conference is successful, it will be unnecessary for the parties to incur the significant time and expense involved in preparing a joint trial memorandum.

7. Counsel for defendant consents to, and joins in, this request for an extension of time.

8. This is the third request by any party in this action to extend this deadline.

**WHEREFORE**, the parties respectfully request that the Court extend the deadline by which the parties must file their Joint Trial Memorandum, from January 13, 2006 to thirty (30) days after a settlement conference is held in this matter.

By _____
Scott R. Lucas (ct00517)
*Attorney for Plaintiff*
Lisa K. Blumenschine
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com

## *CERTIFICATE OF SERVICE*

This is to certify that on this 15th day of December, 2005, a copy of the foregoing was mailed, first class, postage prepaid, to:

George P. Birnbaum, Esq.
22 Old Studio Road
New Canaan, CT 06840

Michael L. Ferch, Esq.
Minogue Birnbaum LLP
130 West 57th Street
New York, NY 10019

Scott R. Lucas