UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA K. BLUMENSCHINE, | : CIVIL ACTION NO. 302CV2244 DJS |
| Plaintiff, | : |
| vs. | : |
| PROFESSIONAL MEDIA GROUP LLC | : JANUARY 27, 2006 |
| Defendant. | : |

**JOINT MOTION TO EXTEND TIME
IN WHICH TO FILE JOINT TRIAL MEMO**

Both parties hereby move:

   (a) for a one-month extension of time, from February 17, 2006 until March 17, 2006, for the parties to file their Joint Trial memorandum; and

   (b) that the case be marked "trial ready" in April rather than March 2006.

The reasons for this Motion and the requested relief are as follows:

   1. The Complaint in this action was filed on or about December 18, 2002.

2. Dispositive motions were filed by both parties and fully briefed by February 11, 2004.

3. On November 10, 2005, this Court issued its Memorandum of Decision denying both plaintiff's and defendant's Motions for Summary Judgment.

4. Due to the illness of the Honorable Walter Schatz, PJO, the pre-trial settlement conference, originally scheduled for December 19, 2005, was adjourned, and has only in the last week been rescheduled for February 8, 2006, less than ten days before the Joint Pre-Trial Order is currently due.

5. The parties have approached settlement seriously and in good faith and both have filed the required confidential position statements with PJO Schatz.

6. If the parties are required to incur the significant time and expense involved in preparing a joint trial memorandum before the settlement conference, it will defeat some of the potential cost-saving benefits of settlement and could make settlement less attractive.

7. Counsel for plaintiff consents to, and joins the undersigned in, this request for an extension of time.

8. This is the fourth request to extend this deadline.

**WHEREFORE,** the parties respectfully request that he Court approve and execute the attached order, extending the deadline by which the parties must file their Joint Trial Memorandum to March 17, 2006, and making the case "trial ready" in April, 2006.

By: _____
George P. Birnbaum (CT04937)
MINOGUE BIRNBAUM LLP
Attorneys for Defendant
PROFESSIONAL MEDIA GROUP, LLC
237 Elm Street
New Canaan, CT 06840
(203) 966-6916

## CERTIFICATION

    This is to certify that on this 27th day of January, 2006, a copy of the foregoing was mailed, first class, postage prepaid, to the following counsel of record:

>Scott R. Lucas, Esq.
>Martin, Lucas & Chioffi, LLP
>Attorneys for Lisa K. Blumenschine
>177 Broad Street
>Stamford, CT 06901

                                         _____
                                          George P. Birnbaum

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

```
LISA K. BLUMENSCHINE,            :   CIVIL ACTION NO. 302CV2244 DJS
                                 :
           Plaintiff,            :
                                 :
vs.                              :
                                 :
PROFESSIONAL MEDIA GROUP LLC     :   JANUARY 27, 2006
                                 :
           Defendant.            :
```

## ORDER

It is hereby ordered that, in light of the forthcoming settlement conference to be held on February 8, 2006, the parties shall have until and including March 17, 2006, to file their joint pre-trial memorandum. The case shall be marked "trial ready" beginning in April of 2006.

Dated: _____

_____
U.S.D.J.