## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

LISA K. BLUMENSCHINE,

        Plaintiff,

V.

PROFESSIONAL MEDIA GROUP, LLC,

        Defendant.

**APPEARANCE**

CASE NUMBER:   3:02 CV 2244 (HBF)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:   plaintiff Lisa K. Blumenschine.

4/12/06
Date

ct26929
Connecticut Federal Bar Number

(203) 973-5200
Telephone Number

(203) 973-5250
Fax Number

kmcbride@mlc-law.com
E-mail address

_[signature]_
Signature

Keith A. McBride
Print Clearly or Type Name

Martin, Lucas & Chioffi, LLP
177 Broad Street
Address

Stamford, CT 06901

## *CERTIFICATE OF SERVICE*

    This is to certify that on this 12th day of April, 2006, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties, as listed below, by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

George P. Birnbaum, Esq.
Michael L. Ferch, Esq.
Minogue Birnbaum LLP
237 Elm Street
New Canaan, CT 06840
Phone: (203) 966-6916
Fax: (203) 966-6917

                                                                               Keith A. McBride