UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA K. BLUMENSCHINE, | : NO. 302CV2244 DJS |
| Plaintiff, | : |
| vs. | : |
| PROFESSIONAL MEDIA GROUP LLC | : APRIL 17, 2006 |
| Defendant. | : |

### DEFENDANT'S MOTION IN LIMINE TO EXCLUDE TESTIMONY AND ARGUMENT CONCERNING LOST DOCUMENTS

Plaintiff apparently intends to adduce testimony about certain lost of missing sales records for Lisa Blumenschine, and to base argument thereon.

However, in the absence of any evidence that (a) these records were intentionally destroyed and (b) that they would have shown anything different than the sales summary which does exist (Plaintiff's Exhibit 10 and Defendant's Exhibit 502), any discussions of the absence of these documents is purely prejudicial rather than probative. Pace v. Nat'l RR Passenger Corp., 291 F.Supp.2d 93 (D.Conn. 2003). It is respectfully submitted that such foundational evidence is nowhere in the record of this case and would be

purely speculative. Accordingly, without such evidence, to allow plaintiff to inject controversy concerning lost or missing sales records would be to permit classic "when did you stop beating your wife" testimony, and should not be permitted.

Respectfully submitted,

DEFENDANT PROFESSIONAL MEDIA GROUP LLC

By: _____
George P. Birnbaum (CT04937)
MINOGUE BIRNBAUM LLP
Attorneys for Defendant
237 Elm Street
New Canaan, CT 06840
(203) 966-6916

## CERTIFICATION

This is to certify that a copy of the foregoing was delivered by hand to the following counsel of record on this 17th day of April, 2006:

Scott R. Lucas, Esq.
Martin, Lucas & Chioffi, LLP
177 Broad Street
Stamford, CT 06901

_____
GEORGE P. BIRNBAUM