**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **LISA K. BLUMENSCHINE,** | : | **CIVIL ACTION NO.** |
| | : | **302 CV 2244 (HBF)** |
| **Plaintiff,** | : | |
| | : | |
| **V.** | : | |
| | : | |
| **PROFESSIONAL MEDIA GROUP,** | : | |
| **LLC,** | : | **APRIL 17, 2006** |
| | : | |
| **Defendant.** | : | |

### PLAINTIFF'S VOIR DIRE

Plaintiff Lisa K. Blumenschine propounds the following specific questions to be presented to prospective jurors during the voir dire in addition to the customary and standard questions put to the prospective jurors concerning their backgrounds, opinions and potential biases:

1.    Have you or any family members or close friends worked in the publishing industry? If so, in what capacity?

2.    Do you believe there are too many frivolous lawsuits? If so, will you discuss with me how that might impact your views on this case?

3.    Do you have any misgivings or ill-feeling about individuals who bring suits when they feel they have been injured in violation of the law?

4.    Have you ever been involved in a lawsuit? If so, tell me about your experience. How do you think that might affect your role as a juror?

5.    Do you have any negative feelings toward lawyers in general or, as you look around you, these lawyers and/or their clients? If so, tell me how you think that might affect your role as a juror.

6.    Do you know anyone who works at or has an ownership interest in any small business that has been sued? If so, tell me the nature of the suit and your opinion about it.

7.    Do you know anyone who has accused or been accused of violating any employment law? If so, tell me about it.

8.    Have you or any family member or close friend ever been discriminated against?

9.    Have you or any family member or close friend suffered any harassment at the workplace?

10.    Have you or any family member or close friend ever been in an employment situation where, in your opinion, discrimination was taking place?

2

11. Have you or any family member or close friend ever been in an employment situation where, in your opinion, harassment was definitely not taking place but the employer was sued anyhow?

12. Have you or any family member or close friend ever made a grievance or a complaint related to discrimination?

13 Have you or any family member or close friend ever made a grievance or a complaint related to on-the-job harassment?

14. Have you or any family member or close friend ever testified as a witness in any proceeding? If so, tell me about it.

15. Have you or any family member or close friend ever been promised an employment benefit and then not received it. If so, what did you do about it? Did you sue? Why or why not? Do you think it is wrong to bring legal action if the law is broken?

16 Have you ever owned your own business? If yes, did you have any policies in place concerning discrimination or sexual harassment?

17. Are you or have you ever been employed in a position where you supervised other employees?

18.    Have you ever employed or supervised an employee who made a complaint against you that was unfair or unjust?

19.    If you felt you were being treated unfairly at work, would you complain to your supervisor?

20.    Have you ever made such a complaint?

21.    Do you have any prejudices or feelings that you think might impact your role as a juror even if you think you can overcome them and be fair? If so, please tell me about them.

22.    Can you envision a situation where you or any family member or close friend have been victims and bring a civil action to recover money from a wrongdoer? If not, why? Do you feel bringing a civil lawsuit is inappropriate?

23.    Do you believe people should keep their promises even if they are not in writing? If I tell you an oral promise can be as enforceable as a written one, will you be able to obey my instructions?

24    Do you have any issue awarding money for a wrong if instructed that it is appropriate under the law?

25.    Have you or any family member or close friend ever been denied any employment benefits, that in your opinion, were owed pursuant to any type of benefits package or plan?

26.    Have you or any family member or close friend ever been retaliated against at work for complaining to a supervisor or employer about any work-related problems?

27.    Do you believe that people should be treated in the same manner at work as other individuals regardless of their sex or age?

28.    Is there any reason you can think of which would cause you to favor one side over the other at the outset of this case?

29    Do you want to serve as a juror? Why or why not?

30.    Tell me what you think about our legal system?

Dated: April 17, 2006

By _____
Scott R. Lucas (ct00517)
Keith A. McBride (ct26929)
*Attorneys for Plaintiff*
Martin Lucas & Chioffi, LLP
177 Summer Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com


## ***CERTIFICATE OF SERVICE***

This is to certify that on this 17th day of April, 2006, a copy of the foregoing was ~~mailed,~~ hand delivered ~~first class, postage prepaid,~~ to:


George P. Birnbaum, Esq.
Thomas P. Minogue, Esq.
Michael L. Ferch, Esq.
Minogue Birnbaum LLP
237 Elm Street
New Canaan, CT 06840
Phone: (203) 966-6916
Fax: (203) 966-6917

_____
Scott R. Lucas

6