UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA K. BLUMENSCHINE, | : | CIVIL ACTION NO. |
| | : | 302 CV 2244 (HBF) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| PROFESSIONAL MEDIA GROUP, LLC, | : | |
| | : | APRIL 17, 2006 |
| Defendant. | : | |

**PLAINTIFF'S PROPOSED VERDICT FORM**

1. *Title VII (Sex).*

   Do you find by a preponderance of the evidence that defendant violated Title VII in that plaintiff was subjected to adverse treatment or employment decisions(s) in which her sex was one of the motivating factors for such treatment or decision?

   _____Yes          _____No

   *(Please proceed to Question No. 2.)*

2. *Title VII Retaliation (Sex).*

   (a)  Do you find by a preponderance of the evidence that plaintiff engaged in protected activity under Title VII?

   _____Yes          _____No

   *(If "Yes," please proceed to Question No. 2(b), if "No," proceed to Question No. 3.)*

(b) Do you find by a preponderance of the evidence that plaintiff suffered adverse treatment or adverse employment decision(s) by defendant and that the protected activity was one of the reasons for such treatment or decision?

_____Yes          _____No

*(Please proceed to Question No. 3.)*

3. **_ADEA (Age)._**

Do you find by a preponderance of the evidence that defendant violated the Age Discrimination in Employment Act ("ADEA") in that plaintiff was subjected to adverse treatment or employment decisions(s) in which her age was one of the motivating factors for such treatment or decision?

_____Yes          _____No

*(Please proceed to Question No. 4.)*

4. **_ADEA Retaliation (Age)._**

(a) Do you find by a preponderance of the evidence that plaintiff engaged in protected activity under the ADEA?

_____Yes          _____No

*(If "Yes," please proceed to Question No. 4(b), if "No," proceed to Question No. 5.)*

(b) Do you find by a preponderance of the evidence that plaintiff suffered adverse treatment or adverse employment decision(s) by defendant and that the protected activity was one of the reasons for such treatment or decision?

_____Yes          _____No

*(Please proceed to Question No. 5.)*

5. **_CFEPA (Sex/Age)._**

Do you find by a preponderance of the evidence that defendant violated the Connecticut Fair Employment Practices Act ("CFEPA") in that plaintiff was subjected to adverse treatment or employment decisions(s) in which her sex or age was one of the motivating factors for such treatment or decision?

_____Yes        _____No

*(Please proceed to Question No. 6.)*

6. **_CFEPA Retaliation (Sex/Age)._**

(a) Do you find by a preponderance of the evidence that plaintiff engaged in protected activity under CFEPA?

_____Yes        _____No

*(If "Yes," please proceed to Question No. 6(b), if "No," proceed to Question No. 7.)*

(b) Do you find by a preponderance of the evidence that plaintiff suffered adverse treatment or adverse employment decision(s) by defendant and that the protected activity was one of the reasons for such treatment or decision?

_____Yes        _____No

*(Please proceed to Question No. 7.)*

7. **_Promissory Estoppel_**

Do you find defendant liable pursuant to plaintiff's allegation of promissory estoppel?

_____Yes        _____No

*(Please proceed to Question No. 8.)*

8. ***Negligent Misrepresentation.***

   Do you find defendant liable pursuant to plaintiff's allegation of negligent misrepresentation?

   _____Yes          _____No

   *(Please proceed to Question No. 9.)*

9. ***Wages.***

   Do you find that defendant owed plaintiff commissions, nonrecoverable draw, salary or other wages at the time of her termination and failed to pay same in violation of Connecticut General Statutes §31-72?

   _____Yes          _____No

   *(If you answered "Yes" to any of Question Nos. 1, 3, 5, 7, 8 or 9, **or to any of both** Question Nos. 2(a) and (b), 4(a) and (b), **or** 6(a) and (b), please proceed to No 10. If not, please sign the last page of this form and report to the Clerk.)*

## *DAMAGES*

10. If you answered "Yes" to any of Question Nos. 1, 2(a) ***and*** (b), 5 or 6(a) ***and*** (b), or 8, state the total amount of damages you find for compensatory damages (e.g., pain, suffering, mental anguish).

    $_____

    *(Please proceed to No. 11.)*

11. If you answered "Yes" to any of Question Nos. 1, 2(a) ***and*** (b), 3, 4(a) ***and*** (b), 5, ***or*** 6(a) ***and*** (b), state the total amount of damages you find for:

    (a)  lost pack pay:    $_____

    *(Please proceed to Question No. 9.)*

12.   If you answered "Yes" to Question No. 3, **_or to both_** Question Nos. 4(a) **_and_** (b), do you find that defendant's breach of the ADEA was "willful," that is, intentional, knowing or voluntary, as distinguished from accidental, and also includes conduct marked by reckless disregard of whether one has a right to so act?

(a) _____Yes            _____No

(b) If you answered "yes" to Question 12(a), re-enter the amount from Question 11(a):

$ _____

*(Please proceed to Question No. 13.)*

13.   If you answered "Yes" to Question No. 7, state the amount of damages, excluding punitive damages, for which you find defendant liable.

$ _____

*(Please proceed to Question No. 14.)*

14.   If you answered "Yes" to Question No. 8, state the amount of damages, excluding punitive damages, for which you find defendant liable.

$ _____

*(Please proceed to Question No. 15.)*

15.   If you answered "Yes" to Question No. 9, how much in commissions, draw, salary or other wages are due to plaintiff?

$ _____

*(Please proceed to Question No. 16.)*

16.   If you answered "Yes" to Question No. 9, do you find that defendant acted arbitrarily, unreasonably or in bad faith (i.e., intentionally knowing wages were due) by failing to pay plaintiff all monies owed to her at the time of her termination, thereby doubling the amount of damages under Paragraph No. 15? If "Yes," enter again the amount stated in response to Question No. 15.

$_____

*(Please proceed to No. 17.)*

17.   If you answered "Yes" to any of Questions 1, 2, 5, 6(a) and 6(b), 7 or 8, and you find that punitive damages should be awarded, please state the total sum of punitive damages which you feel are appropriate.

$_____

18.   Please add up the sums set forth in your responses to Question Nos. 10, 11(a), 12(b), 13, 14, 15, 16 and 17 and enter that amount below, representing your total award to plaintiff.

$_____

Have the foreperson sign below and report to the Clerk.

Dated _____, 2006
       At Bridgeport, CT

_____
(Signature of Foreperson)

Dated: April 17, 2006

By _____
Scott R. Lucas (ct00517)
Keith A. McBride (ct26929)
*Attorneys for Plaintiff*
Martin Lucas & Chioffi, LLP
177 Summer Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com

## CERTIFICATE OF SERVICE

This is to certify that on this 17th day of April, 2006, a copy of the foregoing was ~~mailed~~, hand-delivered first class, postage prepaid, to:

George P. Birnbaum, Esq.
Thomas P. Minogue, Esq.
Michael L. Ferch, Esq.
Minogue Birnbaum LLP
237 Elm Street
New Canaan, CT 06840
Phone: (203) 966-6916
Fax: (203) 966-6917

_____
Scott R. Lucas