UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA K. BLUMENSCHINE, | : CIVIL ACTION NO. 302CV2244 DJS |
| Plaintiff, | : |
| vs. | : |
| PROFESSIONAL MEDIA GROUP LLC, | : APRIL 17, 2006 |
| Defendant. | : |

## DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

1. Have you or any close friend or member of your family been employed as a sales person of any kind?

2. Have you or any close friend or member of your family ever had a job where you were paid on commissions?

3. Have you or any close friend or member of your family been fired from a job?  If yes,

    a. Was it for cause or without cause?

    b. What was the job?

    c. How long had [you/your friend/your relative] been employed?

    d. Did [you/your friend/your relative] begin any grievance or lawsuit against the employer?

    e. What was the result?

4. Have you or any close friend or member of your family sued [your/their] employer? If yes, what happened?

5. Have you or any close friend or member of your family ever had a dispute with an employer? If yes, what happened?

6. Have you or any close friend or member of your family ever had a grievance against an employer?

7. Are you or any close friend or member of your family in a union? If yes,

    a. What union?

    b. For how long?

    c. Did [you] hold any committee or officer positions?

8. If you are not self-employed, what is the longest amount of time you worked for a single employer? How long and what employer?

9. Have you or any close friend or member of your family supervised employees? Describe your [relative's/friend's] position. Have any of those subordinates been members of the opposite sex?

10. Do you believe that women are discriminated against on the job?

    a. [Why/why not]?

11. Do you believe older people are discriminated against on the job?

    a. [Why/why not]?

12. Have you or any close relatives or friends ever been discriminated against on any job on the basis of sex or age? Or any other reason?

13. Do you, or does any member of your immediate family, have any special knowledge about personnel policies or what is called human resources management?

14. Has any member of the jury ever worked in the personnel department of a large corporation?

15. Has any member of the jury ever worked for a small company?

16. Do you have any fixed opinion about the right of the employer to discharge an employee?

                                      Respectfully submitted,

                                      DEFENDANT, PROFESSIONAL MEDIA GROUP LLC

                                      By: _____

                                      George P. Birnbaum (CT04937)
                                      MINOGUE BIRNBAUM LLP
                                      Attorneys for Defendant
                                      237 Elm Street
                                      New Canaan, CT 06840
                                      (203) 966-6916

CERTIFICATION

This is to certify that a copy of the foregoing was ~~sent~~ *delivered by hand* ~~by First Class Mail, postage prepaid,~~ to the following counsel of record on *April 17*, 2006:

Scott R. Lucas, Esq.
Martin, Lucas & Chioffi, LLP
177 Broad Street
Stamford, CT  06901

_____
GEORGE P. BIRNBAUM

4

**Blumenschine v. Professional Media Group LLC**

DEFENDANT'S PROPOSED
JUROR QUESTIONNAIRE

Juror #_____

1. Full name: _____

2. Where do you work? _____

3. How long have you worked for your employer? ____

4. What is your current title or position at your job?
   _____

5. How many employees do you supervise at your current job, if any? _____

6. How satisfied or dissatisfied are you with your present job?

__ Very satisfied   __ Satisfied   __ Somewhat satisfied

__ Dissatisfied   __ Very dissatisfied

7. Please provide the following information for your five (5) previous jobs:

| Approximate Date(s) | Employer | Position | Reason for Leaving |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

8.  Have you ever been responsible for hiring, firing, training, or promoting employees? __ Yes  __ No

9.  Have you ever been terminated, dismissed, fired, asked to resign from a job, or had any other bad experience(s) with an employer? __ Yes  __ No  If yes, please explain. _____

_____

_____

10. Have you ever had a bad experience with a co-worker, supervisor, boss, or employer? __ Yes  __ No  If yes, please explain. _____

_____

_____

11. Have you, any family members or friends ever worked for or done business with Professional Media Group? __ Yes  __ No  If yes, who and what is the relationship with Professional Media Group? _____

_____

12. In your opinion, what are some *valid* reasons for an employer to fire or terminate an employee? _____

_____

2

13. In your opinion, what are some *invalid* reasons for an employer to fire or terminate an employee? _____
_____

14. Have you or any family member ever been discriminated against or witnessed any age, racial, religious, or sexual discrimination by a co-worker, supervisor, or employer?  __ Yes   __ No   If yes, please explain. _____

15. Have you or any family member ever filed or thought about filing a discrimination charge or lawsuit against anyone?  __ Yes   __ No   If yes, please explain. __
_____

16. Have you or anyone you know ever sued or filed a claim against a former employer?  __ Yes   __ No   If yes, please explain. _____
_____
_____

17. What of the following best describes you?  (Please check all that apply.)

__ Analytical              __ Careful              __ Careless

__ Civil Libertarian       __ Competitive          __ Determined

__ Dedicated               __ Generous             __ Impulsive

__ Intelligent             __ Judgmental           __ Logical

3

__ Loyal              __ Old-fashioned       __ Open-minded

__ Opinionated        __ Outspoken           __ Practical

__ Pro-company        __ Pro-worker          __ Responsible

__ Sensitive          __ Skeptical           __ Snap decisions

__ Strict             __ Sympathetic         __ Technical

__ Visual             __ Other: _____

    19. Have you ever been a member of any union? __ Yes __ No  If yes, which union? _____

    20. Have you ever been a member of or contributed time or money to any civil rights organizations? __ Yes __ No  If yes, which organization? _____

    21. Please list 3 people you admire the *most*:

        1. _____

        2. _____

        3. _____

    22. Please list 3 people you admire the *least*:

        1. _____

        2. _____

        3. _____

    23. Do you have any feelings or opinions that would affect your ability to be a fair and impartial juror in a case where an employee has brought a lawsuit against his former employer claiming age/sex discrimination? __ Yes __ No  If yes, explain. _____

_____

_____

## JUROR OATH

I hereby swear or affirm that all the answers given in this juror questionnaire are true, correct, and complete to the best of my knowledge.

_____   _____
Juror's Signature                Date