UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

LISA K. BLUMENSCHINE,          : NO. 302CV2244 DJS
                               :
         Plaintiff,            :
                               :
vs.                            :
                               :
PROFESSIONAL MEDIA GROUP LLC   : APRIL 17, 2006
                               :
         Defendant.            :

### Defendant's Proposed Jury Interrogatories

1.  (a) Did ProMedia terminate Lisa Blumenschine because she was a woman?   Yes ___   No ___

    (b) Would ProMedia have terminated Lisa Blumenschine regardless of her sex?   Yes ___   No ___

2.  (a) Did ProMedia terminate Lisa Blumenschine because of her age?   Yes ___   No ___

    (b) Would ProMedia have terminated Lisa Blumenschine regardless of her age?   Yes ___   No ___

3.  Did ProMedia terminate Lisa Blumenschine because she complained of discrimination?   Yes ___   No ___

4. Was ProMedia's stated reason for terminating Lisa Blumenschine -- her poor and declining sales -- merely a false pretext for discrimination? Yes ___ No ___

5. Did ProMedia act with hatred, ill will, malice or reckless indifference toward Lisa Blumenschine because of her sex? Yes ___ No ___

6. Did ProMedia act with hatred, ill will, malice or reckless indifference toward Lisa Blumenschine because of her age? Yes ___ No ___

7. Did ProMedia act with malice or reckless indifference toward Lisa Blumenschine because she made a complaint of discrimination? Yes ___ No ___

8. Did ProMedia know it was breaking the law when it terminated Lisa Blumenschine? Yes ___ No ___

9. After May, 2001, did ProMedia ever agree to pay Lisa Blumenschine more than her base pay of $80,000 per year regardless of her level of sales? Yes ___ No ___

10. Only if the answer to question #9 is yes, what did ProMedia agree to pay her? _____

11. Did ProMedia act in bad faith in claiming that it had paid Lisa Blumenschine everything it owed to her?

Yes ___   No ___

                Respectfully submitted,

                DEFENDANT PROFESSIONAL MEDIA
                GROUP LLC

By: _____
     George P. Birnbaum (CT04937)
     MINOGUE BIRNBAUM LLP
     Attorneys for Defendant
     237 Elm Street
     New Canaan, CT 06840
     (203) 966-6916

## CERTIFICATION

This is to certify that a copy of the foregoing was delivered by hand to the following counsel of record on this 17th day of April, 2006:

Scott R. Lucas, Esq.
Martin, Lucas & Chioffi, LLP
177 Broad Street
Stamford, CT 06901

_____
GEORGE P. BIRNBAUM