UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA K. BLUMENSCHINE, | : | CIVIL ACTION NO. |
| | : | 302 CV 2244 (HBF) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| PROFESSIONAL MEDIA GROUP, LLC, | : | APRIL 24, 2006 |
| | : | |
| Defendant. | : | |

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S**
**SUPPLEMENTAL ZIPERMAN DESIGNATIONS**

Plaintiff hereby objects to the additional Ziperman designations set forth by defendant in its April 20, 2006 submission as follows:

| *Page/Line* | *Objection* |
|---|---|
| Page 48 Lines 4-12 | Lack of foundation; the document speaks for itself; relevance. |
| Page 85 Line 21 – Page 86 Line 17 | The document speaks for itself; speculation; relevance. |
| Page 95 Lines 8-17 | Foundation; usurps role of jury; speculation. |

By _____
Scott R. Lucas (ct00517)
Keith A. McBride (ct26929)
*Attorneys for Plaintiff*
Martin Lucas & Chioffi, LLP
177 Summer Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com

## CERTIFICATE OF SERVICE

This is to certify that on this 24th day of April, 2006, a copy of the foregoing was mailed, first class, postage prepaid, to:

George P. Birnbaum, Esq.
Michael L. Ferch, Esq.
Minogue Birnbaum LLP
237 Elm Street
New Canaan, CT 06840
Phone: (203) 966-6916
Fax: (203) 966-6917

_____
Scott R. Lucas