EXHIBIT "A"

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA K. BLUMENSCHINE, | : | CIVIL ACTION NO. |
| | : | 302 CV 2244 (DJS) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| PROFESSIONAL MEDIA GROUP, | : | |
| LLC, | : | MARCH 14, 2003 |
| | : | |
| Defendant. | : | |

### PLAINTIFF'S RULE 26(a) DISCLOSURE

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, plaintiff Lisa K. Blumenschine hereby surrenders to defendant Professional Media Group, LLC the following:

A.     The list of witnesses attached as Exhibit A are likely to have discoverable information Ms. Blumenschine may use to support her claims in this matter, specifically, allegations of harassment, discrimination and retaliation, including but not limited to those facts specifically alleged in the complaint before the Connecticut Commission on Human Rights and Opportunities and Equal Employment Opportunity Commission. Plaintiff reserves the right to identify additional witnesses once discovery is commenced. In addition, Ms. Blumenschine may utilize the testimony of one or more expert witnesses to be disclosed at an appropriate time in accordance with the Court's scheduling order. As a preliminary matter, however, plaintiff believes that these experts will include Sheldon Wishnick, FSA, MAAA, FLMI, Actuarial Litigation Service, 94 Stagecoach Lane, Newington, Connecticut 06111.

B.      Documents, data compilations, and tangible things in Ms. Blumenschine's possession, custody or control which Ms. Blumenschine may use to support her claims consist of internal memoranda of Professional Media Group, LLC; portions of Professional Media Group, LLC's personnel policy manual; plaintiff's Earnings Statements of January 2001 and January 2002; and plaintiff's personnel file. These documents are located in the office of the undersigned and are available for viewing/exchange at a mutually-convenient time. Additional documents which plaintiff may use to support her claims include miscellaneous work documents. These documents are in the possession, custody or control of plaintiff, will be provided to her attorneys, and the nonprivileged documents will be made available for viewing/exchange at a mutually-convenient time. In addition, plaintiff may utilize the documents submitted by the parties to the Connecticut Commission on Human Rights and Opportunities/Equal Employment Opportunity Commission (CHRO No.: 0220357; EEOC No. 16aa201079) and/or received by those agencies.

C.      Ms. Blumenschine is seeking damages consisting of:

*Economic Damages*
Compensatory damages
Consequential damages
Liquidated damages
Statutory damages

*Non-Economic Damages*
Punitive damages
Attorneys' fees and costs
Emotional distress
Interest

Plaintiff reserves the right to supplement her disclosure as discovery progresses in accordance

with the Federal Rules of Civil Procedure.

By _____

Scott R. Lucas (ct00517)
*Attorney for Plaintiff*
*Lisa K. Blumenschine*
MARTIN, LUCAS & CHIOFFI, LLP
1177 Summer Street
Stamford, CT 06905
Phone: (203) 324-4200
Fax: (203) 324-8649

3

## EXHIBIT A

Lynn Keeler
William Ziperman
Daniel Shannon
Terry Nelson
Peter Bernhard
Dr. Marvin Den
Beverly Silverman
Ron Sickler
Jamie Tomasic
Nancy Swyitkes
Sarah Sikes
Nancy Newman
Susan Kuneherd-Bernhard
O. Bernhard
Susan Charmut

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of March, 2003, a copy of the foregoing was faxed and then mailed, first class, postage prepaid, to:

George P. Birnbaum, Esq. *[NY office fax: (212) 956-4596]*
22 Old Studio Road
New Canaan, Connecticut 06840
Phone: (203) 972-3063

Scott R. Lucas

4