EXHIBIT "B"

Case 3:02-cv-02244-HBF    Document 73-3    Filed 04/28/2006    Page 1 of 5

Page 78

1  Q. That still continued?
2  A. Yes.
3  Q. Why didn't you leave at that time?
4     MR. LUCAS: Which time?
5     MR. MINOGUE: The time that the
6  compensation package was altered.
7  A. Because I was told that there would be a new
8  program put into place and that I had a bright future with
9  the company and I was doing a good job.
10 Q. And who told you that?
11 A. Mr. Ziperman.
12 Q. Anybody else tell you that?
13 A. I believe I had gotten -- I had gotten
14 positive feedback from people that laid the book out. I
15 can't remember -- Kerry, or I believe that Mr. Kinnaman
16 called when I had a very good issue, the -- I can't
17 remember which one it was, I had got new business in, and
18 my numbers looked really good, and I was called and
19 congratulated on it.
20 Q. When was that?
21 A. I don't recall because I don't recall the
22 issue.
23 Q. Was it before or after the alteration of the
24 compensation?
25 A. After.

Page 79

1  Q. And you don't remember who called you?
2  A. I just said I thought Mr. Kinnaman had
3  called me.
4  Q. Do you recall what he said?
5  A. No, just "good job," the things you say to
6  somebody when you're encouraging them.
7  Q. What was the nature of the matter that
8  prompted his call as you understood it?
9  A. Up until the point that I was promoted,
10 which was in September, I reported to him, and he would
11 call in to check in with me. And at that point you give a
12 status report, and I got -- when the numbers were in and
13 the signed paperwork was in, I was congratulated on it.
14 Q. Did you mention to Mr. Ziperman -- to
15 Mr. Kinnaman during that phone call that Mr. Ziperman
16 hadn't gotten back to you yet?
17 A. I don't recall. But Mr. Kinnaman
18 historically did not work with me on compensation.
19 Q. Would you take a look at Paragraph 7 of the
20 Complaint, Exhibit 2.
21    (PAUSE)
22    Have you read that?
23 A. Yes, I have.
24 Q. Were there people at the company when you
25 joined it that were older than you?

Page 80

1  A. Yes.
2  Q. Do you know the names of those people?
3  A. Fran Cassone.
4  Q. Anybody else?
5  A. Joanna Melfi, M-E-L-F-I.
6  Q. Anybody else?
7  A. I don't really know how old people are. I
8  new that Fran was past retirement age.
9  Q. Do you know a Terry Nelson?
10 A. Yes.
11 Q. Was she employed at the company when you
12 arrived?
13 A. No, I think she was employed after I
14 arrived.
15 Q. Okay. And in what capacity was she
16 employed?
17 A. Salesperson.
18 Q. And did she report to you?
19 A. Ultimately, yes.
20 Q. Was she older than you?
21 A. Yes.
22 Q. How old was she?
23 A. I don't remember.
24 Q. Okay. How do you know she was older?
25 A. She told me.

Page 81

1  Q. Don't remember how old?
2  A. No.
3  Q. Do you know Melanie Jenkins?
4  A. Yes, I know of her.
5  Q. Was she employed at the company?
6  A. Yes.
7  Q. Before or after you arrived?
8  A. She worked for another magazine, but she was
9  employed at the point that I arrived.
10 Q. Do you know whether she was older or younger
11 than you?
12 A. I have no idea.
13 Q. It's true, is it not, when you joined the
14 company there were people there older than you were?
15 A. Yeah.
16 Q. Okay. And there were older women and older
17 men, correct?
18 A. Yes.
19 Q. And at least Terry Nelson was one of the
20 older women who was involved with sales.
21 A. With sales, yes.
22 Q. And do you recall her territory?
23 A. Midwest.
24 Q. And do you recall, in terms of the volume of
25 sales that she made, what the -- how she did as a

