# EXHIBIT "C"

MINOGUE BIRNBAUM LLP

ATTORNEYS AND COUNSELORS AT LAW

GEORGE P. BIRNBAUM
THOMAS E. MINOGUE, JR.*

COUNSEL
MICHAEL L. FERCH**

*CONNECTICUT BAR ONLY
**NEW YORK BAR ONLY

130 WEST 57TH STREET
NEW YORK, NY 10019
(212) 956-1313
FAX: (212) 956-4596

237 ELM STREET
NEW CANAAN, CT 06840
(203) 966-6916
FAX: (203) 966-6917

IN REPLY ADDRESS FIRM AT

New York Office

January 10, 2006

**BY FAX & MAIL**

Scott R. Lucas, Esq.
Martin, Lucas & Chioffi, LLP
177 Broad Street
Stamford, CT 06901

Re: Professional Media Group LLC ads. Lisa Blumenschine/Case No. 3-02-CV-2244(DJS)

Dear Scott:

As I think Tom told you, we are still waiting for the Court to set a new settlement conference date. As soon as we hear, one of us will call you; please do the same if you hear first.

With the Joint Pre-Trial Order date scheduled for February 17, what if we set Tuesday, February 7, as the date on which our office will exchange with yours our respective drafts of each side's portion of the Joint Pre-Trial Order; let me know if that date works for you.

Finally, I want to add the following persons to defendant's list of potential witnesses:

    Carrie Abel
    Maureen Mollahan
    Rosetta Moore
    Francis Cassone

Scott R. Lucas, Esq.
Page 2
January 10, 2006

Some or all of these witnesses may be called to discuss the climate of the workplace at ProMedia, as well as their interactions with Lisa Blumenschine. We formally will supplement our interrogatory answers accordingly within the next week, but I wanted you to have notice of these additions.

    Warm regards.

                                  Sincerely,

                                  MINOGUE BIRNBAUM LLP

                                  By: _____
                                        George P. Birnbaum

GPB:ts

EXHIBIT "D"

**MINOGUE BIRNBAUM LLP**

ATTORNEYS AND COUNSELORS AT LAW

GEORGE P. BIRNBAUM
THOMAS E. MINOGUE, JR.*

COUNSEL
MICHAEL L. FERCH**

*CONNECTICUT BAR ONLY
**NEW YORK BAR ONLY

130 WEST 57TH STREET
NEW YORK, NY 10019
(212) 956-1313
FAX: (212) 956-4596

237 ELM STREET
NEW CANAAN, CT 06840
(203) 966-6916
FAX: (203) 966-6917

IN REPLY ADDRESS FIRM AT

New York Office

January 12, 2006

**BY FAX & MAIL**

Scott R. Lucas, Esq.
Martin, Lucas & Chioffi, LLP
177 Broad Street
Stamford, CT 06901

Re: Professional Media Group LLC ads. Lisa Blumenschine/Case No. 3-02-CV-2244 (DJS)

Dear Scott:

With respect to your letter of yesterday's date:

1. We offer you the opportunity, on abbreviated notice, to take the deposition of any or all of the four additional witnesses I identified in my January 10 fax. Since the matter will not be tried before March under the current schedule, you can take these depositions at any time at your convenience in late January or February. We are also willing to include your ability to take these depositions under the "Further Proceedings" section of the pre-trial memorandum.

You should also know that we do not anticipate that any of these witnesses will testify extensively; indeed, it seems unlikely that both the direct and cross-examinations of any one of them would exceed half an hour. Thus, I expect that you would find that any depositions of these witnesses could be similarly limited.

Scott R. Lucas, Esq.
Page 2
January 12, 2006

    We are also willing -- particularly given the fact that we still have not heard about the setting of the pre-trial conference before the Parajudicial Officer -- to request an adjournment of the "trial ready" date by one or more months.

    2.   It is not our intention to prejudice your position, but the number of years that have elapsed while the summary judgment motions were pending prompts us to believe that there is good cause to include these witnesses. I would note, in this regard, that there are a number of other witnesses disclosed several years ago as to whom you (and we) opted not to take depositions. I say this only so it is clear that a number of people on the existing witness lists have not been deposed by either side. Of course, we also will comply with your desire to raise this issue with the Court if you think it necessary.

    Best regards.

                                          Sincerely,

                                          MINOGUE BIRNBAUM LLP

                                          By: _____
                                               George P. Birnbaum

GPB:ts

EXHIBIT "E"

# Martin, Lucas & Chioffi, LLP

COUNSELORS AT LAW

STAMFORD, CONNECTICUT | NEW YORK, NEW YORK

177 Broad Street
Stamford, Connecticut 06901

January 11, 2006

Telephone: 203 973.5200
Facsimile: 203 973.5250

www.mlc-law.com

*VIA FACSIMILE [(203) 966-6917]*
*And FIRST CLASS MAIL*

George P. Birnbaum, Esq.
Minogue Birnbaum LLP
237 Elm Street
New Canaan, CT 06840

Re:   **Lisa Blumenschine and Professional Media Group LLC**

Dear George:

I am in receipt of your fax dated January 10, 2006. Your suggestion of a February 7 exchange date with each other's respective portions of the joint pretrial order sounds like a worthy goal. Let's plan on that and I will let you know if for some reason, as that date approaches, I am unable to meet that deadline. I will do my best.

With regard to the additional witnesses you identify, I cannot agree that your client be allowed to call those witnesses at the trial. As you know, discovery is closed and we have no ability to depose these witnesses to determine exactly what the content of the testimony is and to test the veracity of such testimony. As such, we are placed at a disadvantage. Had these witnesses been disclosed in accordance with Rule 26(a), we would have had ample to time to determine whether or not to take their depositions and to prepare for trial with some knowledge of whatever their testimony will be. At this late juncture, it is simply too prejudicial. I suspect, in any event, this is something we will need to discuss with the judge at our pretrial conference. I thank you, however, for the disclosure of your intentions.

Finally, Tom asked that I speak with Ms. Blumenschine prior to the upcoming conference to determine whether any productive talks could be done ahead of time. I will be getting back to one of you shortly.

Sincerely yours,

Scott R. Lucas

SRL:bkf
cc:   Ms. Lisa Blumenschine