EXHIBIT "F"

Page 70

1   Q. Did you go to Mr. Hanson or seek information
2   from Mr. Hanson?
3   A. No, he was not around on a regular basis.
4   Q. Mr. Shannon?
5   A. No.
6   Q. Mr. Kinnaman?
7   A. I had no reason to speak to Mr. Kinnaman, I
8   had no contact with him.
9   Q. How big was this company at this time?
10  A. How many employees?
11  Q. Yeah.
12  A. More than 15 or 20, I would guess.
13  Q. And you knew Mr. Hanson, didn't you?
14  A. I worked for Mr. Hanson, I knew who he was.
15  Q. When you weren't getting an answer from your
16  supervisor, Mr. Ziperman, did you at all consider the
17  possibility of going to speak to Mr. Hanson about his lack
18  of forthrightness to your response or to your questions?
19  A. No, because Mr. Hanson was not involved with
20  the company on a full-time basis. The person running the
21  company was Mr. Ziperman.
22  Q. Did you speak with Mr. Ziperman's wife, your
23  friend for many years?
24      MR. LUCAS: When?
25  Q. At any time.

Page 71

1   A. Yeah, I spoke with her.
2       MR. LUCAS: Objection.
3   A. Did I ever speak with her, yes, we talked
4   about shopping, talked about dinner.
5   Q. Here's the question, Ms. Blumenschine: When
6   her husband, Mr. Ziperman, wouldn't give you the answers
7   that you were looking for with respect to the inquiries
8   you were making, did you discuss that subject with his
9   wife at all?
10  A. It had been made very clear to me that Bill
11  handled certain parts of the business that he did not
12  discuss with Ellen, so just -- by virtue of the tact that
13  they were married didn't mean that there was an osmosis of
14  responsibility. There were different responsibilities
15  that were handled by different people, so there would have
16  been no reason for me to approach Ellen with my salary
17  when she wasn't involved with it.
18  Q. Who made that very clear to you?
19  A. Ellen.
20  Q. In what context?
21  A. When I first started, there were -- I had
22  some issues or questions about how things were handled and
23  what the chain of responsibility was or the chain of
24  command was, and it was made very clear to me.
25  Q. Did Ellen work for the company also?

Page 72

1   A. Yes.
2   Q. In what capacity?
3   A. I don't really know what she did, I think
4   she did promotions, and she was also on a part-time basis.
5   Q. In terms of the number of inquiries that you
6   made of Mr. Hanson, your best recollection is about five?
7       MR. LUCAS: Mr. Ziperman.
8   Q. I'm sorry, Mr. Ziperman.
9   A. I would guess, yeah.
10  Q. Okay. And did you consider leaving at all
11  in light of his inability or lack of response to you?
12  A. I had considered leaving when I first
13  started. I was offered a position, and I went to Bill
14  because it is very important to me professionally when I
15  make a commitment to see it through and handle it in a
16  professional, ethical way. And we had some problems, I
17  had interviewed for a position and I was offered a
18  position, and I went to Bill, and I told him that I had
19  been offered a position and I was considering taking it,
20  and asked him really where things stood. This was back in
21  the beginning when I first started, so that must have been
22  in 2000. And I was told I had a bright future, that they
23  valued me as an employee, and based on that conversation I
24  wanted to try to make it work.
25  Q. Who were you -- who did you interview with

Page 73

1   back in 2000?
2   A. It was a Primedia publication, and it was
3   called Cable News.
4   Q. And did you submit a resume in the course of
5   that interview?
6   A. Yes, I did.
7   Q. And what prompted the interview, how did
8   you --
9   A. How did I get the interview?
10  Q. Yeah.
11  A. A friend of mine worked in the same office
12  and knew they were looking for someone.
13  Q. Okay. So your friend contacted you?
14  A. Right.
15  Q. And you went off and had this interview with
16  that company?
17  A. With the publisher, correct.
18  Q. And were you offered a job?
19  A. I was.
20  Q. And you declined?
21  A. I did.
22  Q. And what was the compensation that you were
23  offered?
24  A. About -- it was a package of somewhere
25  between 150 and 175 thousand to start.

