EXHIBIT "G"

## ACTUARIAL
## LITIGATION
## SERVICE

94 Stagecoach Lane  
Newington, CT 06111-5314  
(860) 667-3649

Sheldon Wishnick FSA, MAAA, FLMI

## ACTUARIAL REPORT AND ANALYSIS

Loss of Earnings Capacity  
for  
Ms. Lisa Blumenschine

Prepared for Attorney Scott Lucas

I am being compensated at the hourly rate of $225 for the time spent preparing this report and providing testimony. All data was received from the client and the retaining attorney in the form of interviews and questionnaires. Losses were derived from reasonable assumptions and standard actuarial techniques.

Submitted by:

*Sheldon Wishnick*  
June 2003

*Actuarial Litigation Service is an actuarial consulting firm whose practice is concentrated in the measurement of lost earnings capacity and economic losses in matters of major litigation. Concepts and projections are explained in language that is easily understood and applied.*



EXHIBIT  
WISHNICK  
2-T.P.  
8-13-03

00010

Lisa Blumenschine v. Professional Media Group
302CV2244(DJS)

## Background

Ms. Lisa Blumenschine had been an employee of the Professional Media Group since January 31, 2000 when she was hired as the National Sales Manager. She was later promoted to Associate Publisher. Her employment was abruptly terminated on January 2, 2002. After a period of unemployment and temporary employment, Ms. Blumenschine began working at Penton Media on October 5, 2002 at a lower rate of income. This report documents the economic loss incurred as a result of the change in her employment.

## Index

**Page 1**: Loss Summary
The calculation results for all losses are summarized on this page. Losses are shown by category, with separate identification for past losses, already incurred by the determination date, and future losses, anticipated to be incurred.

**Page 2**: Methods and Assumptions
General methods and assumptions incorporated in the calculations to accumulate past losses and to develop the present values of future losses are enumerated here by category.

**Page 3**: Income Loss
The actual income received and anticipated is used as an offset against the PC, Inc. earnings potential in developing this loss.

**Page 4**: Input Data
This page displays the relevant dates and income information.

**Page 5**: Curriculum Vitae

**Page 6**: Expert Assignments

Actuarial Litigation Service                     June 20, 2003

Lisa Blumenschine
Page 1

## Loss Summary

| | |
|---|---:|
| **Income** | |
| Accumulated value of past loss | 144,522 |
| Present value of future loss | <u>485,540</u> |
| Total | 630,062 |
| **Lump Sum Tax Adjustment** | |
| Accumulated value of past loss | 16,681 |
| Present value of future loss | <u>56,041</u> |
| Total | 72,722 |
| **Total** | |
| Accumulated value of past loss | 161,202 |
| Present value of future loss | <u>541,582</u> |
| **Total** | **$702,784** |

Actuarial Litigation Service               20-Jun-03

Lisa Blumenschine
Page 2

## METHODS AND ASSUMPTIONS

### General

1. Past losses are accumulated with interest and future losses are discounted with interest and worklife expectancy[1] to the date of determination, December 31, 2002.
2. The periodic interest rate used to compute past losses is the actual historic experience for U.S. Treasury Bills, one-year constant maturities. Future losses use the May 2003 average 10-year Treasury bond rate.

### Salary Loss

1. The "Prof Med Potential" of $132,854 on page 3 for 2001 was the actual gross income received for that year adjusted for $40,000 due in unpaid commissions. The amounts for 2002 and later were derived as 2001 earnings increased at 3.5% annually.
2. The "Actual Earnings" beyond the termination from Professional Media Group, from all sources is shown on page 3.
3. Ms. Blumenschine began working at Penton Media on October 5, 2002. Salary increases from Penton are assumed to be 3.5% yearly.
4. The "Net Loss" is the annual difference between the two earning streams.
5. The "Interest Accrued" represents interest earnings in each year on interest losses to date.
6. The "Accum Loss" is the accumulation of all income losses to date with interest.
7. The present value columns display the value of the loss on the date of determination after discounting for interest and worklife expectancy.

### Lump Sum Income Tax Adjustment

1. Income and benefits received in a lump sum will incur tax at a higher rate than when incurred over a working lifetime.
2. The adjustment shown in the summary is an estimate of the dollar value of the difference using 2001 tax rates.

Actuarial Litigation Service               June 20, 2003

---

[1] Life and Worklife Expectancies, Richards and Abele, Lawyers and Judges Publishing, 1999, Table 5.

Lisa Blumenschine
Page 3

# Income Loss Development

## Past Loss

| | Prof Med Potential | Actual Earnings | Net Loss | Interest Accrued | Annual Loss | Accum Loss |
|---|---|---|---|---|---|---|
| 2000 | 158,341 | 158,341 | 0 | 0 | 0 | 0 |
| 2001 | 132,854 | 92,854 | 40,000 | 0 | 40,000 | 40,000 |
| 2002 | 137,504 | 33,783 | 103,721 | 801 | 104,522 | 144,522 |

## Future Loss

| | Prof Med Earnings | Offset Earnings | Net Loss | Pres Value of Net Loss | Cumulative Pres Value | Age |
|---|---|---|---|---|---|---|
| 2003 | 142,317 | 96,000 | 46,317 | 44,716 | 44,716 | 52 |
| 2004 | 147,298 | 99,360 | 47,938 | 44,681 | 89,397 | 53 |
| 2005 | 152,453 | 102,838 | 49,615 | 44,647 | 134,044 | 54 |
| 2006 | 157,789 | 106,437 | 51,352 | 44,612 | 178,656 | 55 |
| 2007 | 163,311 | 110,162 | 53,149 | 44,578 | 223,233 | 56 |
| 2008 | 169,027 | 114,018 | 55,010 | 44,543 | 267,777 | 57 |
| 2009 | 174,943 | 118,009 | 56,935 | 44,509 | 312,286 | 58 |
| 2010 | 181,066 | 122,139 | 58,928 | 44,475 | 356,760 | 59 |
| 2011 | 187,404 | 126,414 | 60,990 | 44,440 | 401,200 | 60 |
| 2012 | 193,963 | 130,838 | 63,125 | 44,406 | 445,606 | 61 |
| 2013 | 180,676 | 121,876 | 58,801 | 39,934 | 485,540 | 62 |
| Totals | | | 602,158 | 485,540 | | |

Actuarial Litigation Service

20-Jun-03

00014