EXHIBIT "H"

*file corr.*

# MARTIN, LUCAS & CHIOFFI, LLP

COUNSELORS AT LAW

STAMFORD, CONNECTICUT | NEW YORK, NEW YORK

177 Broad Street
Stamford, Connecticut 06901

April 11, 2006

Telephone: 203 973.5200
Facsimile: 203 973.5250

www.mlc-law.com

*VIA FACSIMILE [(203) 966-6917]*
*And FIRST CLASS MAIL*

George P. Birnbaum, Esq.
Minogue Birnbaum LLP
237 Elm Street
New Canaan, CT 06840

    Re:    <u>Lisa Blumenschine and Professional Media Group LLC</u>

Dear George:

    Enclosed are additional documents being produced bearing Bates Nos. 0220 – 0225. These documents consist of plaintiff's W-2s for 2003, 2004 and 2005, as well as a couple of pay stubs from this year, and have been designated "confidential" pursuant to the protective order entered in this action. I am providing these documents to you, as they are being utilized by our economic damages expert, Sheldon Wishnick, in updating his report for trial.

Sincerely yours,

Scott R. Lucas

SRL:bkf
Enclosures

Apr 10 06 03:37p          Lisa Blumenschine            203 341 0660            p.3



| | | |
|---|---|---|
| 1 Wages, tips, other compensation | 2 Federal income tax withheld | |
| 102148.15 | 18801.12 | |
| 3 Social security wages | 4 Social security tax withheld | |

e Employee's name, address, and ZIP code
Lisa Blumenschine
435 Flax Hill Rd.
Norwalk CT 06854

Form **W-2**
Wage and Tax Statement
**2003**
Copy C For EMPLOYEE'S RECORDS.
(See Notice to Employee on back of Copy B).

15 State Employer's state ID number: CT 2609303-000
16 State wages, tips, etc: 102148.15
17 State income tax: 4124.81

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 240.00 | 22.69 |
| 3 Social security wages | 4 Social security tax withheld |
| 240.00 | 14.88 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 240.00 | 3.48 |
| a Control Number | Dept. | Corp. | Employer use only |
| 020083 | 01/C7K | 425 | A | 4 |

c Employer's name, address, and ZIP code
NATIONAL MARINE
MANUFACTURERS ASSOC
200 E RANDOLPH DR
CHICAGO IL 60601

Batch #00694

b Employer's FED ID number: 36-2369301
d Employee's SSA number: [redacted]
7 Social security tips
8 Allocated tips
9 Advance EIC payment
10 Dependent care benefits
11 Nonqualified plans
12a See instructions for box 12
12b
12c
12d
13 Stat emp/Ret. plan/3rd party sick pay
14 Other

e Employee's name, address and ZIP code
LISA BLUMENSCHINE
435 FLAX HILL RD
NORWALK, CT 06854

15 State | Employer's state ID no. | 16 State wages, tips, etc.
NY | 36-2369301 | 240.00
17 State income tax: 4.23
18 Local wages, tips, etc.
19 Local income tax
20 Locality name

Safe, accurate, FAST! Use **e-file**   Visit the IRS Web Site at www.irs.gov.

Employee Reference Copy
**W-2** Wage and Tax Statement **2003**
Copy C for employee's records.   OMB No. 1545-0008

---

## 2003 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2003 pay stub plus any adjustments submitted by your employer.

| | | | | | |
|---|---|---|---|---|---|
| Gross Pay | 240.00 | Social Security Tax Withheld Box 4 of W-2 | 14.88 | NY State Income Tax Box 17 of W-2 | 4.23 |
| | | | | SUI/SDI Box 14 of W-2 | |
| Fed. Income Tax Withheld Box 2 of W-2 | 22.69 | Medicare Tax Withheld Box 6 of W-2 | 3.48 | | |

2. Your Gross Pay Was Adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 240.00 | 240.00 | 240.00 | 240.00 |
| Reported W-2 Wages | 240.00 | 240.00 | 240.00 | 240.00 |

3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

LISA BLUMENSCHINE
435 FLAX HILL RD
NORWALK, CT 06854

Social Security Number: [redacted]
Taxable Marital Status: SINGLE
Exemptions/Allowances:
 FEDERAL: 0
 STATE: 0

© 2003 AUTOMATIC DATA PROCESSING, INC.

