UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| LISA K. BLUMENSCHINE | : |
| | : |
| v. | : CIV. NO. 3:02CV2244 (HBF) |
| | : |
| PROFESSIONAL MEDIA GROUP, LLC | : |

RULING ON OBJECTIONS TO DEPOSITION DESIGNATIONS

The parties filed cross objections to cross-designated excerpts from the deposition of William Ziperman.  After review, the Court rules as follows.

Defendant's Objections

Page 11, l. 15 through page 12 l. 15-overruled

Page 25, l. 20 through page 26 l. 20-overruled

Page 30, l. 21-25-overruled

Page 38, l. 3-15-overruled

Page 40, l. 8 through page 41, l. 1-overruled

Page 43, l. 6-8-overruled

Page 54, l. 17-21-overruled

Page 56, l. 14 through page 57, sustained only as to lines 14-17

Page 70, l. 13-15-overruled

Page 71, l. 15-23-sustained only as to lines 17-23.

Page 72, l. 2-3 and 12-13-overruled.

Page 73, l. 9-23-overruled.

Page 83, l. 17 through page 84 l. 8-overruled.

Page 88, l. 14-15-overruled

Page 94, l. 2-18-If Ex. J is being admitted, then overruled.

<u>Plaintiff's Objections</u>

Page 48, l. 4-12-overruled

Page 85, l. 21 through page 86 l. 17-overruled.

Page 95 Lines 8-17-sustained only as to lines 8-12.


This is not a recommended ruling.  The parties consented to proceed before a United States Magistrate Judge [Doc. #48] on February 9, 2006, with appeal to the Court of Appeals.

SO ORDERED at Bridgeport this 12th day of May 2006.


_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE

2