UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LISA K. BLUMENSCHINE   :
:
v.   :   CIV. NO. 3:02CV2244 (HBF)
:
PROFESSIONAL MEDIA GROUP, LLC :

## RULING ON OBJECTIONS TO PLAINTIFF'S EXHIBITS

After review of defendant's objections to plaintiff's trial exhibits [doc. #65 at 30-33], the Court rules as follows.

Defendant's Objections

Pl. Ex. 12 and 13-objections are overruled.

Pl. Ex. 15, 16, 17, 18 & 30-objections sustained on the current record; plaintiff may renew offer after establishing appropriate foundation at trial.

Pl. Ex. 19 & 26-objections sustained.

Pl. Ex. 23-defendant will renew its objection if the documents are offered during the testimony of Ms. Silverman.

Pl. Ex. 24 & 25-defendant will renew its objection if the documents are offered during the testimony of Mr. Wishnick.

Plaintiff's Objections

Plaintiff objects to defendant's exhibits 501, 505 and 506. However, defendant has not provided copies of its trial exhibits to the Court.

This is not a recommended ruling.  The parties consented to proceed before a United States Magistrate Judge [Doc. #48] on February 9, 2006, with appeal to the Court of Appeals.

SO ORDERED at Bridgeport this 12th day of May 2006.

```
      /s/
_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE
```