UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA K. BLUMENSCHINE, | : | CIVIL ACTION NO. |
| | : | 302 CV 2244 (HBF) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| PROFESSIONAL MEDIA GROUP, LLC, | : | MAY 23, 2006 |
| | : | |
| Defendant. | : | |

### ADDITION TO PLAINTIFF'S PROPOSED JURY INSTRUCTIONS

Plaintiff requests the following instructions be given to the jury:

***IMPUTED ANIMUS***
The defendant is still liable if the decision to take adverse employment action was influenced by someone whose discriminatory attitudes can be imputed to the decision-maker. The discriminatory attitudes can be imputed to the decision-maker if the plaintiff has shown that the individual with the discriminatory animus was in a position to influence the decision-maker. Cooke v. Prototype Plastic Mold Co., Inc., 220 F.Supp.2d 104, 110 (D.Conn. 2002).

***DEFENDANT'S EFFECT ON PERFORMANCE***
An employer cannot avoid liability by deliberately handicapping the performance of an employee and then cite that poor performance as the basis for an adverse action. Cosgrove v. Sears, Roebuck & Co., 9 F.3d 1033, 1040 (2d Cir. 1992).

By _____
Scott R. Lucas (ct00517)
Keith A. McBride (ct26929)
*Attorneys for Plaintiff*
Martin Lucas & Chioffi, LLP
177 Summer Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com

## CERTIFICATE OF SERVICE

This is to certify that on this 23rd day of May, 2006, a copy of the foregoing was served [email & will be ecf] via hand-delivery to:

George P. Birnbaum, Esq.
Michael L. Ferch, Esq.
Minogue Birnbaum LLP
237 Elm Street
New Canaan, CT 06840
Phone: (203) 966-6916
Fax: (203) 966-6917

_____
Scott R. Lucas