UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| LISA K. BLUMENSCHINE | : | |
| | : | |
| v. | : | CIV. NO. 3:02CV2244 (HBF) |
| | : | |
| PROFESSIONAL MEDIA GROUP, LLC | : | |
| | : | |
| | : | May 24, 2006 |
| | : | |

INDEX TO SUPPLEMENTAL JURY INSTRUCTIONS

DAMAGES-INTRODUCTION                                      2

NEGLIGENT MISREPRESENTATION
     ECONOMIC DAMAGES                                 3
      NONECONOMIC DAMAGES                            4
CAUSATION AND DAMAGES                                    6
VERDICT FORM                                            7
CONNECTICUT WAGE STATUTE                                8

USE OF THE VERDICT FORM                                 9
CONCLUSION_____10

## DAMAGES: INTRODUCTION

NOW THAT YOU HAVE DETERMINED THAT PROFESSIONAL MEDIA GROUP IS LIABLE TO LISA BLUMENSCHINE -- YOU MUST CONSIDER THE QUESTION OF DAMAGES.

THE OBJECT OF A DAMAGE AWARD IS TO PLACE THE INJURED PARTY, AS NEAR AS MAY BE POSSIBLE, IN THE SITUATION SHE WOULD HAVE OCCUPIED IF THE WRONG HAD NOT BEEN COMMITTED. AS WITH THE OTHER ELEMENTS OF THIS CAUSE OF ACTION, THE BURDEN IS ON THE PLAINTIFF TO PROVE THE NATURE AND EXTENT OF HER DAMAGES BY A PREPONDERANCE OF THE EVIDENCE.  DAMAGES ARE NOT A SUBJECT FOR SPECULATION. WITHIN THE GUIDELINES OF THESE INSTRUCTIONS, THE AMOUNT TO BE AWARDED RESTS LARGELY IN YOUR SOUND DISCRETION.

WHEN I SAY THESE INSTRUCTIONS, I MEAN ALL THE INSTRUCTIONS YOU HAVE HEARD.  YOU SHOULD CONSIDER THESE SUPPLEMENTAL INSTRUCTIONS IN THE CONTEXT OF MY CHARGE AS A WHOLE.

## NEGLIGENT MISREPRESENTATION: ECONOMIC DAMAGES

YOU HAVE FOUND THE DEFENDANT LIABLE TO THE PLAINTIFF FOR

NEGLIGENT MISREPRESENTATION.  YOU SHOULD THEREFORE AWARD DAMAGES

SUFFICIENT TO FULLY COMPENSATE THE PLAINTIFF FOR HER ECONOMIC OR

MONETARY LOSSES CAUSED BY DEFENDANT'S NEGLIGENT

MISREPRESENTATION.

## NONECONOMIC DAMAGES

YOU MUST ALSO AWARD MS. BLUMENSCHINE SUCH SUM OF MONEY AS YOU BELIEVE WILL FAIRLY AND JUSTLY COMPENSATE HER FOR ANY NONECONOMIC INJURY YOU FIND BY A PREPONDERANCE OF THE EVIDENCE THAT SHE ACTUALLY SUSTAINED AS A DIRECT RESULT OF THE NEGLIGENT MISREPRESENTATION YOU HAVE FOUND OCCURRED.

AMONG THE ELEMENTS OF INJURY AND HARM WHICH YOU MAY CONSIDER ARE: ANY EMOTIONAL HARM TO MS. BLUMENSCHINE, INCLUDING ANY EMOTIONAL DISTRESS OR PAIN, HUMILIATION, PERSONAL INDIGNITY, EMBARRASSMENT, FEAR, ANXIETY, OR ANGUISH WHICH MS. BLUMENSCHINE HAS SUFFERED AS A RESULT OF THE NEGLIGENT MISREPRESENTATION YOU FIND OCCURRED. THIS ALSO INCLUDES ANY FUTURE EMOTIONAL HARM THAT YOU FIND THAT MS. BLUMENSCHINE WILL SUFFER. IT IS UP TO YOU TO DETERMINE WHETHER PLAINTIFF SUFFERED ANY EMOTIONAL DISTRESS, AND IF SO, THE SOURCE OF THAT DISTRESS. YOU MAY NOT AWARD DAMAGES AS THE CONSEQUENCE OF ANY OTHER EMOTIONAL DISTRESS SUFFERED BY PLAINTIFF EXCEPT THAT CAUSED BY THE DEFENDANT'S NEGLIGENT

4

MISREPRESENTATION

YOU SHOULD BASE YOUR DETERMINATION ON THE EVIDENCE IN THE CASE AND ANY REASONABLE INFERENCES YOU CHOOSE TO DRAW FROM THE EVIDENCE.  THE LAW DOES NOT REQUIRE THE PLAINTIFF TO PROVE THE AMOUNT OF HER DAMAGES WITH MATHEMATICAL PRECISION BUT ONLY WITH AS MUCH DEFINITENESS AND ACCURACY AS CIRCUMSTANCES PERMIT.

**CAUSATION AND DAMAGES**

I HAVE SAID THAT YOU MAY AWARD DAMAGES ONLY FOR THOSE INJURIES WHICH YOU FIND MS. BLUMENSCHINE HAS PROVEN BY A PREPONDERANCE OF EVIDENCE TO HAVE BEEN THE DIRECT RESULT OF THE NEGLIGENT MISREPRESENTATION FOR WHICH YOU FOUND DEFENDANT LIABLE.

