UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LISA K. BLUMENSCHINE       :
                           :
v.                         :   CIV. NO. 3:02CV2244 (HBF)
                           :
PROFESSIONAL MEDIA GROUP, LLC :
                           :
                           :   May 24, 2006
                           :

## SUPPLEMENTAL VERDICT FORM

We, the jury, unanimously find:

### Negligent Misrepresentation

Economic Damages

OWED $40,000 ⁰⁰
SEVERANCE $10,000 ⁰⁰
―――――――――――
$50,000 ⁰⁰

1. What sum do you find will compensate LISA BLUMENSCHINE for her economic damages from defendant's negligent misrepresentation?

   $ 50,000 ⁰⁰

2. Does this amount include the $40,000 you found that defendant owed her at the time of her discharge?

   YES ✓        NO _____

Noneconomic Damages

3. What sum do you find will fairly compensate LISA BLUMENSCHINE for her noneconomic damages from defendant's negligent misrepresentation?

   $ —0—

Connecticut Wage Statute

    5.    Do you find by a preponderance of the evidence that defendant's violation of the Connecticut Wage Statute was done in bad faith, arbitrarily or unreasonably?

        __✓__ YES          _____ NO

When you have finished answering the appropriate questions on this form, you may report your verdict.

The form should be signed and dated by the foreperson.

_____        _5/24/06_
Foreperson                          Date