UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA K. BLUMENSCHINE, | : | NO. 302CV2244 (HBF) |
| Plaintiff, | : | |
| vs. | : | |
| PROFESSIONAL MEDIA GROUP LLC | : | MAY 12, 2006 |
| Defendant. | : | |

**DEFENDANT'S TRIAL EXHIBIT LIST**[1]

| Exhibit No. | Description |
|---|---|
| 501 | Updated list (redacted on May 11, 2006) of employees hired, employed, and/or terminated by defendant during the term of plaintiff's employment.<br><br>Plaintiff's Objection: Relevance and materiality. This document includes employees not employed during the term of plaintiff's employment, or within a reasonable period thereafter. |
| 502 | Sales by issue (Bates stamped documents 001036 to 001050) (Exhibit F to the deposition of William Ziperman) |
| 503 | Sample cover of "Matrix" from Fall 2001 (for demonstrative use only) |
| 504 | Sample cover of "University Business" from Spring 2002 (for demonstrative use only) |

---

[1] Defendant's exhibits listed herein shall be used by defendant on its case-in-chief. Defendant reserves its right to add and/or use additional exhibits for impeachment and/or rebuttal purposes as directed pursuant to this Court's Pretrial Order dated March 21, 2006.

FULL

(505)   (2 documents re: Dan Boucher sexual harassment investigation -- precluded by Judge Fitzsimmons' Ruling on Motions in Limine, so Ordered May 5, 2006)

506   Federally posted notice regarding discrimination laws (supplied to plaintiff in discovery).

Plaintiff's Objection: Relevance and materiality. The notice is a restatement of the law, and only the Court may instruct the jurors on the law. Further, there is no evidence that Ms. Blumenschine ever saw it, nor when, where and if it was ever posted by defendant. Even if it was posted during the relevant time, it has no bearing on any defense or element of plaintiff's claim and therefore its prejudicial usurpation of this Court's function on instructing the jury as to the law far outweighs any probative value.

507   Handwritten "Progress Notes" of Beverly Silverman, LCSW

508   Typed transcription of Silverman handwritten "Progress Notes"

509   Expert opinion report of Sheldon Wishnick, CV and assignments, dated June 2003 (Exhibit 2 to the deposition of Sheldon Wishnick).

5/18/06  510   MEMO DATED 1/17/01 FROM SIKES

Respectfully submitted,

DEFENDANT PROFESSIONAL MEDIA GROUP LLC

By: _George P. Birnbaum /MF_
George P. Birnbaum (CT04937)
Michael L. Ferch (CT24764)
MINOGUE BIRNBAUM LLP
Attorneys for Defendant
237 Elm Street
New Canaan, CT 06840
(203) 966-6916

## CERTIFICATION

This is to certify that a copy of the foregoing was sent by Federal Express, priority overnight delivery, to the following counsel of record on this 12th day of May, 2006:

>Scott R. Lucas, Esq.
>Keith A. McBride, Esq.
>Martin, Lucas & Chioffi, LLP
>177 Broad Street
>Stamford, CT 06901

_____
GEORGE P. BIRNBAUM