UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA K. BLUMENSCHINE, | : | NO. 302CV2244 (HBF) |
| Plaintiff, | : | |
| vs. | : | |
| PROFESSIONAL MEDIA GROUP LLC | : | MAY 12, 2006 |
| Defendant. | : | |

## DEFENDANT'S TRIAL EXHIBIT LIST[1]

| Exhibit No. | Description |
|---|---|
| 501 | Updated list (redacted on May 11, 2006) of employees hired, employed, and/or terminated by defendant during the term of plaintiff's employment.<br><br>Plaintiff's Objection: Relevance and materiality. This document includes employees not employed during the term of plaintiff's employment, or within a reasonable period thereafter. |
| 502 | Sales by issue (Bates stamped documents 001036 to 001050) (Exhibit F to the deposition of William Ziperman) |
| 503 | Sample cover of "Matrix" from Fall 2001 (for demonstrative use only) |
| 504 | Sample cover of "University Business" from Spring 2002 (for demonstrative use only) |

---

[1] Defendant's exhibits listed herein shall be used by defendant on its case-in-chief. Defendant reserves its right to add and/or use additional exhibits for impeachment and/or rebuttal purposes as directed pursuant to this Court's Pretrial Order dated March 21, 2006.

FULL

(505)   (2 documents re: Dan Boucher sexual harassment investigation -- precluded by Judge Fitzsimmons' Ruling on Motions in Limine, so Ordered May 5, 2006)

506   Federally posted notice regarding discrimination laws (supplied to plaintiff in discovery).

<u>Plaintiff's Objection</u>: Relevance and materiality. The notice is a restatement of the law, and only the Court may instruct the jurors on the law. Further, there is no evidence that Ms. Blumenschine ever saw it, nor when, where and if it was ever posted by defendant. Even if it was posted during the relevant time, it has no bearing on any defense or element of plaintiff's claim and therefore its prejudicial usurpation of this Court's function on instructing the jury as to the law far outweighs any probative value.

507   Handwritten "Progress Notes" of Beverly Silverman, LCSW

508   Typed transcription of Silverman handwritten "Progress Notes"

509   Expert opinion report of Sheldon Wishnick, CV and assignments, dated June 2003 (Exhibit 2 to the deposition of Sheldon Wishnick).

5/18/06 510   MEMO DATED 1/17/01 FROM SIKES

Respectfully submitted,

DEFENDANT PROFESSIONAL MEDIA GROUP LLC

By: _George P. Birnbaum /MF_
George P. Birnbaum (CT04937)
Michael L. Ferch (CT24764)
MINOGUE BIRNBAUM LLP
Attorneys for Defendant
237 Elm Street
New Canaan, CT 06840
(203) 966-6916

## CERTIFICATION

This is to certify that a copy of the foregoing was sent by Federal Express, priority overnight delivery, to the following counsel of record on this 12th day of May, 2006:

>Scott R. Lucas, Esq.
>Keith A. McBride, Esq.
>Martin, Lucas & Chioffi, LLP
>177 Broad Street
>Stamford, CT 06901

_____
GEORGE P. BIRNBAUM

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA K. BLUMENSCHINE, | : | CIVIL ACTION NO.: |
| | : | 302 CV 2244 (HBF) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| PROFESSIONAL MEDIA GROUP, LLC, | : | MAY 17, 2006 |
| | : | |
| Defendant. | : | |

## PLAINTIFF'S TRIAL EXHIBIT LIST

FULL

| Date | EXHIBIT NO. | | DESCRIPTION |
|---|---|---|---|
| 5/17/06 | 1 | Ziperman Deps | January 7, 2000 letter from Ziperman to Blumenschine re: offer of employment (Depo. Ex. A) |
| 5/17/06 | 2 | " | March 4, 1999 letter from Ziperman to Melanie Jenkins re: salary and incentive earnings formula (part of Depo. Ex. B) |
| 5/17/06 | 3 | " | March 7, 2001 letter from Ziperman to Melanie Jenkins re: salary and incentive earnings formula (part of Depo. Ex. B) |
| 5/17/06 | 4 | " | January 28, 2002 letter from Ziperman to Melanie Jenkins re: salary and incentive earnings formula (part of Depo. Ex. B) |
| 5/17/06 | 5 | " | January 21, 2000 letter from Ziperman to Terry A. Nelson re: offer of employment (part of Depo. Ex. C) |
| 5/17/06 | 6 | " | February 19, 2002 letter from Ziperman to Terry A. Nelson re: offer of employment (part of Depo. Ex. C) |
| 5/17/06 | 7 | " | January 21, 2000 letter from Ziperman to Terry A. Nelson re: offer of employment (part of Depo. Ex. C) |
| 5/17/06 | 8 | " | October 20, 2000 memo from Lynn Keeler to Terry Nelson re: Third Quarter Sales Commission (Depo. Ex. D) |
| 5/17/06 | 9 | " | April 30, 2000 memo from Wendy Donen to Melanie Jenkins re: First Quarter Sales Commission (Depo. Ex. E) |
| 5/17/06 | 10 | " | January 2000 through November 2001 and February 2002 "Sales by Issue" for Matrix (Depo. Ex. F) |

| | | | |
|---|---|---|---|
| *FULL* 5/17/06 | 11 | *Ziperman Depo* | September 26, 2001 email from Ziperman to "all@promediagrp.com" re: "Lisa Blumenschine's Promotion" (Depo. Ex. G) |
| | 12 (for ID) | | [DOCUMENT INTENTIONALLY OMITTED FROM BINDER] |
| | 13 (for ID) | | [DOCUMENT INTENTIONALLY OMITTED FROM BINDER] |
| | 14 (for ID) | | [DOCUMENT INTENTIONALLY OMITTED FROM BINDER] |
| | 15 (for ID) | | [DOCUMENT INTENTIONALLY OMITTED FROM BINDER] |
| | 16 (for ID) | | [DOCUMENT INTENTIONALLY OMITTED FROM BINDER] |
| | 17 (for ID) | | [DOCUMENT INTENTIONALLY OMITTED FROM BINDER] |
| | 18 (for ID) | | [DOCUMENT INTENTIONALLY OMITTED FROM BINDER] |
| | 19 (for ID) *5/18-19/06 Shanno* | | [DOCUMENT INTENTIONALLY OMITTED FROM BINDER] |
| | 20 (for ID) | | [DOCUMENT INTENTIONALLY OMITTED FROM BINDER] |
| 5/17/06 | 21 | | December 28, 2001 letter from Ziperman to Darren Sikorski re: offer of employment |
| 5/17/06 | 22 | | December 28, 2001 letter from Ziperman to Thomas Terry re: offer of employment |
| | 23 (for ID) | | [DOCUMENT INTENTIONALLY OMITTED FROM BINDER] |
| | 24 (for ID) *5/19 Shnick* | | [DOCUMENT INTENTIONALLY OMITTED FROM BINDER] |
| | 25 (for ID) | | [DOCUMENT INTENTIONALLY OMITTED FROM BINDER] |
| | 26 (for ID) | | [DOCUMENT INTENTIONALLY OMITTED FROM BINDER] |
| 5/17/06 | 27 *Blumenschine* | | January 2, 2002 termination letter signed by William Ziperman and attached Release |
| 5/17/06 | 28 | | Plaintiff's personnel file (except with respect to Ex. 26) |
| 5/17/06 | 29 | | Resume of Darren Sikorski (from defendant's files) |
| | 30 (for ID) | | [DOCUMENT INTENTIONALLY OMITTED FROM BINDER] |
| 5/17/06 | 31. | | Resume of Thomas Terry (from defendant's files) |