United States District Court
District of Connecticut
FILED AT BRIDGEPORT
5/24 20 06
Kevin F. Rowe, Clerk
By /s/ *Deputy Clerk*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA K. BLUMENSCHINE, | : | CIVIL ACTION NO. |
| | : | 302 CV 2244 (HBF) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| PROFESSIONAL MEDIA GROUP, LLC, | : | MAY 8, 2006 |
| | : | |
| Defendant. | : | |

## PLAINTIFF'S WITNESS LIST

5/17/06
5/18/06
(1) **Lisa K. Blumenschine**, 435 Flax Hill Road, Norwalk, CT 06854. Plaintiff will testify as to her employment history, her hiring and employment with defendant, including all factual events surrounding the claims alleged in the Complaint; her termination by defendant; damages suffered as a result of the defendants' actions.

5/17/06 - By Deposition
(2) **William Ziperman**, 357 Kenmure Drive, Flat Rock, NC 28731. Mr. Ziperman will testify about his role and duties with defendant, the hiring of plaintiff, plaintiff's compensation package, discussions with plaintiff about her compensation and job security, plaintiff's promotion, the termination of plaintiff, the hire of two young male sales representatives to defendant's sales force, the acquisition of University Business, the hiring of Daniel Boucher, the roles and duties of others with defendant, the lack of any documents regarding plaintiff's compensation and commission reconciliation, and the authenticity of defendant's documents.

5/18/06
(3) **Daniel Shannon**, 1200 Highgrove Drive, Chapel Hill, NC 27516. Mr. Shannon will testify about his role and duties with defendant, the hiring of plaintiff, plaintiff's compensation package, discussions with plaintiff about her compensation and job security,

plaintiff's promotion, the termination of plaintiff, the hire of two young male sales representatives to defendant's sales force, the acquisition of University Business, the hiring of Daniel Boucher, the roles and duties of others with defendant, the lack of any documents regarding plaintiff's compensation and commission reconciliation, and the authenticity of defendant's documents.

(4) *Joseph Hanson, 76 Turtle Back Lane, West New Canaan, CT 06840*. Mr. Hanson will testify about his role and duties with defendant, the hiring of plaintiff, plaintiff's compensation package, discussions with plaintiff about her compensation and job security, plaintiff's promotion, the termination of plaintiff, the hire of two young male sales representatives to defendant's sales force, the acquisition of University Business, the hiring of Daniel Boucher, the roles and duties of others with defendant, the lack of any documents regarding plaintiff's compensation and commission reconciliation, and the authenticity of defendant's documents.

(5) *Daniel Kinnaman, 36 Clipper Court, Mystic, CT 06355*. Mr. Kinnaman will testify about his role and duties with defendant, the hiring of plaintiff, plaintiff's compensation package, discussions with plaintiff about her compensation and job security, plaintiff's promotion, the termination of plaintiff, the hire of two young male sales representatives to defendant's sales force, the acquisition of University Business, the hiring of Daniel Boucher, the roles and duties of others with defendant, the lack of any documents regarding plaintiff's compensation and commission reconciliation, and the authenticity of defendant's documents.

(6) *Sheldon Wishnick, FSA, MAAA, FLMI, Actuarial Litigation Service, 94 Stagecoach Lane, Newington, CT 06111*. Mr. Wishnick will testify that Ms. Blumenschine has suffered loss of earnings capacity and employee benefits consistent with his expert report and

analysis bearing Bates Nos. 00010-00015. He will testify about the method by which he calculated these damages and the general actuary and economic principles, methods and assumptions utilized. He will further testify about any factual assumptions utilized, and any updates of his report necessitated by the trial of this matter.

(7) **_Jamie Tomasic_**, *19 Marvel Road, New Haven, CT 06515*, Ms. Tomasic will testify about the impact of the job loss on plaintiff's emotional state and behavior.

5/19/06   (8) **_Nancy Switkes_**, *445 East 86th Street, Apt. 11J, New York, NY 10028*. Ms. Swyitkes will testify about the impact of the job loss on plaintiff's emotional state and behavior.

5/18/06   (9) **_Sara Sikes_**, *77 Sunrise Hill Road, Norwalk, CT 06851*. Ms. Sikes will testify about the impact of the job loss on plaintiff's emotional state and behavior. Ms. Sikes with also testify as to plaintiff's role at defendant while employed, plaintiff's complaints regarding treatment, as well as the management structure of defendant.

By /s/
Scott R. Lucas (ct00517)
Keith A. McBride (ct26929)
*Attorneys for Plaintiff*
Martin Lucas & Chioffi, LLP
177 Summer Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com

## **CERTIFICATE OF SERVICE**

This is to certify that on this 8th day of May, 2006, a copy of the foregoing was hand delivered to:

George P. Birnbaum, Esq.
Michael L. Ferch, Esq.
Minogue Birnbaum LLP
237 Elm Street
New Canaan, CT 06840
Phone: (203) 966-6916
Fax: (203) 966-6917

_____
Scott R. Lucas