AO 187A (REV. 7/87)  COURT EXHIBIT ~~AND WITNESS~~ LIST – ~~CONTINUATION~~

| | | | | | |
|---|---|---|---|---|---|
| Blumenschine | | | vs. | ProfessionalMedia | CASE NO. 3:02 CV 2244 HBF |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/23/06 | | | Court Exhibit – 1 – note |
| | | " | | | " " – 2 – note |
| | | 5/24/06 | | | " " – 3 – note |
| | | " | | | " " – 4 – note |
| | | " | | | " " 5 – note |

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
5/24 2006
Kevin F. Rowe, Clerk
By _____ Deputy Clerk

Page ____ of ____ Pages