UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA K. BLUMENSCHINE, | : | CIVIL ACTION NO. |
| | : | 302 CV 2244 (HBF) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| PROFESSIONAL MEDIA GROUP, LLC, | : | JUNE 2, 2006 |
| | : | |
| Defendant. | : | |

### AFFIDAVIT OF COUNSEL RE: FEES

*STATE OF CONNECTICUT*         )
                                                  )    SS:    *STAMFORD*
*COUNTY OF FAIRFIELD*          )

*Scott R. Lucas*, being duly sworn, hereby deposes and states:

1. I am over the age of 18 and believe in the obligation of an oath to tell the truth.

2. I make the following representations based upon my personal knowledge.

3. In January of 2002, Lisa Blumenschine retained the services of Martin, Lucas & Chioffi, LLP, of which I am a partner, to represent her in connection with her claims against Professional Media Group, LLC. I have been lead counsel for plaintiff throughout the life of this case.

4. This firm was initially retained by Ms. Blumenschine on an hourly basis, with the option to later change the terms to that of a substantially reduced hourly rate, with a 20% contingency fee. (See letter dated February 8, 2002 from Lisa K. Blumenschine enclosing countersigned retainer letter attached hereto as Exhibit 1.)

5. On or about May 23, 2002, the terms of engagement were changed to the split fee arrangement, retroactive to May 20, 2002. (See retainer letter dated May 23, 2002 attached hereto as Exhibit 2.)

6. Attached hereto as Exhibit 3 is a "Settlement Statement" listing all fees incurred under the initial retainer letter (i.e., at the full hourly rate from January through April 2002).

7. Attached hereto as Exhibit 4 is a "Settlement Statement" listing all fees incurred under the May 23, 2002 retainer letter (i.e., split fee arrangement from May 2002 through May 2006).

8. Attached hereto as Exhibit 5 is a "Settlement Statement" listing all disbursements incurred from the onset of this matter through May 2006.

9. All fees and disbursements incurred by Ms. Blumenschine from the onset of this matter through May 2006 are $114,541.72. Adding to that the $18,000 due under the contingency fee portion of the retainer (i.e., 20% of the $90,000 award, assuming doubling of $40,000 under C.G.S. §31-72) yields a total of $132,541.72 in fees and disbursements.

10. Alternatively, using a lodestar method of determining fees, the totals are as follows:[1]

|  | Hours | Lodestar Rate | Total |
|---|---|---|---|
| Scott R. Lucas, Esq. | 327.55 | $385.00 | $126,106.75 |
| Mary Alice S. Canaday, Esq. | 14.50 | $280.00 | $ 4,060.00 |
| Michel Bayonne, Esq. | 268.40 | $200.00 | $ 53,680.00 |
| Claire E. Ryan, Esq. | 5.20 | $255.00 | $ 1,326.00 |
| Keith A. McBride, Esq. | 271.80 | $190.00 | $ 51,642.00 |
| Bonnie K. Ford (Paralegal) | 107.35 | $150.00 | $ 16,102.50 |
|  | 994.80 |  | *$252,917.25* |
|  |  | Disbursements: | $ 9,625.97 |
|  |  | *Total:* | *$262,543.22* |

---

[1] The lodestar method is provided by way of guidance. As noted in the moving papers, it is appropriate to award Ms. Blumenschine at least her *actual* fees and expenses under the retainer agreement provided the agreement is found to be reasonable. Deviation upward is at this Court's discretion.

2

11.     From either total, taxable costs under Connecticut General Statutes §52-257 in the amount of $2,818.57, as itemized below, should be deducted if the Court deems them appropriate taxable costs.

| | |
|---|---|
| Complaint filing fee: | $ 150.00 |
| Marshal (service of Complaint) | $ 75.00* |
| Depositions - Court Reporter Fees and Transcripts | |
|     Lisa Blumenschine | $ 542.72* |
|     Beverly Silverman[2] | $ 190.80* |
|     Sheldon Wishnick | $ 139.92* |
|     William Ziperman | $ 463.73* |
|     Daniel Kinnaman | $ 341.53* |
|     Joseph Hanson | $ 362.73* |
|     Daniel Shannon | $ 505.94* |
| Copies of documents admitted into evidence in lieu | |
|     Of original (308 pages x $.15/copy) | $ 46.20 |
| **TOTAL:** | **$2,818.57** |

_____
Scott R. Lucas

Subscribed and sworn to before me this
2nd day of June, 2006,

_____
Bonnie K. Ford-Wojna, Notary Public
My Commission Expires 1/31/07

*Copies of invoices attached hereto as Exhibit 6

---

[2] The cost of this transcript is included as a "necessarily incurred" charge because Beverly Silverman was listed by defendants as one of their trial witnesses. Ms Silverman, however, was never actually called at trial, a decision commuinicated the day before she was to testify.

3