# **EXHIBIT 1**

435 Flax Hill Road
Norwalk, CT 06854
February 8, 2002

Martin, Lucas & Cioffi, LLP
1177 Summer Street
Stamford, CT 06854

Dear Scott,

As discussed, attached is the signed document that confirms the terms and conditions to engage your representation in connection with Professional Media Group.

Just to confirm our conversation, my understanding is that once we have a clearer sense of what steps will be required to resolve this matter I can change the terms to a reduced hourly rate and the 20% contingency.

I would like to discuss strategy with you and have some ideas but would appreciate the opportunity to discuss them with you before proceeding.

I look forward to putting your expertise to work to resolve this matter promptly and satisfactorily.

Cordially,

Lisa K. Blumenschine

# MARTIN, LUCAS & CHIOFFI, LLP

COUNSELORS AT LAW

STAMFORD, CONNECTICUT | NEW YORK, NEW YORK

1177 Summer Street
Stamford, Connecticut 06905

January 18, 2002

Telephone: 203 324 4200
Facsimile: 203 324 8649

admin@mlc-law.com
www.mlc-law.com

Ms. Lisa Blumenschine
435 Flax Hill Road
Norwalk, CT 06854

Re:   *Professional Media Group*

Dear Lisa:

This letter is to confirm the terms and conditions under which this firm has accepted the engagement to serve as legal counsel for you in connection with the above.

At the commencement of our representation on this matter, we require that a $500 retainer be paid. This retainer will be applied to pay for legal fees and disbursements incurred in our representation on the matter. If, prior to completion of services, this firm determines that there is reasonable need to secure payment of its present or future fees or cost advances, the firm may require you to tender additional trust account retainer(s) from time to time in amounts sufficient to secure, in advance, the payment of such present or future fees or costs.

Legal fees are charged on the basis of hourly rates for the attorneys and paralegals who devote time to this matter, and fees and disbursements will be itemized to you in a monthly billing. Bills showing a balance due are due upon presentment, and bills outstanding after thirty (30) days incur a finance charge of one percent (1%) a month. You shall be responsible for payment of all costs and expenses, including our reasonable attorneys fees, which we incur in the collection of our fees and disbursements. In the event of a dispute with respect to our fees, any disagreement shall be subject to arbitration in Connecticut under the expedited rules of the American Arbitration Association.

I will have primary responsibility for this matter, and my current hourly rate is $300. From time to time it may be appropriate to have other attorneys and paralegals perform services on your behalf in this matter. Hourly rates for attorneys and paralegals in the firm vary from $90 to $320. Hourly rates are subject to review and adjustment from time to time, without notice. No changes are in contemplation at the present time.

# MARTIN, LUCAS & CHIOFFI, LLP

Ms. Lisa Blumenschine
January 18, 2002
Page 2

    If the foregoing is acceptable, please sign the enclosed copy of this letter and return it to me, along with the retainer check. I look forward to working with you.

                Sincerely yours,

                *MARTIN, LUCAS & CHIOFFI, LLP*

                By _____
                    Scott R. Lucas

SRL:bkf

**AGREED AND ACCEPTED:**

_____
Lisa Blumenschine
Dated: ~~January~~ February 8, 2002

**EXHIBIT 2**

# MARTIN, LUCAS & CHIOFFI, LLP

COUNSELORS AT LAW

STAMFORD, CONNECTICUT | NEW YORK, NEW YORK

1177 Summer Street
Stamford, Connecticut 06905

~~January 18,~~ 2002
May 23

Telephone: 203 324 4200
Facsimile: 203 324 8649

admin@mlc-law.com
www.mlc-law.com

Ms. Lisa Blumenschine
435 Flax Hill Road
Norwalk, CT 06854

    *Re:*    *Professional Media Group*

Dear Lisa:

    You have asked us to represent you in connection with your employment-related claims against Professional Media Group. Please review carefully the terms and conditions stated in this letter so that there will not be any misunderstandings at a later date.

    We shall assist you in reaching a fair and equitable resolution between you and Professional Media Group regarding your employment-related claims. Failing such an agreement, we will review your options and, if appropriate, pursue your claims before the Commission on Human Rights and Opportunities until your case is eligible to be brought in court. At that point, this agreement will either continue or be adjusted per our mutual agreement. You have agreed to the following regarding fees and disbursements incurred in our representation of you.

    At the commencement of our representation on this matter, we require that a $500 retainer be paid. This retainer will be applied to pay for legal fees and disbursements incurred in our representation on the matter. If, prior to completion of services, this firm determines that there is reasonable need to secure payment of its present or future fees or cost advances, the firm may require you to tender additional trust account retainer(s) from time to time in amounts sufficient to secure, in advance, the payment of such present or future fees or costs

    Legal fees are charged on the basis of hourly rates for the attorneys and paralegals who devote time to this matter, and fees and disbursements will be itemized to you in a monthly billing. During our representation of you, you agree to pay to us all of our out-of-pocket expenses incurred in the course of representation, regardless of the outcome of the case. These expenses may include but not be limited to all entry fees, record fees, expert fees, private investigations, photographs, deposition costs, telephone toll charges, facsimile, photocopying and travel expenses. Bills showing a balance due are due upon presentment, and bills outstanding after thirty (30) days incur a finance charge of one percent (1%) a month. You shall be responsible for payment of all costs and expenses, including our reasonable attorneys' fees, which we incur in the collection of our fees and disbursements. In the event of a dispute with respect to our fees, any disagreement shall be subject to arbitration under the expedited rules of the American Arbitration Association.