Page 82

1 salesperson?
2  A. She did really well.
3  Q. Better than you?
4  A. I never really thought of better or worse,
5 because if I worked with her, then you could always
6 take --
7  Q. So you never put it in terms of she had more
8 sales than you or less sales than you?
9  A. Not really.
10    Especially after I became a manager, it
11 was --
12  Q. It was what?
13  A. Part of my responsibility to encourage the
14 salespeople.
15  Q. And you still had sales responsibility?
16  A. I did.
17  Q. And in fact her sales were better than yours
18 were during that time, were they?
19  A. As I tell you, I don't have any of those
20 reports, so I can't really answer that specifically.
21  Q. You didn't review the sales reports of --
22  A. Of course I did at the moment, but I don't
23 recall that.
24  Q. I see. What about other people at the
25 company in terms of their sales during the time that you

Page 83

1 were a manager, were some of their sales efforts, sales
2 volume better than yours or greater than yours?
3  A. I wouldn't know, because I worked -- the
4 people I worked directly with and had privy to their
5 information was Terry Nelson and George, I can't even
6 remember his last name, and I only saw what their figures
7 were or paid a lot of attention to their figures.
8  Q. Was that George Saroyan?
9  A. Saroyan, yes.
10  Q. How were his figures?
11  A. He had a very limited territory, but he did
12 not generate a high level of sales, as I recall.
13  Q. Was he terminated?
14  A. Ultimately, yes.
15  Q. Do you know why?
16  A. No.
17  Q. After you?
18  A. Just a few weeks prior to me.
19  Q. And in your managerial capacity you do not
20 know why he was terminated?
21  A. I don't know ultimately what he was told. I
22 know that there was some dissatisfaction with his
23 performance.
24  Q. And what was the nature of that
25 dissatisfaction as you understood it as a manager?

Page 84

1  A. His sales approach, his sales presentation
2 and his sales follow-through.
3  Q. What about his sales volume?
4  A. And his sales volume.
5  Q. Yeah. Was his sales volume --
6  A. Ultimately, the volume would depend upon the
7 other factors.
8  Q. I see. So all of those three other factors
9 that you just mentioned contributed to one's ability to
10 generate a volume of sales?
11  A. Right.
12  Q. All right. And you looked for those three
13 other factors as being criteria by which to judge
14 salespeople, is that correct, as a manager?
15  A. It's part of the -- part of the way that you
16 go about developing your sales, assessing your potential.
17  Q. What are the other parts, what other parts
18 do you employ to go about assessing your sales staff in
19 terms of their --
20  A. Well, that wasn't my function, to put
21 together a sales analysis. My function was to do what I
22 was told, and ultimately, when I was supervising George I
23 really, he really just reported in to me, I helped him
24 troubleshoot, and he gave me his numbers. Once Dan
25 Shannon became my manager, Dan did not feel that George,

Page 85

1 George's performance was meeting up to the expectation of
2 where it should be. George had also worked for him on the
3 book that was discontinued, and he felt that there was --
4 that there were problems in the territory because of him.
5  Q. How did you feel?
6  A. I had -- how did I feel. To the best of my
7 recollection, I agreed that there were some problems, but
8 I also felt that a lot of it had to do with a lack of
9 definition to him in terms of what was expected and what
10 his prospects were.
11  Q. Did you seek to provide him with that
12 definition in terms of your capacity as a manager?
13  A. I did seek to get that information from --
14 when I worked for Dan Kinnaman, Dan provided that
15 information, Dan interfaced with George much more than I
16 did when I worked for Dan, Dan did not want to work with
17 George -- he didn't like him, he didn't want to have to
18 work with him. So I had to get the information from Dan
19 to give to George. So there was a yes and a no in that.
20  Q. Wasn't it part of your job as a manager to
21 give Mr. Saroyan feedback as to his performance?
22  A. Yes.
23  Q. What feedback, if any, did you give him?
24  A. The feedback that I gave him was that, as I
25 was told by Dan Shannon, that the company wasn't pleased

22 (Pages 82 to 85)