19 (Pages 70 to 73)

Goldfarb & Ajello
203-972-8320

Page 126

1   A.  Yes.
2   Q.  Can you give me a name of a couple of any of
3   those companies?
4   A.  Canon, Sharp, I'm trying to remember. It's
5   been a long time. If you look in an issue, we could see
6   who it was. I believe Seaboard Systems, Frontier
7   Technology, I think something like that.
8   Q.  When you made the statement to Mr. Shannon,
9   as you state, to put you out of your misery, what did you
10  mean?
11  A.  He had come into my office, I was on the
12  phone, he came into my office, I had been wanting an
13  editorial calendar for the January issue, and he was --
14  Q.  January of?
15  A.  2002. And it kept changing, and we sell
16  based, very much based on the type of editorial, people
17  want to see that, and he told me not to worry about it,
18  and he also said -- I told him I had an appointment with
19  the company that I was trying to get through to, and he
20  said: I don't want you on the phone, I don't want you
21  calling anybody, I don't want you emailing anybody, you
22  just sit there.
23  Q.  And you said, "Put me out of my misery"?
24  A.  I said, "When are you going to put me out of
25  my misery, what is going on here?"

Page 127

1       He said, "I can't talk to you until Bill
2   Ziperman comes in, and he'll be in after noon.
3   Q.  Did you suspect at all that your sales
4   volume or lack of it played any part in his instructions
5   to you that day?
6   A.  I had no clue.
7   Q.  You had no idea?
8   A.  How would I know if I had gotten no
9   feedback?
10  Q.  Didn't you know what your sales volume was?
11  A.  But you're making the presumption, if I knew
12  what my -- by saying, would I know what my sales volume
13  is, you're making the presumption it is based on my sales
14  volume. This was after I was told that Dan was looking at
15  two bright young men to replace me, because there were
16  things going on.
17  Q.  Did you think that the lack of your sales
18  volume had anything to do with your termination?
19  A.  I thought that Dan had it in for me and
20  didn't want me to be working with him because I had said
21  that I thought that the upper management was a boys' club.
22  And whether he was instructed to do that or whether it
23  came of his own volition, he was doing it.
24  Q.  So the answer to my question is no?
25  A.  I don't remember. I don't recall, but I

Page 128

1   don't think so.
2   Q.  You don't think your sales, lack of sales
3   volume or lack of sales performance had anything to do
4   with your job termination?
5   A.  I was told, when I asked Dan Shannon why I
6   was being fired, that it just wasn't working out.
7   Subsequent to that I was, on my unemployment papers to
8   delay getting unemployment, it was stated that I did
9   not -- I did not perform my job duties. Of course, I was
10  never told that, and because I was never told that, I did
11  get unemployment, because I obviously had met my job
12  responsibilities. If I was fired, it was for some reason
13  because it wasn't working out. So one can only guess what
14  that meant. Perhaps because I said it was a boys' club.
15  Perhaps because I was told one thing and given another.
16  And I didn't like that.
17  Q.  You were angry?
18  A.  I wasn't angry, I didn't feel that it was an
19  ethical or professional way to conduct business.
20  Q.  Did you like your job there?
21  A.  In the beginning I did.
22  Q.  When did it change?
23  A.  When Mr. Shannon came in.
24  Q.  And when was that?
25  A.  Subsequent to my being promoted, Mr. Shannon

Page 129

1   was promoted to publisher.
2   Q.  So it changed at about that time, is that a
3   fair statement?
4   A.  Yes.
5   Q.  You didn't like your job after that?
6   A.  I liked my job, I didn't like the people or
7   trust the people I was working with.
8   Q.  Did you ever complain to anybody about --
9   A.  Who would I complain to, what would that do?
10  Q.  Mr. Hanson?
11  A.  Mr. Hanson was not accessible, came in and
12  out went into his office and did what he had to do, he
13  wasn't a confidant.
14  Q.  He was your boss, wasn't he, he owned the
15  company?
16  A.  He wasn't -- he owned the company.
17  Q.  It was a small company?
18  A.  It wasn't that small. There was a very
19  definite chain of command.
20  Q.  Was Mr. Hanson on the corporate premises
21  regularly?
22  A.  Not regularly, no.
23  Q.  How often would you say he was on the
24  corporate premises?
25  A.  I really never thought about it. Once in a