Fold and Detach Here     Save 15% on tax preparation. Learn more at http://taxpartner.adp.com.

CONFIDENTIAL

Apr 10 06 03:36p   Lisa Blumenschine   203 341 0660   p.2

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 95,220.68 |
| 2 | Federal income tax withheld | 16852.72 |
| 3 | Social security wages | 87900.00 |
| 4 | Social security tax withheld | 5449.80 |
| 5 | Medicare wages and tips | 98064.97 |
| 6 | Medicare tax withheld | 1421.94 |

c Employer's name, address, and ZIP code
PENTON MEDIA INC.
Penton Media - Payroll
1300 E. 9th Street
CLEVELAND, OH 44114-1503

12a   C   135.07
12b   D   2844.29

b Employer identification number
36-2875386

e Employee's name, address, and ZIP code
Lisa Blumenschine
435 Flax Hill Rd.
Norwalk CT 06854

Form **W-2** Wage and Tax Statement **2004**

15 State Employer's state ID number   CT   2699303 000
16 State wages, tips, etc.   95220.68
17 State income tax   3816.05

Copy C - For EMPLOYEE'S RECORDS
(See Notice to Employee on back of Copy B).

---

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other comp. | 272.00 |
| 2 | Federal income tax withheld | 26.38 |
| 3 | Social security wages | 272.00 |
| 4 | Social security tax withheld | 16.86 |
| 5 | Medicare wages and tips | 272.00 |
| 6 | Medicare tax withheld | 3.94 |

Control Number  020083 01/C7K   Dept. 475   Corp. A   Employer use only 3

a Employer's name, address, and ZIP code
NATIONAL MARINE MANUFACTURERS ASSOC
200 E RANDOLPH DR
CHICAGO IL 60601

Batch #01202

b Employer's FED ID number  36-2369301

e/f Employee's name, address and ZIP code
LISA BLUMENSCHINE
135 FLAX HILL RD
NORWALK, CT 06854

5 State Employer's state ID no.  NY  36-2369301
16 State wages, tips, etc.  272.00
17 State income tax  5.51

Employee Reference Copy
W-2 Wage and Tax Statement 2004
OMB No. 1545-0008

---

## 2004 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2004 pay stub plus any adjustments submitted by your employer.

| | | | | | |
|---|---|---|---|---|---|
| Gross Pay | 272.00 | Social Security Tax Withheld Box 4 of W-2 | 16.86 | NY. State Income Tax Box 17 of W-2 SUI/SDI Box 14 of W-2 | 5.51 |
| Fed. Income Tax Withheld Box 2 of W-2 | 26.38 | Medicare Tax Withheld Box 6 of W-2 | 3.94 | | |

2. Your Gross Pay Was Adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 272.00 | 272.00 | 272.00 | 272.00 |
| Reported W-2 Wages | 272.00 | 272.00 | 272.00 | 272.00 |

3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

LISA BLUMENSCHINE
435 FLAX HILL RD
NORWALK, CT 06854

Social Security Number:
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 0
STATE: 0

© 2004 AUTOMATIC DATA PROCESSING INC

Apr 11 06 08:51a        Lisa Blumenschine         203 341 0660            p.2

## Form W-2 Wage and Tax Statement 2005

Copy B, to be filed with employees FEDERAL tax return

| a Control number 0405-2890 | 6069-000400 | Void | c Employer's name, address, and ZIP code NATIONAL MARINE MANUFACTURERS BLANCA GONZALEZ 200 E RANDOLPH STE 5100 CHICAGO IL 60601 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer's identification number 36-2369301 | | d Employee's social security number | | 1 Wages, tips, other compensation 490.00 | 2 Federal income tax withheld 44.46 |
| | | | | 3 Social security wages 490.00 | 4 Social security tax withheld 30.38 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | | |
| 12 See Instrs for Box 12 | 14 Other | | e Employee's name, address, and ZIP code LISA BLUMENSCHINE 435 FLAX HILL RD NORWALK CT 6854 | 5 Medicare wages and tips 490.00 | 6 Medicare tax withheld 7.11 |
| | | | | 7 Social security tips | 8 Allocated tips |
| | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| | | | | 11 Nonqualified plans | |

| 15 State NY | Employer's state ID No. 362369301 | 16 State wages, tips, etc. 490.00 | 17 State income tax 8.87 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

This information is being furnished to the Internal Revenue Service.