**VERDICT FORM**

THE VERDICT FORM ASKS YOU WHETHER THE AMOUNT OF COMPENSATION YOU AWARD FOR ECONOMIC DAMAGES DOES OR DOES NOT INCLUDE THE $40,000 YOU HAVE ALREADY FOUND WAS DUE AND OWING TO MS. BLUMENSCHINE AT THE TIME OF HER DISCHARGE. THE ANSWER TO THIS QUESTION WILL ASSIST ME IN SOME DECISIONS I WILL MAKE BASED ON YOUR FINDINGS.

## DAMAGES: CONNECTICUT WAGE STATUTE

AS YOU HAVE FOUND THAT DEFENDANT FAILED TO PAY PLAINTIFF UNPAID WAGES, YOU MUST NOW DETERMINE WHETHER PLAINTIFF HAS SHOWN BY THE PREPONDERANCE OF THE EVIDENCE THAT PROFESSIONAL MEDIA GROUP'S NONPAYMENT OF WAGES WAS DONE IN BAD FAITH, ARBITRARILY OR UNREASONABLY. WHEN CONSIDERING DEFENDANT'S CONDUCT, YOU SHOULD GIVE THE WORDS "BAD FAITH," "ARBITRARY," "UNREASONABLE" THEIR ORDINARY MEANING.

## USE OF VERDICT FORM

ONCE MORE I AM GOING TO ASK YOU, WHILE YOU ARE CONSIDERING
YOUR DECISIONS, TO ANSWER A SERIES OF VERY SPECIFIC QUESTIONS
TYPED ON A FORM THAT WILL BE GIVEN TO YOU.

EACH QUESTION CAN BE ANSWERED SIMPLY, AND EACH ANSWER MUST
BE UNANIMOUS.  BY DEALING WITH THESE SEPARATE QUESTIONS, YOU WILL
BE ABLE TO APPLY THE RULES OF LAW RELEVANT TO THIS CASE. YOU WILL
ALSO BE PROVIDING ME WITH FACTUAL DETERMINATIONS FOR SOME LEGAL
QUESTIONS THAT I MAY HAVE TO DECIDE IN CONNECTION WITH THIS CASE.
OF COURSE, YOU SHOULD NOT CONCLUDE FROM THE NUMBER OR THE WORDING
OF ANY QUESTION THAT THERE IS A PARTICULAR ANSWER YOU OUGHT TO
GIVE.  NOR SHOULD YOU CONCLUDE THAT YOU OUGHT TO ANSWER ALL THE
QUESTIONS ONE WAY OR THE OTHER WAY.  GIVE SEPARATE CONSIDERATION
TO EACH QUESTION AND ANSWER IT ACCORDING TO THE FACTS YOU HAVE
FOUND AND THE RULES OF LAW THAT APPLY TO THAT QUESTION.

**CONCLUSION**

WHILE IT IS THE DUTY OF THE JURORS TO CONFER AND DELIBERATE WITH ONE ANOTHER, BEFORE ARRIVING AT A VERDICT, NEVERTHELESS, IF ANY JUROR AFTER SUCH DELIBERATION CONSCIENTIOUSLY REACHES A DECISION ON THE FACTS, THAT JUROR HAS NO RIGHT TO SURRENDER HIS OR HER DECISION TO THE DECISION OF THE MAJORITY, IF THE JUROR BELIEVES THAT HIS OR HER DECISION IS CORRECT.

THE VERDICT MUST REPRESENT THE CONSIDERED JUDGMENT OF EACH JUROR.  IN ORDER TO RETURN A VERDICT, IT IS NECESSARY THAT EACH JUROR AGREE TO IT.  IN OTHER WORDS, YOUR VERDICT MUST BE UNANIMOUS.

IT IS YOUR DUTY, AS JURORS, TO CONSULT WITH ONE ANOTHER AND TO DELIBERATE WITH A VIEW TO REACHING AN AGREEMENT, IF YOU CAN DO SO WITHOUT VIOLENCE TO YOUR OWN INDIVIDUAL JUDGMENT.  EACH OF YOU MUST DECIDE THE CASE FOR YOURSELF.  YOU SHOULD NOT SURRENDER YOUR HONEST CONVICTION AS TO THE WEIGHT AND EFFECT OF EVIDENCE SOLELY

BECAUSE OF THE OPINION OF YOUR FELLOW JURORS, OR FOR THE MERE

PURPOSE OF RETURNING A VERDICT.

NOW PROCEED TO YOUR DELIBERATION IN THE JURY ROOM.

DETERMINE THE FACTS ON THE BASIS OF THE EVIDENCE, AS YOU HAVE

HEARD IT, AND APPLY THE LAW AS I HAVE OUTLINED IT TO YOU.  RENDER

YOUR VERDICT FAIRLY, UPRIGHTLY, AND WITHOUT A SCINTILLA OF

PREJUDICE.  WHEN YOU HAVE REACHED YOUR VERDICT, INFORM THE CLERK

THROUGH THE COURT OFFICER.  THEN YOU WILL RETURN TO THE COURTROOM

AND ANNOUNCE YOUR VERDICT.