**MARTIN, LUCAS & CHIOFFI, LLP**

Ms Lisa Blumenschine
January 18, 2002
Page 2

    I will have primary responsibility for this matter, and we have agreed that my current hourly rate of $300 will be reduced to $150. In addition to the foregoing hourly fees plus costs, we have agreed that in the event of a settlement, verdict or judgment, additional attorneys' fees shall be paid equaling twenty percent (20%) of the gross amount recovered. For the purposes of this agreement, the "gross amount recovered" means the total sum of all awards or settlements, including but not limited to back pay, front pay, employee benefits, fees, compensatory damages, punitive or exemplary damages and interest. In the event of a settlement that is comprised in whole or in part of a nonmonetary award that is reasonably anticipated will provide future income to you, you agree to additional attorneys' fees in the amount of twenty percent (20%) of the present value of the anticipated future income.

    In the event that you decide to withdraw your complaint at any time during our representation of you for any reason other than settlement, attorneys' fees shall be due based upon the customary hourly rates of this office.

    If the foregoing terms are acceptable to you, please sign the enclosed copy of this letter and return it to me, along with your retainer check.

Sincerely yours,

MARTIN, LUCAS & CHIOFFI, LLP

By _____
Scott R Lucas

SRL:bkf
Enclosure

*ACCEPTED AND AGREED:*

_____
Lisa Blumenschine

(Supercedes prior retainer agreement)
SRL
LKB

Dated: January ____, 2002
May 23, 2002

**EXHIBIT 3**

Case 3:02-cv-02244-HBF   Document 95-3   Filed 06/02/2006   Page 8 of 10

### *Martin, Lucas & Chioffi, LLP*
177 Broad Street
Stamford, Connecticut 06901

Ph:(203) 973-5200    Fax:(203) 973-5250

Lisa Blumenschine                                           June 1, 2006
435 Flax Hill Road
Norwalk, CT
06854

                                                            File #:    9006001

**Attention:**                                              Inv #:     Settle

**RE:**    Professional Media Group

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jan-07-02 | Tele/conf. re facts and issues. (NO CHARGE.) | 0.40 | 0.00 | SRL |
| Feb-08-02 | Meeting w/ client; review file and draft demand letter | 1.80 | 540.00 | SRL |
| Feb-11-02 | Tele/conf. w/ client re demand letter; finalize and send same. | 0.30 | 90.00 | SRL |
| Feb-22-02 | Attention to opposing counsel's letter. | 0.20 | 60.00 | SRL |
| Feb-27-02 | Calls to/from client; attention to status | 0.20 | 60.00 | SRL |
| Mar-19-02 | Attention to opposing counsel's letter and reply to same. | 0.70 | 210.00 | SRL |
| Apr-10-02 | Letter to opposing counsel; draft CHRO affidavit. | 0.50 | 150.00 | SRL |
| Apr-11-02 | Review and revise CHRO documents. | 0.70 | 210.00 | SRL |
|  | Prepare CHRO papers; conf. w/ SRL re same. | 0.50 | 50.00 | BKF |
| Apr-12-02 | Meeting w/ client; letter to opposing counsel; file CHRO documents. | 1.10 | 330.00 | SRL |
|  | Revise CHRO documents; letter to CHRO; copy and forward documents to CHRO; fax letter to opposing counsel. | 0.50 | 50.00 | BKF |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Apr-19-02 | Attention to opposing counsel's reply to demand letter; call to client re same; attention to file. | 0.40 | 120.00 | SRL |
| Apr-22-02 | Tele/conf. w/ client re opposing counsel's letter and CHRO confirmation documents; attention to same; calls to opposing counsel | 0.50 | 150.00 | SRL |
| Apr-23-02 | Tele/conf. w/ client re call w/ opposing counsel and related issues. | 0.30 | 90.00 | SRL |
|  | Review mailing from CHRO, discuss same with SRL, review C.G.S 46a-58a, Westlaw research re: statute, annotations, review relevant case law, research relationship between 46a-60a and 46a-58a, relate findings to SRL, draft letter to CHRO requesting coversheet be corrected, discuss same with SRL, discuss call from CHRO with SRL re: faxed letter | 2.50 | 450.00 | MSC |
|  | Totals | 10.60 | $2,560.00 |  |

**Total Fee & Disbursements for all charges on this matter**     $2,560.00

TAX ID Number     06-1573558