Page 90

1  very subjective, depending upon who you spoke to.
2      Q.  Didn't you have your own expectations about
3  what Mr. Saroyan was supposed to be doing?
4      A.  I had my own expectations, but my own
5  expectations as a person or as an individual might not
6  have matched what was expected by the company.
7      Q.  What about your expectations as a
8  representative of your employer in terms of what
9  Mr. Saroyan was supposed to be doing, didn't you have
10 those?
11     A.  I was never given those formally. I was
12 never formally given any kind of budget or bogey. We had
13 no history, so we couldn't match to -- a history to what
14 had come out last year or in the previous years.
15     Q.  How did Pro Media discriminate against you
16 in terms of your age?
17     A.  It was my age as a manager and a supervisor,
18 and as such -- and also my sex, my age and my sex; and
19 they didn't -- they didn't want to have to pay somebody
20 that was older, whether you bring experience to the table
21 or not.
22     Q.  Well, they paid Terry Nelson, didn't they?
23     A.  I wouldn't know what they paid Terry Nelson.
24     Q.  As a manager you didn't know?
25     A.  That's correct. The same way

Page 91

1  Mr. Kinnaman -- I deal with Mr. Kinnaman on my salary, I
2  didn't -- I wasn't privy to information or allowed to know
3  what Terry Nelson made.
4      Q.  And you made no inquiry to find out?
5      A.  If I was told that, that wasn't my
6  responsibility, no, I did not.
7      Q.  Well, do you know whether she made more or
8  less than you did?
9      A.  I really don't. I was told, I think it was
10 stated in papers that I was one of the highest paid
11 employees, but beyond that, I don't know the dollar
12 figure.
13     Q.  In terms of commissions she was paid, do you
14 know whether they were more or less than yours?
15     A.  I don't know what her plan was.
16     Q.  So the answer to that is, you don't know?
17     A.  That is correct.
18     Q.  Okay. You do know that she was older than
19 you?
20     A.  I know she was, yes, I don't recall how much
21 or if she ever told me how much.
22     Q.  And you do know that she's still at the
23 company?
24     A.  Yes.
25     Q.  And you do know that she's still selling the

Page 92

1  product or advertising space, she's still working as a
2  salesperson?
3      A.  Yes, she's working as a salesperson.
4      Q.  And you didn't know what the volume of her
5  sales were when you were there as her manager?
6      A.  She had a good volume of sales.
7      Q.  Better than yours?
8          MR. LUCAS: Objection. We've gone
9      through this.
10     A.  We've gone through this. Do we really have
11 to do this again?
12     Q.  Do you understand it to be better or worse
13 than yours?
14     A.  She had a different territory than I did. I
15 worked with her on presentations, I worked with her on
16 strategy, I worked with her on proposals, so as her
17 manager, anything that she brought in reflected on my --
18 on me as well.
19     Q.  You got the benefit of it?
20     A.  I got no compensation because I was waiting
21 for my compensation plan.
22     Q.  I see. And when it didn't come, you still
23 stayed at the company?
24     A.  When it didn't come, I inquired about it. I
25 was told that it would come, that a reassessment was being

Page 93

1  made.
2      Q.  I want to get back to my question, how
3  exactly was it that you feel that you were discriminated
4  against because of your age?
5      A.  It wasn't -- it was age in combination with
6  my sex in combination with my being a manager. I was not
7  just a salesperson. I had other responsibilities. Major
8  responsibilities.
9      Q.  So you would agree that the reason that you
10 were terminated was not exclusively because of your age?
11     A.  It was age and my sex.
12     Q.  Anything else?
13     A.  I don't know if I'm leaving anything out. I
14 don't recall every --
15     Q.  You brought the Complaint.
16     A.  Well, okay, then I'll read it over and see
17 if I forgot anything.
18     Q.  Please do.
19     A.  I'll be happy to.
20         (RECESS)
21         (RECORD READ)
22     A.  I believe that covers it.
23     Q.  Do you think you would have been terminated
24 if your sales volume was greater than Terry Nelson's?
25         MR. LUCAS: Objection.