33 (Pages 126 to 129)

Goldfarb & Ajello
203-972-8320

Page 130

1  while is what I would say.
2  Q. Did he speak to you when you saw him on the
3  corporate premises?
4  A. Sometimes he did, and sometimes I would
5  guess he didn't. I wasn't living my life by when
6  Mr. Hanson was coming in or out. You have to remember I
7  was traveling as well.
8  Q. Did you speak at all to Mr. Hanson about the
9  fact that Mr. Shannon was creating a boys' club or any
10 other -- any other form of dissatisfaction that you had
11 with Mr. Shannon?
12 A. Mr. -- the relationship between myself and
13 Mr. Hanson wasn't like that. He had never been positioned
14 to be receptive to those kinds of comments. I was told by
15 Mr. Shannon in the very beginning that I shouldn't even go
16 to Mr. Ziperman, he was running the magazine and Bill
17 wasn't.
18 Q. So the answer is, you never spoke to
19 Mr. Hanson, correct?
20 A. I spoke with Mr. Hanson, but not about that.
21 Q. That's right, that's my question, you never
22 spoke to Mr. Hanson about any of these displeasures?
23 A. Larger issues, no, I never did.
24 Q. You never did?
25 A. He was not positioned to be accessible to me

Page 131

1  for that.
2  Q. You never communicated it with him in any
3  way?
4  A. I tried in the beginning and was not met
5  with any kind of positive response, and so I -- one
6  realizes what one can and can't do.
7  Q. How did you try?
8  A. When I had, in the very beginning, when
9  there were problems about -- with Matrix, and I went to
10 Mr. Hanson, bypassing the chain of responsibility,
11 bypassing Mr. Kinnaman, who at that point in time was my
12 boss, and I was pretty much raked over the coals.
13 Q. By?
14 A. Mr. Hanson.
15 Q. And tell me about that specifically, what
16 did you go to see him about, and how were you raked over
17 the coals, to use your expression?
18 A. I was unhappy with the way we were promoting
19 the magazine.
20 Q. What were -- specifically were you unhappy
21 about?
22 A. I was unhappy because I felt that we were
23 not capitalizing on our potential to generate revenue.
24 Q. And you, because of that unhappiness,
25 decided to take some action, correct?

Page 132

1  A. Right.
2  Q. What did you do specifically?
3  A. I asked Mr. Hanson if I could speak with him
4  during a meeting.
5  Q. And in terms of time, when was this, in
6  terms of year, month, date?
7  A. This was as the magazine was debuting, I
8  don't remember whether it was, if it was just before or
9  just after I had gone to look for the other job. I think
10 it was probably just before. I realized I would not be
11 successful in approaching Mr. Hanson, that Mr. Hanson
12 wanted -- seemed to want or be most responsive to his
13 managers, of which I was not one at the time. I was a
14 national sales manager reporting to Mr. Kinnaman.
15 Q. What did he say to you?
16 A. He -- I don't even remember what the
17 specific thing was, but I remember sitting in the
18 conference room thinking I should have kept my mouth shut,
19 head down and gone on.
20 Q. What did you say to him?
21 A. I don't remember exactly, but it was along
22 the lines of wanting to do things differently, and it was
23 not according to the prescribed course, and Mr. Hanson at
24 that point was not in the office on a regular basis. He
25 kind of blew in and blew out, and nobody knew when he

Page 133

1  would be there. And I was -- my idea was not met with a
2  positive response.
3  Q. You don't remember what he said?
4  A. That he didn't think I had a good idea.
5  Q. Is that what he said?
6  A. Something along those lines, it was not
7  something that was met with any kind of positive -- any
8  kind of positive reception or acceptance.
9  Q. Who else was present in the conference room
10 at that time?
11 A. A number of people who are current
12 employees. I believe Bonnie, I can't even remember her
13 last name, who was the editor who quit from Matrix was
14 there as well.
15 Q. Anybody else that you remember?
16 A. No.
17 Q. How long did the --
18 A. The interchange take place, probably 20, 25
19 minutes.
20 Q. Did you make any other notes or other
21 memoranda with respect to that meeting?
22 A. I wouldn't have seen that there would have
23 been a need to, I wasn't documenting anything.
24 Q. Did you inform Mr. or any -- did you inform
25 anybody else of Mr. Hanson's comments to you?