## Form W-2 Wage and Tax Statement 2005

Copy 2, to be filed with employees tax return for NY

| a Control number 0405-2890 | 6069-000400 | Void | c Employer's name, address, and ZIP code NATIONAL MARINE MANUFACTURERS BLANCA GONZALEZ 200 E RANDOLPH STE 5100 CHICAGO IL 60601 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer's identification number 36-2369301 | | d Employee's social security number | | 1 Wages, tips, other compensation 490.00 | 2 Federal income tax withheld 44.46 |
| | | | | 3 Social security wages 490.00 | 4 Social security tax withheld 30.38 |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | | |
| 12 See Instrs for Box 12 | 14 Other | | e Employee's name, address, and ZIP code LISA BLUMENSCHINE 435 FLAX HILL RD NORWALK CT 6854 | 5 Medicare wages and tips 490.00 | 6 Medicare tax withheld 7.11 |
| | | | | 7 Social security tips | 8 Allocated tips |
| | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| | | | | 11 Nonqualified plans | |

| 15 State NY | Employer's state ID No. 362369301 | 16 State wages, tips, etc. 490.00 | 17 State income tax 8.87 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

This information is being furnished to the Internal Revenue Service.

## Form W-2 Wage and Tax Statement 2005

| a Control number | | Void X | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer's identification number | | d Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| | | | | 3 Social security wages | 4 Social security tax withheld |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | | |
| 12 See Instrs for Box 12 | 14 Other | | e Employee's name, address, and ZIP code | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | 7 Social security tips | 8 Allocated tips |
| | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| | | | | 11 Nonqualified plans | |

| 15 State | Employer's state ID No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

This information is being furnished to the Internal Revenue Service.

0222

CONFIDENTIAL

Apr 11 06 08:52a    Lisa Blumenschine    203 341 0660    p.3

## W-2 Wage and Tax Statement — 2005

Four copies of the same W-2 are shown on the page (two across, two down). The data on each copy is identical:

**Employer:**
PENTON MEDIA INC.
Penton Media - Payroll
1300 E. 9th Street
Cleveland, OH 44114-1503
Employer identification number (EIN): 36-2875386

**Employee:**
Lisa Blumenschine
32 Hitchcock Road
Westport CT 06880
(Employee's social security number redacted)

**Box values:**
- Box 1 – Wages, tips, other compensation: 89024.35
- Box 2 – Federal income tax withheld: 17520.03
- Box 3 – Social security wages: 90000.00
- Box 4 – Social security tax withheld: 5580.00
- Box 5 – Medicare wages and tips: 91816.76
- Box 6 – Medicare tax withheld: 1331.34
- Box 12a – C: 124.32
- Box 12b – D: 2792.41
- Box 13 – Statutory employee: X
- Box 15 – State: CT; Employer's state ID number: 2609303-000
- Box 16 – State wages, tips, etc.: 89024.35
- Box 17 – State income tax: 4006.71

Copies shown: Copy 2 – To Be Filed With Employee's State, City, or Local Income Tax Return; Copy B – To Be Filed With Employee's FEDERAL Tax Return; Copy C – For EMPLOYEE'S RECORDS.

0223

CONFIDENTIAL

Apr 11 06 08:52a    Lisa Blumenschine    203 341 0660    p.4

**THIS CHECK CONTAINS A FALSE WATERMARK, IF NOT PRESENT - DO NOT CASH**

**Penton**
1300 E. 9th Street
Cleveland, OH 44114

Huntington National Bank
Cleveland, Ohio

Advice No. 137855
6 1/4/10

Date: 03/15/2006
PAYROLL

PAY: VOID VOID VOID VOID VOID VOID VOID VOID VOID    $*****1,647.74

TO THE ORDER OF:
Blumenschine, Lisa
32 Hitchcock Road
Westport, CT 06880

DEPOSIT ADVICE ONLY
NON-NEGOTIABLE

---

**DIRECT DEPOSIT ADVICE**    Advice No. 137855

| EMPLOYEE NAME | EMPLOYEE NO | DEPARTMENT | PERIOD END | PAY DATE |
|---|---|---|---|---|
| Blumenschine, Lisa | 000700066 | 2401P | 03/15/2006 | 3/15/2006 |