Page 162

1  think that industry standards will show that there was a
2  fallout in advertising across the board, so, yes,
3  industry-wide as part of the normal sales were down.
4      Q.  What industry standards do you mean?
5      A.  I mean magazines like Ad Age, AdWeek, The
6  New York Times, they were all reporting -- the
7  International Herald Tribune, they were all reporting on
8  the decline of advertising sales.
9      Q.  What about advertising sales in the
10 education market, were any of the magazines reporting on
11 that?
12     A.  Wouldn't that be part of the entire set of
13 magazines?
14     Q.  I'm asking you, Ms. Blumenschine, what did
15 you understand?
16     A.  My understanding would be yes, they would be
17 declining in all markets.
18     Q.  Do you recall a specific report in any one
19 particular magazine that you consider a standard?
20     A.  Yes. In the New York Times advertising
21 section, in Ad Age, in AdWeek, they report on sales, it's
22 broadcast as well as print, and yes, it was showing
23 declines.
24     Q.  Okay.  Specifically with respect to the
25 education market, the market in which you were selling

Page 163

1  Matrix, are you aware of any specific reports in any of
2  these standards that you've just alluded to as to the
3  decline of sales activity in that specific market?
4      A.  I was working with CMR, but I really don't
5  recall any specific numbers.
6      Q.  How did your duties change with your
7  promotion?
8      A.  I was more directly involved with
9  supervising the salespeople, engineering the sales
10 efforts, focusing the sales efforts, reporting to
11 management.  There was a level of management that had been
12 removed.  I had previously, up until the point that
13 Mr. Kinnaman -- I understood what I was told, or remember
14 that I was told, was that he had resigned from being group
15 publisher, and that would have included his
16 responsibilities at Matrix, so for a short time we were
17 missing a layer of management until Mr. Shannon came into
18 the picture, so I was more hands-on, more involved with
19 the day-to-day functioning of the magazine.  Also because
20 of the time of year, we were gearing up to go into the
21 next year, so my time was also taken up with developing
22 programs for the upcoming year.
23     Q.  But you still had a sales function during
24 that time, did you not?
25     A.  Even more so as I directed the other

Page 164

1  salespeople.
2      Q.  And you directed Terry Nelson, at least
3  supervised her, is that right?
4      A.  Yes, I did.
5      Q.  Did you recommend to anyone that she be
6  terminated?
7      A.  There had been issues with Terry Nelson
8  prior to my becoming a manager.  At that point Dan
9  Kinnaman told me he had given -- he drew a line in the
10 sand, those are his exact words, and that she had to toe
11 the line in reporting to him or in giving answers, and at
12 one point also when we were in California at a conference,
13 Bill had mentioned that Terry, if I wanted to terminate
14 Terry, Terry could be terminated.
15     Q.  "Bill" being?
16     A.  Mr. Ziperman.  And she wasn't terminated.  I
17 did not want to let go of her.  I figured she had never
18 been given any structure, and she could be kept and be
19 useful to the company and be effective for the company.
20     Q.  My question to you was, did you ever
21 recommend to anybody in management that Terry Nelson be
22 terminated?
23     A.  No.
24     Q.  Ever?
25     A.  No.

Page 165

1      Q.  Were you happy with her performance as a
2  manager?
3      A.  I wouldn't say I was happy with her
4  performance overall.  I was happy -- there were aspects of
5  what she did that were very good, there were aspects of
6  what she did which were horrible.
7      Q.  What did she do that was good?
8      A.  She drank a lot.
9      Q.  What did she do that was good?
10     A.  She had a good relationship with the
11 clients, she tended to reduce rates more than she should
12 have, she tended to want to give things away, and she
13 tended to be very reactionary if anything came up.
14     Q.  And she drank a lot, I think you told me
15 that?
16     A.  Um-hum.
17     Q.  Is that correct?
18     A.  Um-hum.
19     Q.  And how did you know that?
20     A.  Because I had been traveling with her.
21     Q.  And based upon that assessment of her, is it
22 still your testimony that you never recommended to anybody
23 in management that she be terminated?
24     A.  I recommended that we could put her on
25 notice, that she be given restrictions, that she be given,