Page 134

1  A. People that would have been directly
2  involved were there, so there was no need to.
3  Q. The answer is, you did not?
4  A. There was no need to, correct, I did not
5  because there was no need to.
6  Q. And that was the only time that you sought
7  to seek Mr. Hanson out about some concerns that you had,
8  is that correct?
9  A. I would say that that was a lesson, yes.
10 And that would have taught me that it was not going to be
11 productive.
12 Q. You don't think Mr. Hanson would have
13 reacted to any of these other concerns that you had?
14 A. Mr. Hanson had people working for him to
15 take care of the business, and those were the people who
16 those concerns should be addressed to, as is normal in
17 what I believe to be any corporate culture.
18 Q. Did you complain to any one of those other
19 people that he had in charge about your concerns relative
20 to Mr. Shannon?
21 A. I kept my mouth shut and my head down with
22 Mr. Shannon.
23 Q. The answer is no?
24 A. There was no recourse, so no, I did not.
25 Q. You did not. You did not speak to

Page 135

1  Mr. Ziperman, correct?
2  A. I was warned by Mr. Shannon not to speak to
3  Mr. Ziperman, so, yes, I did not speak to Mr. Ziperman.
4  Q. You did not speak to Mr. Kinnaman?
5  A. Yes, I did not.
6  Q. Okay. You did not speak to Mr. Hanson,
7  we've already established that, correct?
8  A. Correct.
9  Q. What about Ellen Ziperman, did you speak to
10 her?
11 A. I may have. I don't recall.
12 Q. Well, what's your best recollection of
13 whether you did or didn't?
14 A. I may have because I know that there was
15 not -- there was less than a great relationship between
16 Ellen and Dan.
17 Q. Do you recall anything about this possible
18 conversation that you had with Ellen Ziperman?
19 A. I don't remember if we had a conversation.
20 I know after I was fired, through a third party, Ellen
21 said she felt badly, things like that happened with Dan,
22 and she referred me to other places where I might be able
23 to find a job.
24 Q. But in terms of your concerns about
25 Mr. Shannon, while you were employed, do you have any

Page 136

1  specific recollection of discussing those concerns,
2  communicating in any way those concerns to Ellen Ziperman?
3  A. I may -- I honestly -- we had conversations
4  about Dan, and it was generally felt.
5  Q. When you say "we," who do you mean? I'm
6  sorry.
7  A. I believe, and I'm drawing an assumption
8  here, from things that were said, because I can't repeat
9  to you verbatim, and I didn't take notes, and I didn't
10 tape the conversation, but it was generally felt that Joe
11 had vested responsibility in Dan, like it or not, and that
12 was what I was to deal with.
13 Q. Okay. Going back to my question about
14 communications with Ellen Ziperman?
15 A. If I spoke to Ellen about it, I don't
16 remember, I still don't remember. I remember speaking to
17 her, I wouldn't go in and say, "What do you think of Dan,"
18 but I could have gone in and -- I think I did actually
19 very generally say: How would things be handled best.
20 Q. Do you recall her response?
21 A. Keep your mouth shut, your head down and do
22 what you're told.
23 Q. She said that to you?
24 A. Something like that.
25 Q. Well, to the best of your recollection?

Page 137

1  A. Something like that, I'm not paraphrasing
2  her, I'm telling you what I recall.
3  Q. Where did that conversation take place?
4  A. In her office.
5  Q. Which was located where?
6  A. On the floor that Professional Media was on.
7  Q. In the office building?
8  A. Yes.
9  Q. Anybody else present?
10 A. No.
11 Q. Pardon me?
12 A. No.
13 Q. Do you recall the time of the year?
14 A. No.
15 Q. Date?
16 A. It probably would have been in the spring,
17 it would have been in 2001.
18 Q. 2001. Season of the year?
19 A. Spring/summer.
20 Q. Are you guessing now, or is that your
21 recollection?
22 A. I'm guessing.
23    MR. LUCAS: Don't guess.
24 A. I don't recall.
25 Q. But you do recall a conversation with Ellen?