**HOURS AND EARNINGS**

| DESC. | HOURS | CURRENT | YTD |
|---|---|---|---|
| RegularX | 86.67 | 2500.00 | 12500.00 |
| Settlemt | | | 1984.31 |
| PYSettle | | | 5070.08 |
| NON CASH: | | | |
| *GTL | | 9.68 | 48.40 |

**TAXES**

| DESC. | CURRENT | YTD |
|---|---|---|
| TAXES: | | |
| FIT | 372.29 | 3560.02 |
| MED EE | 34.46 | 273.84 |
| SSIT | 147.33 | 1170.89 |
| SIT CT | 89.68 | 810.45 |

**DEDUCTIONS**

| DESC. | CURRENT | YTD |
|---|---|---|
| PRETAX: | | |
| -401K | 75.00 | 465.13 |
| -DENTAL | 5.50 | 27.50 |
| -HLTH-SA | 100.00 | 500.00 |
| -HL THCOV | 28.00 | 140.00 |

**TIME ACCRUAL**

| DESC. | BALANCE |
|---|---|

**CURRENT DISTRIBUTION**

| ACCOUNT# | AMOUNT |
|---|---|
| 1010058742956 | 1647.74 |

**CURRENT YTD RECAP**

| | TOTAL WAGES | TAXES AND DEDUCTIONS | NET PAY |
|---|---|---|---|
| CURRENT | 2500.00 | 852.76 | 1647.74 |
| YTD | 19504.39 | 7067.83 | 12436.56 |

XHOME
Blumenschine, Lisa
32 Hitchcock Road
Westport, CT 06880

CONFIDENTIAL

0224

Apr 11 06 08:57a     Lisa Blumenschine        203 341 0660        p.2

CONTAINS A FALSE WATERMARK, IF NOT PRESENT - DO NOT CASH

**Penton**
1300 E. 9th Street
Cleveland, OH 44114

Huntington National Bank
Cleveland, Ohio

Advice No. 138545
6-15/410

Date: 03/31/2006
PAYROLL

PAY  VOID VOID VOID VOID VOID VOID VOID VOID VOID    $****2,898.45

TO THE ORDER OF:
Blumenschine, Lisa
32 Hitchcock Road
Westport, CT 06880

DEPOSIT ADVICE ONLY
**NON-NEGOTIABLE**

---

DIRECT DEPOSIT ADVICE                    Advice No. 138545

| EMPLOYEE NAME | EMPLOYEE NO | DEPARTMENT | PERIOD END | PAY DATE |
|---|---|---|---|---|
| Blumenschine, Lisa | 000700055 | 2401P | 03/31/2006 | 03/31/2006 |

**HOURS AND EARNINGS**

| DESC | HOURS | CURRENT | YTD |
|---|---|---|---|
| RegularX | 86.67 | $2500.00 | $16000.00 |
| Settlemt |  | $2094.36 | $4078.67 |
| PYSettle |  |  | $5020.08 |
| NON CASH: |  |  |  |
| *GTL |  | $9.68 | $58.08 |

**TAXES**

| DESC | CURRENT | YTD |
|---|---|---|
| TAXES: |  |  |
| FIT | $880.17 | $4440.19 |
| MED-EE | $64.82 | $338.66 |
| SSEE | $277.17 | $1448.06 |
| SIT CT | $202.42 | $1012.87 |

**DEDUCTIONS**

| DESC | CURRENT | YTD |
|---|---|---|
| PRETAX: |  |  |
| 401K | $137.83 | $722.96 |
| -DENTAL | $5.50 | $31.00 |
| -III THFSA | $100.00 | $600.00 |
| -HLTHCOV | $28.00 | $168.00 |

**TIME ACCRUAL**

| DESC | BALANCE |
|---|---|

**CURRENT DISTRIBUTION**

| ACCOUNT# | AMOUNT |
|---|---|
| 1010058742956 | $2898.45 |

**CURRENT YTD RECAP**

|  | TOTAL WAGES | TAXES AND DEDUCTIONS | NET PAY |
|---|---|---|---|
| CURRENT | $4594.36 | $1695.91 | $2898.45 |
| YTD | $24098.75 | $8763.74 | $15335.01 |

XHOME
Blumenschine, Lisa
32 Hitchcock Road
Westport, CT 06880

CONFIDENTIAL

0225