**EXHIBIT 4**

### *Martin, Lucas & Chioffi, LLP*
177 Broad Street
Stamford, Connecticut 06901

Ph:(203) 973-5200          Fax:(203) 973-5250

Lisa Blumenschine                                                      June 1, 2006
435 Flax Hill Road
Norwalk, CT
06854

|              |          |
|--------------|----------|
| File #:      | 9006001  |
| Inv #:       | Settle   |

**Attention:**

**RE:**     Professional Media Group

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| May-20-02 | Attention to opposing counsel's CHRO response; call to client re same. | 0.20 | 30.00 | SRL |
| May-23-02 | Prepare for client meeting; meeting w/ client re opposing counsel's response to CHRO complant and items for reply. | 1.20 | 180.00 | SRL |
| May-24-02 | Draft, review and revise reply to CHRO in response to opposing counsel's answer. | 2.00 | 300.00 | SRL |
| May-28-02 | Review and revise reply brief and client affidavit; e-mail same to client; call to client. | 1.50 | 225.00 | SRL |
| May-29-02 | Calls to client re CHRO documents. | 0.20 | 30.00 | SRL |
| May-30-02 | Attention to CHRO reply documents. | 0.25 | 37.50 | SRL |
| Jul-09-02 | Check status of CHRO proceedings | 0.10 | 10.00 | MSC |
| Aug-05-02 | Attention to CHRO assessment; calls to/from CHRO; tele/confs. w/ client re foregoing. | 0.70 | 105.00 | SRL |
| Aug-06-02 | Calls to/from CHRO re mediation. | 0.20 | 30.00 | SRL |
| Aug-07-02 | Tele/conf. w/ client re 9/20 conf. and to-dos. | 0.20 | 30.00 | SRL |
| Aug-19-02 | Tele/confs. w/ client and w/ CHRO re mediation conf | 0.20 | 30.00 | SRL |

| Aug-23-02 | Attention to CHRO letter; attention to file | 0.20 | 30.00 | SRL |
| Sep-10-02 | Call from client; return same; attention to file. | 0.20 | 30.00 | SRL |
| Sep-11-02 | Draft settlement letter to CHRO. | 0.80 | 120.00 | SRL |
| Sep-16-02 | Prepare for 9/17/02 mediation; tele/conf. w/ CHRO mediator; call to client. | 0.60 | 90.00 | SRL |
| Sep-17-02 | Travel to and attend CHRO mandatory mediation; draft letter to CHRO; confs. w/ client. | 3.70 | 555.00 | SRL |
| Sep-20-02 | Tele/conf. w/ client re CHRO letter; attention to file. | 0.20 | 30.00 | SRL |
| Nov-06-02 | Call from CHRO; attention to request for right to sue | 0.20 | 30.00 | SRL |
| Nov-12-02 | Attention to right to sue letters. | 0.20 | 30.00 | SRL |
| Nov-25-02 | Tele/conf. w/ client re new job, right to sue letters, etc.; attention to file. | 0.20 | 30.00 | SRL |
| Nov-26-02 | Attention to client document (offer letter); attention to file w/ MSC (complaint, etc.). | 0.40 | 60.00 | SRL |
| Dec-02-02 | Attention to EEOC release to sue. | 0.20 | 30.00 | SRL |
| Dec-09-02 | Conf. w/ MB re drafting complaint and "to-dos." | 0.80 | 120.00 | SRL |
| | Review file with SRL | 0.50 | 37.50 | MB |
| Dec-10-02 | Conf. w/ MB re facts, Complaint, etc. | 0.50 | 75.00 | SRL |
| | Review entire file; draft complaint | 3.20 | 240.00 | MB |
| Dec-11-02 | Review draft Complaint; conf. w/ MB re same. | 1.00 | 150.00 | SRL |
| | Drafted complaint; meeting with SRL regarding complaint | 3.00 | 225.00 | MB |
| Dec-12-02 | Review and revise draft Complaint; conf. w/ MB re same. | 1.00 | 150.00 | SRL |

|  | | | | |
|---|---|---|---|---|
| | Redraft complaint; research regarding particular damage claims under Connecticut wage statutes and other related claims | 1.40 | 105.00 | MB |
| Dec-13-02 | Tele/conf. w/ client; attention to Complaint. | 0.30 | 45.00 | SRL |
| | Prepare civil cover sheet and other document for Complaint | 0.50 | 37.50 | BKF |
| Dec-16-02 | Tele/conf. w/ opposing counsel re settlement, etc.; attention to file. | 0.30 | 45.00 | SRL |
| | Finalize documents to accompany complaint. | 0.25 | 18.75 | BKF |
| Dec-17-02 | Attention to final Complaint and related papers. | 0.50 | 75.00 | SRL |
| | Gather exhibits to append to Complaint; final review of Complaint and accompanying documents; prepare court copies and forward to court for filing. | 0.50 | 37.50 | BKF |
| Jan-06-03 | Conf. w/ MB re status and needed discovery | 0.20 | 30.00 | SRL |
| | Attention to return of papers from court; prepare service copies; call to marshal re service; check re agent for service. | 0.40 | 30.00 | BKF |
| Jan-09-03 | Attention to marshal's return of service; prepare and forward letter to clerk enclosing same. | 0.40 | 30.00 | BKF |
| Jan-15-03 | Preparation of discovery documents | 4.00 | 300.00 | MB |
| Jan-21-03 | Tele/conf. w/ opposing counsel re answer, extension and disclosure; conf. w/ MB re discovery. | 0.50 | 75.00 | SRL |
| Jan-31-03 | Preparation of discovery and 26(a) disclosure | 1.00 | 75.00 | MB |
| Feb-04-03 | Attention to Rule 26(a) disclosure. | 0.30 | 45.00 | SRL |
| | Review file in preparation for discovery documents; draft 26a disclosure | 2.00 | 150.00 | MB |
| Feb-05-03 | Tele/conf. w/ court re opposing counsel's default; call to opposing counsel re same; attention to Rule 26(a) disclosure. | 0.50 | 75.00 | SRL |

|           | Preparation of discovery documents | 2.00 | 150.00 | MB |
|-----------|-----------|------|--------|-----|
|           | Begin drafting Rule 26(f) report. | 0.30 | 22.50 | BKF |
| Feb-06-03 | Attention to opposing counsel's appearance and "stipulation"; call to opposing counsel re same. | 0.30 | 45.00 | SRL |
| Feb-07-03 | Attention to 26(a) disclosure. | 0.20 | 30.00 | SRL |
|           | Review discovery documents | 0.60 | 45.00 | MB |
| Feb-11-03 | Attention to client call; attention to opposing counsel's motion, etc.; call to opposing counsel | 0.40 | 60.00 | SRL |
| Feb-12-03 | Review and revise Rule 26(f) report; give draft to SRL for review. | 0.50 | 37.50 | BKF |
| Feb-13-03 | Review and revise first request for documents and first set of interrogatories | 1.20 | 180.00 | SRL |
|           | Revise discovery requests per SRL comments; finalize and forward to opposing counsel. | 0.25 | 18.75 | BKF |
| Feb-25-03 | Tele/conf. w/ Sheldon Wishnick; tele/conf. w/ client. | 0.10 | 15.00 | SRL |
| Feb-28-03 | Tele/conf. w/ opposing counsel re 26(f); forward 26(f) report to opposing counsel; tele/conf. w/ client re 26(a) disclosure | 0.50 | 75.00 | SRL |
| Mar-05-03 | Tele/conf. and e-mails w/ opposing counsel re scheduling order; attention to file | 0.50 | 75.00 | SRL |
| Mar-06-03 | Review, revise and finalize scheduling order; tele/conf. w/ opposing counsel re same. | 0.50 | 75.00 | SRL |
|           | Revise planning conference report per opposing counsel's fax; finalize and forward to court for filing. | 0.25 | 18.75 | BKF |
| Mar-11-03 | Attention to file, 26(a) report, etc. | 0.20 | 30.00 | SRL |
| Mar-13-03 | Confs. w/ MB re Rule 26(a) disclosure. | 0.20 | 30.00 | SRL |
|           | Creation of witness list; call to client regarding additional witnesses | 0.50 | 37.50 | MB |

| | | | | |
|---|---|---|---|---|
| Mar-17-03 | Attention to court order; attention to file and status | 0.25 | 37.50 | SRL |
| Apr-07-03 | Attention to status, deadlines, etc | 0.10 | 15.00 | SRL |
| Apr-11-03 | Attention to status with Michel Bayonne; telephone conference with opposing counsel re: rescheduling; e-mail client re: same | 0.50 | 75.00 | SRL |
| Apr-22-03 | Attention to opposing counsel's discovery responses; review proposed protective order; draft letter to opposing counsel re: all of the above. | 1.20 | 180.00 | SRL |
| | Draft protective order and motion. | 1.25 | 93.75 | BKF |
| Apr-23-03 | Attention to opposing counsel's call re: deposition and misc | 0.30 | 45.00 | SRL |
| Apr-24-03 | Letter to opposing counsel re: protective order. | 0.20 | 30.00 | SRL |
| | Review and revise Protective Order per Scott Lucas' comments. | 0.25 | 18.75 | BKF |
| Apr-29-03 | Conference with Michel Bayonne re: defendant's discovery responses and related strategy issues | 0.30 | 45.00 | SRL |
| May-02-03 | Telephone conference with client re: deposition dates; attention to file | 0.20 | 30.00 | SRL |
| May-05-03 | Attention to call from opposing counsel re: deposition and protective order; telephone conference with client; telephone conference with opposing counsel re date. | 0.30 | 45.00 | SRL |
| May-14-03 | Review opposing counsel's changes to draft protective order. | 0.50 | 75.00 | SRL |
| | Telephone conference with opposing counsel re: protective order. | 0.20 | 30.00 | SRL |
| May-15-03 | Call from opposing counsel; attention to file | 0.20 | 30.00 | SRL |
| May-21-03 | Review file and prepare notes for client meeting 5/23 | 1.50 | 112.50 | MB |
| May-23-03 | Conferences with Michel Bayonne; meeting with client and Michel Bayonne in preparation for deposition. | 1.70 | 255.00 | SRL |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Preparation of notes for meeting with client; Met with client regarding strenghts of case and deposition preparation. | 2.00 | 150.00 | MB |
| May-27-03 | Attention to deposition prep. and protective order language. | 0.50 | 75.00 | SRL |
| May-28-03 | Defend deposition of client. | 7.75 | 1,162.50 | SRL |
| May-30-03 | Attention to file re: protective order, etc. | 0.20 | 30.00 | SRL |
| Jun-02-03 | Attention to protective order; finalize for filing with court. | 0.20 | 30.00 | SRL |
| Jun-05-03 | Conference with Scott Lucas re: information for expert; review file for required information; telephone conference with client re: need for same; e-mail to client. | 1.00 | 75.00 | BKF |
| Jun-10-03 | Attention to expert report issue with Bonnie. | 0.20 | 30.00 | SRL |
| Jun-11-03 | Attention to expert information; telephone conference with Sheldon Wishnick; attention to motion to extend. | 0.90 | 135.00 | SRL |
|  | Conference with client re: documents to provide to expert, Sheldon Wishnick; copy documents for Sheldon; revise memo to Sheldon per client information; prepare retainer check; forward all to Sheldon; conference with Scott Lucas re: all of the above | 1.50 | 112.50 | BKF |
| Jun-12-03 | Telephone conference with opposing counsel re: motion to extend; file same. | 0.20 | 30.00 | SRL |
| Jun-13-03 | Telephone conference with Sheldon Wishnick re: expert report issues/facts for same. | 0.40 | 60.00 | SRL |
| Jun-16-03 | Attention to court order re: Protective Order; attention to file with Michel Bayonne re: expert questions | 0.50 | 75.00 | SRL |
| Jun-17-03 | Prepare for and conduct status conference; telephone conference with court; conference with Michel Bayonne re: to-dos"; telephone conference with client re: the foregoing | 0.75 | 112.50 | SRL |

| Jun-18-03 | Letter to opposing counsel re: production and protective order; call from opposing counsel; letter to medical expert; telephone conference with medical expert. | 0.70 | 105.00 | SRL |
|---|---|---|---|---|
| | Review deposition and file to obtain information for Wishnick expert report | 1.00 | 75.00 | MB |
| Jun-19-03 | Telephone conference with Sheldon Wishnick re: report facts/issues. | 0.50 | 75.00 | SRL |
| Jun-30-03 | Attention to expert reports/records; attention to draft disclosure; attention to opposing counsel's document production. | 0.50 | 75.00 | SRL |
| | Conference with Scott Lucas re expert reports; attention to reports from Silverman and Wishnick; prepare draft Designations of Experts for Scott Lucas' review; Bates stamp documents to accompany reports; label tax returns as "confidential." | 3.00 | 225.00 | BKF |
| Jul-01-03 | Conference with Michel Bayonne re: opposing counsel's document production. | 0.20 | 30.00 | SRL |
| | Review production delivered pursuant to protective order | 3.00 | 225.00 | MB |
| | Finalize, copy and forward expert disclosures and documents to opposing counsel, et al. | 0.40 | 30.00 | BKF |
| Jul-02-03 | Review production submitted by opposing counsel. | 1.20 | 90.00 | MB |
| Jul-07-03 | Review opposing counsel's documents with Michel Bayonne and discuss same. | 0.50 | 75.00 | SRL |
| | Review documents produced, subject to protective order, by opposing counsel; letter inquiring into documents not yet produced | 6.00 | 450.00 | MB |
| Jul-08-03 | Discuss opposing counsel's production with Michel Bayonne; letter to opposing counsel re: failure to produce. | 0.50 | 75.00 | SRL |
| | Review and analyze defendant's production; analyzed sales and commissions of related employees | 6.00 | 450.00 | MB |

| Jul-10-03 | Telephone conference with opposing counsel re: production of documents issue; conference with Michel Bayonne re: same. | 0.50 | 75.00 | SRL |
|-----------|---|---|---|---|
| Jul-11-03 | Attention to expert disclosure; review with Bonnie Ford. | 0.20 | 30.00 | SRL |
| Jul-17-03 | Conference with Michel Bayonne; call to opposing counsel | 0.30 | 45.00 | SRL |
| Jul-18-03 | Attention to opposing counsel's document production; conferences with Michel Bayonne; telephone conference with opposing counsel's office. | 0.70 | 105.00 | SRL |
| Jul-19-03 | Review documents produced to discern plaintiff's sales figures | 1.00 | 75.00 | MB |
| Jul-21-03 | Conference with Michel Bayonne re: discovery issues; attention to file | 0.30 | 45.00 | SRL |
| Jul-22-03 | Conference with Michel Bayonne and Scott Lucas re: status of case, theories of remedial evidence, discovery, etc | 0.20 | 20.00 | MSC |
| Aug-04-03 | Conference with Michel Bayonne re: discovery; attention to opposing counsel's deposition notices; letter to opposing counsel and experts re: depositions. | 0.70 | 105.00 | SRL |
| Aug-07-03 | Attention to opposing counsel's call; attention to B. Silverman deposition scheduling. | 0.20 | 30.00 | SRL |
| Aug-08-03 | Attention to discovery; call to opposing counsel; telephone conference with Sheldon Wishnick. | 0.30 | 45.00 | SRL |
| Aug-11-03 | Telephone conference with Sheldon Wishnick; telephone conferences with opposing counsel re: fee issues, etc.; prepare for Beverly Silverman conference. | 0.70 | 105.00 | SRL |
| Aug-12-03 | Travel to Beverly Silverman's office and meeting with her to prepare for deposition. | 2.80 | 420.00 | SRL |
| Aug-13-03 | Travel to and defend depositions of Beverly Silverman and Sheldon Wishnick. | 6.50 | 975.00 | SRL |
| Aug-28-03 | Attention to opposing counsel's fax re: deposition dates. | 0.20 | 30.00 | SRL |

| Aug-29-03 | Attention to deposition scheduling; conference with Michel Bayonne | 0.60 | 90.00 | SRL |
|---|---|---|---|---|
| Sep-02-03 | Telephone conference with opposing counsel re: deposition dates; telephone conference with client re: same. | 0.50 | 75.00 | SRL |
| Sep-03-03 | Telephone conferences with opposing counsel re: deposition scheduling. | 0.40 | 60.00 | SRL |
| Sep-05-03 | Review plaintiff's file in preparation for depositions | 1.70 | 127.50 | MB |
| Sep-08-03 | Call to opposing counsel re: depositions; attention to subpoena to Dan Boucher | 0.30 | 45.00 | SRL |
| Sep-09-03 | Telephone conferences with opposing counsel re: deposition scheduling. | 0.20 | 30.00 | SRL |
| Sep-11-03 | Attention to Boucher service issues, etc. | 0.20 | 30.00 | SRL |
| Sep-12-03 | Prepare for deposition. | 1.10 | 165.00 | SRL |
| Sep-15-03 | Prepare for Ziperman deposition. | 3.80 | 570.00 | SRL |
|  | Review entire file in preparation for deposition of William Zipperman; Creation of outline for deposition purposes | 6.00 | 450.00 | MB |
| Sep-16-03 | Prepare for and take deposition of Ziperman; telephone conference with client. | 4.20 | 630.00 | SRL |
|  | Finalizing materials needed for deposition; attended deposition of William Zipperman | 4.00 | 300.00 | MB |
|  | Attention to Appearance issues; check court docket; prepare Notice of Change of Address; prepare Appearance for Michel Bayonne; file and serve same. | 0.25 | 18.75 | BKF |
| Sep-17-03 | Telephone conference with opposing counsel re: deposition scheduling. | 0.20 | 30.00 | SRL |
|  | Conference with Scott Lucas re: deposition schedule; prepare notices of deposition; fax to opposing counsel. | 0.40 | 30.00 | BKF |
| Sep-23-03 | Review and prepare documents for depositions of Dan Boucher and Dan Shannon | 3.00 | 225.00 | MB |

| Sep-24-03 | Prepare for and attend deposition with Michel Bayonne of Dan Boucher; takes deposition of Dan Shannon | 6.10 | 915.00 | SRL |
|---|---|---|---|---|
| | Depositions of Dan Shannon and Dan Boucher | 4.30 | 322.50 | MB |
| Sep-26-03 | Prepare for and take deposition of Dan Kinneman; attention to discovery issues, etc | 2.50 | 375.00 | SRL |
| | Prepared documents and attended deposition of Dan Kinnaman | 3.00 | 225.00 | MB |
| Sep-30-03 | Prepare for and take Hanson deposition. | 2.50 | 375.00 | SRL |
| | Reveiw and prepare documents before and after deposition of Joe Hanson; Attend and took notes of deposition of Joe Hanson | 3.00 | 225.00 | MB |
| Oct-02-03 | Outline summary judgment motion; conference with Michel Bayonne re: same. | 1.00 | 150.00 | SRL |
| | | 5.00 | 375.00 | MB |
| Oct-03-03 | research statutes regarding to current local law of summary judment; review file to discern facts in preparation of drafting motion for summary judgment; draft motion for summary judgment | 5.00 | 375.00 | MB |
| Oct-06-03 | Draft motion for summary judgment | 4.00 | 300.00 | MB |
| Oct-08-03 | Research and draft motion for summary judgment | 6.00 | 450.00 | MB |
| Oct-09-03 | Review all depositions in preparation of facts section of motion for summary judgment | 3.00 | 225.00 | MB |
| Oct-10-03 | Research regarding current law in relation to "glass cieling" in preparation of motion for summary judgement; draft motion for summary judgment | 4.00 | 300.00 | MB |
| Oct-13-03 | Conference with Michel Bayonne re: opposing counsel's motion to extend and our motion for summary judgment. | 0.50 | 75.00 | SRL |
| | Preparation of motion for summary judgment | 6.00 | 450.00 | MB |
| Oct-14-03 | Preparation of motion for summary judgement | 6.00 | 450.00 | MB |

| Oct-16-03 | Conference with Michel Bayonne re: summary judgment effort and issues. | 0.30 | 45.00 | SRL |
| | Review deposition in preparation of motion for summary judgment | 3.00 | 225.00 | MB |
| Oct-17-03 | Preparation of motion for summary judgment | 1.00 | 75.00 | MB |
| Oct-20-03 | Conference with Michel Bayonne re: summary judgment issues. | 0.30 | 45.00 | SRL |
| | Preparation of motion for summary judgment | 1.00 | 75.00 | MB |
| | Attention to deposition transcripts of Wishnick and Silverman; draft letters to each enclosing transcripts and with instructions re: reading and signing; copy all transcripts and forward to Lisa; draft letter enclosing same. | 1.00 | 75.00 | BKF |
| Oct-21-03 | Discussions with Michel Bayonne re: summary judgment | 0.30 | 30.00 | MSC |
| | Preparation of motion for summary judgment | 1.00 | 75.00 | MB |
| Oct-22-03 | Conference with Michel Bayonne re: summary judgment and deadline issues. | 0.30 | 45.00 | SRL |
| | Preparation of motion for summary judgment | 1.00 | 75.00 | MB |
| Oct-23-03 | Conferences with Michel Bayonne re: summary judgment; attention to opposing counsel's motion. | 0.70 | 105.00 | SRL |
| | Preparation of motion for summary judgment | 1.00 | 75.00 | MB |
| Oct-24-03 | Preparation of motion for summary judgment | 1.00 | 75.00 | MB |
| Oct-27-03 | Conferences with Michel Bayonne re: client documents and summary judgment issues. | 0.40 | 60.00 | SRL |
| | Preparation of motion for summary judgment | 1.00 | 75.00 | MB |
| Oct-29-03 | Review fact section of motion for summary judgment, review same with Michel Bayonne | 1.90 | 190.00 | MSC |
| Nov-06-03 | Draft motion for Summary Judgment | 4.00 | 300.00 | MB |

| Nov-10-03 | Research and Draft motion for summary judgment | 6.00 | 450.00 | MB |
| Nov-11-03 | Research and Draft motion for Summary judgment | 6.00 | 450.00 | MB |
| Nov-12-03 | Research and draft motion for summary judgment | 6.00 | 450.00 | MB |
| Nov-17-03 | Attention to court order re opposing counsel's summary judgment deadline; attention to summary judgment draft of Michel Bayonne; review same; conference with Michel Bayonne | 1.00 | 150.00 | SRL |
| Nov-20-03 | Summary Judgment | 6.00 | 450.00 | MB |
| Nov-21-03 | Summary Judgment | 6.00 | 450.00 | MB |
| Nov-24-03 | Draft Motion for summary judgment | 6.00 | 450.00 | MB |
| Nov-25-03 | draft Motion for summary judgment | 6.00 | 450.00 | MB |
| Nov-26-03 | draft motion for summary judgment | 6.00 | 450.00 | MB |
| Dec-01-03 | Review and revise summary judgment brief. | 0.30 | 45.00 | SRL |
| Dec-02-03 | Review and revise summary judgment brief. | 3.10 | 465.00 | SRL |
| Dec-03-03 | Review and revise summary judgment brief; conferences with Mary Canaday and Michel Bayonne and Bonnie Ford re: same. | 1.50 | 225.00 | SRL |
| | Conferences with Scott Lucas re: motion for summary judgement, review and revise fact section, begin researching and revising memorandum of law, | 7.50 | 750.00 | MSC |
| Dec-04-03 | Conference with Mary Canaday re: summary judgment argument; review and revise same; attention to 56(a)1 Statement. | 1.30 | 195.00 | SRL |
| | Continue working on motion for summary judgment, discussions with Scott Lucas re: same | 2.00 | 200.00 | MSC |

| Dec-05-03 | Conferences with Michel Bayonne re: summary judgment exhibits; draft Local Rule Statement; attention to summary judgment brief; misc re: summary judgment. | 3.00 | 450 00 | SRL |
|---|---|---|---|---|
| Dec-07-03 | Prepare exhibits for summary judgment. | 3 00 | 225 00 | MB |
| Dec-08-03 | Finalize summary judgment papers; telephone conference with client. | 1.80 | 270 00 | SRL |
| | Review and revise summary judgment motion, memo and Rule 56 Statement; review and compile exhibits; prepare Appendix of Exhibits; finalize all of the above and forward to court and opposing counsel; letter to court enclosing same; begin preparing disks as required by court | 5.00 | 375.00 | BKF |
| Dec-09-03 | Review opposing counsel's summary judgment brief; conference with Michel Bayonne re: same. | 0.60 | 90.00 | SRL |
| | Review plaintiff's motion for summary judgment; review defendant's motion for summary judgment; attention to research for opposition brief. | 5 00 | 375.00 | MB |
| | Attention to opposing counsel's summary judgment papers; conference with Scott Lucas re: same; download our summary judgment papers onto disk as required by court; forward to court. | 2.50 | 187 50 | BKF |
| Dec-10-03 | Conferences with Michel Bayonne re: opposition to motion for summary judgment and Local Rule 56 Statements. | 0.80 | 120.00 | SRL |
| | Preparation of Reply Brief | 5 00 | 375.00 | MB |
| Dec-11-03 | Preparation of Reply Brief to defendant's motion for summary judgment | 4.00 | 300 00 | MB |
| Dec-12-03 | Conference with Michel Bayonne re: motion for extension and opposition to opposing counsel's summary judgment. | 0.90 | 135 00 | SRL |
| | Preparation of Reply Brief to defendant's motion for summary judgment | 4.00 | 300.00 | MB |
| Dec-16-03 | Preparation of Reply Brief | 5.00 | 375.00 | MB |

| Dec-17-03 | Research and write reply to defendant's motion for summary judgment; draft joint motion for extension of time regarding same | 3.00 | 225.00 | MB |
|---|---|---|---|---|
| Dec-19-03 | Attention to motion to extend re: summary judgment reply. | 0.20 | 30.00 | SRL |
| Jan-08-04 | Preparation of reply to defendant's motion for summary judgment | 2.50 | 187.50 | MB |
| Jan-09-04 | Preparation of reply brief to defendant's motion for summary judgment | 4.00 | 300.00 | MB |
| Jan-10-04 | Draft Plaintiff's opposition brief and ancillary documents | 8.00 | 600.00 | MB |
| Jan-11-04 | Draft opposition brief and ancillary documents | 4.00 | 300.00 | MB |
| Jan-12-04 | draft opposition brief and ancillary documents | 8.00 | 600.00 | MB |
|  | Conference with Michel Bayonne; draft Standard of Review section of Opposition brief. | 0.50 | 37.50 | BKF |
| Jan-13-04 | Review opposition to opposing counsel's motion for summary judgment; conference with Michel Bayonne re: same. | 1.40 | 210.00 | SRL |
|  | Draft opposition motion | 7.00 | 525.00 | MB |
| Jan-16-04 | Review summary judgment opposition with Michel Bayonne. | 0.50 | 75.00 | SRL |
|  | Draft opposition to motion for summary judgment | 5.00 | 375.00 | MB |
| Jan-19-04 | Attention to status of summary judgment opposition with Michel Bayonne; review and revise same. | 1.30 | 195.00 | SRL |
|  | Revisions to plaintiffs opposition to summary judgment | 5.00 | 375.00 | MB |
|  | Review and revise draft Opposition to Motion for Summary Judgment; attention to exhibits to defendant's Motion and exhibits to our Motion and revise opposition re: references to same. | 2.00 | 150.00 | BKF |

| | | | | |
|---|---|---|---|---|
| Jan-20-04 | Review and revise summary judgment opposition and Rule 56(2) statement; conference with Michel Bayonne re: same. | 2.50 | 375.00 | SRL |
| | Finalized opposition to summary judgment | 6.00 | 450.00 | MB |
| Jan-21-04 | Attention to summary judgment opposition papers. | 0.50 | 75.00 | SRL |
| Jan-22-04 | Conference with Scott Lucas re Opposition to Motion for Summary Judgment; review, revise and finalize same; download Westlaw case to attach; conference with Michel Bayonne re: Rule 56(a)1 Statement; review and revise same | 2.00 | 150.00 | BKF |
| Jan-26-04 | Finalize summary judgment opposition. | 0.50 | 75.00 | SRL |
| | Final review of summary judgment papers; review and revise 56(a)2; conference with Scott Lucas re: same and filing issues. | 1.50 | 112.50 | BKF |
| Jan-27-04 | Prepare service copies of brief; letter to Judge enclosing chambers copies; prepare disks per court requirements | 1.00 | 75.00 | BKF |
| Feb-02-04 | Attention to opposing counsel's reply brief re: summary judgment; conference with Michel Bayonne re: same. | 1.00 | 150.00 | SRL |
| Feb-03-04 | Research for reply to defendant's opposition to motion for summary judgment | 2.00 | 150.00 | MB |
| Feb-04-04 | Conference with Michel Bayonne re: reply brief. | 0.40 | 60.00 | SRL |
| | Reply to Defendants opposition to motion for summary judgment | 10.00 | 750.00 | MB |
| Feb-05-04 | Reply to Defendants opposition to motion for summary judgment | 5.00 | 375.00 | MB |
| Feb-06-04 | Attention to draft reply brief re: summary judgment motion. | 0.75 | 112.50 | SRL |
| Feb-09-04 | Review and revise reply brief; conferences with Michel Bayonne re: same. | 1.20 | 180.00 | SRL |
| | Revized Plaintiff's Reply to defendant's opposition motion | 2.00 | 150.00 | MB |

| Feb-10-04 | Review and revise reply memo re: our summary judgment motion; conference with Michel Bayonne re: same; finalize and file same. | 1.20 | 180.00 | SRL |
| Apr-16-04 | Conference with Michel Bayonne re: trial preparation. | 0.20 | 30.00 | SRL |
| May-06-04 | Telephone conferences with client (on 5/5/04 too) and review of offer letter, all re: job changes. | 0.70 | 105.00 | SRL |
| May-17-04 | Review file in preparation of Trial Preparation Memo | 5.00 | 375.00 | MB |
| Apr-06-05 | Attention to status; conference with Claire Ryan re: status, etc | 0.20 | 30.00 | SRL |
| May-07-05 | Attention to file and status. | 0.10 | 7.50 | BKF |
| Nov-09-05 | Attention to message from court re: summary judgment; telephone conference with client re: same. | 0.40 | 60.00 | SRL |
| Nov-11-05 | Attention to court decision on summary judgment | 0.40 | 60.00 | SRL |
|  | Attention to court notice and deadlines; update calendar. | 0.10 | 7.50 | BKF |
| Nov-16-05 | Telephone conference with opposing counsel re: settlement conference; telephone call to client re: same. | 0.20 | 30.00 | SRL |
| Nov-18-05 | Telephone conference with client re: settlement conference | 0.20 | 30.00 | SRL |
| Dec-07-05 | Prepare for settlement conference; attention to ex parte settlement memo. | 2.10 | 315.00 | SRL |
|  | Pull documents for Scott Lucas' review in anticipation of settlement conference; attention to court docket, etc. | 0.40 | 30.00 | BKF |
| Dec-08-05 | Review and revise draft ex parte memo. | 0.90 | 135.00 | SRL |
|  | Attention to order re: settlement conference; attention to file; begin drafting ex parte settlement conference memo | 1.00 | 75.00 | BKF |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Dec-13-05 | Telephone conference with client re: settlement; finalize ex parte settlement memo. | 0.30 | 45.00 | SRL |
| | Review and revise ex parte settlement memo per Scott Lucas comments; misc. calculations re: same; finalize and forward. | 0.60 | 45.00 | BKF |
| Dec-15-05 | Telephone conference with court; telephone conference with opposing counsel; motion to court re: trial brief. | 0.50 | 75.00 | SRL |
| | Conference with Scott Lucas re: settlement conference off and motion to extend time to file joint trial memo; attention to court docket; prepare motion to extend. | 1.25 | 93.75 | BKF |
| Jan-10-06 | Telephone conference with opposing counsel re: possibility for settlement; telephone conference with client re: same; attention to letter from opposing counsel | 0.30 | 45.00 | SRL |
| Jan-17-06 | Research re: trial brief. | 0.40 | 60.00 | SRL |
| | Attention to file; check court docket; review scheduling order re: joint trial memo; conference with Scott re: same | 0.50 | 37.50 | BKF |
| Jan-19-06 | Telephone conference with opposing counsel re: settlement; attention to opposing counsel's supplemental interrogatories; conference with Keith McBride re: research. | 0.90 | 135.00 | SRL |
| Jan-20-06 | Telephone conference with client re: "new" witnesses proposed by opposing counsel and status and scheduling issues. | 0.30 | 45.00 | SRL |
| Jan-24-06 | Work on jury instructions; attention to complaint; begin drafting joint trial memo. | 2.00 | 150.00 | BKF |
| Jan-25-06 | Legal research on jury charge on spoilation of evidence. | 2.20 | 198.00 | KAM |
| Jan-26-06 | Telephone conference with opposing counsel re: settlement; attention to trial brief; telephone conference with client re: settlement conference, etc. | 0.40 | 60.00 | SRL |
| | Work on trial memo | 0.50 | 37.50 | BKF |
| Jan-30-06 | Attention to opposing counsel's motion and misc. | 0.40 | 60.00 | SRL |

| Feb-01-06 | Attention to court order; attention to file re: settlement conference. | 0.30 | 45.00 | SRL |
| | Legal research on spoilation of evidence and motions in limine. | 2.80 | 252.00 | KAM |
| Feb-02-06 | Continuing legal research on spoilation of evidence and motions in limine. | 5.20 | 468.00 | KAM |
| Feb-03-06 | Legal research on disclosure of witnesses following close of discovery. | 4.70 | 423.00 | KAM |
| Feb-06-06 | Attention to prep. for settlement conference. | 0.30 | 45.00 | SRL |
| | Legal research on evidentiary and procedural issues related to defendant's disclosure of new witnesses following the close of discovery. | 6.80 | 612.00 | KAM |
| Feb-07-06 | Prepare for settlement conference; telephone conference with client. | 1.50 | 225.00 | SRL |
| | Continuing legal research on evidentiary and procedural issues related to defendant's disclosure of witnesses after the close of discovery | 3.40 | 306.00 | KAM |
| | Check court docket and update calendar and master case list re: deadlines. | 0.20 | 15.00 | BKF |
| | Pull documents for Scott Lucas for hearing; prepare fees backup. | 0.30 | 22.50 | BKF |
| Feb-08-06 | Prepare for and travel to Hartford for settlement conference; discussions with client re: same; conference with opposing counsel and court; misc. | 5.10 | 765.00 | SRL |
| Feb-13-06 | Attention to court notice of pretrial conference | 0.30 | 45.00 | SRL |
| Feb-14-06 | Telephone conference with opposing counsel re: pretrial date; telephone conference with court re: moving same. | 0.30 | 45.00 | SRL |
| Feb-21-06 | Work on pretrial memo. | 2.00 | 150.00 | BKF |
| Feb-22-06 | Work on pretrial memo. | 2.00 | 150.00 | BKF |
| Mar-07-06 | Continuing file review in preparation for drafting trial memorandum. | 1.20 | 108.00 | KAM |

| Mar-08-06 | Prepare for, travel to and attend pretrial conference; telephone conference with client. | 1.30 | 195.00 | SRL |
|---|---|---|---|---|
| | Conference with Scott Lucas re: pretrial conference; pull docs; check court docket re: pretrial memo deadline, etc | 0.30 | 22.50 | BKF |
| Mar-09-06 | File review in preparation for drafting trial memorandum. | 4.80 | 432.00 | KAM |
| Mar-14-06 | Legal research on Daubert hearing standard and expert witness testimony admissibility. | 2.00 | 180.00 | KAM |
| | Work on pretrial memo. | 3.00 | 225.00 | BKF |
| Mar-15-06 | Work on pretrial memo. | 4.00 | 300.00 | BKF |
| Mar-16-06 | Work on pretrial memo | 3.00 | 225.00 | BKF |
| Mar-17-06 | File review in preparation for drafting trial brief. | 2.70 | 243.00 | KAM |
| | Work on pretrial memo. | 2.00 | 150.00 | BKF |
| Mar-20-06 | Attention to trial memo with Bonnie Ford; conference with Keith McBride re: research, etc. | 0.70 | 105.00 | SRL |
| Mar-21-06 | Attention to trial prep issues with Keith McBride and Bonnie Ford, etc.; telephone conference with Sheldon Wishnick re expert testimony. | 0.80 | 120.00 | SRL |
| | Attention to pretrial memo. | 0.50 | 37.50 | BKF |
| Mar-22-06 | Legal research on standards for proof in Daubert hearings on the admissibility of expert opinions. | 1.50 | 135.00 | KAM |
| Mar-23-06 | Legal research on Daubert hearing standards, and the admissibility of the opinions of actuaries, accountants and/or economics experts on lost wages. | 1.80 | 162.00 | KAM |
| Mar-24-06 | Conference with Keith McBride re: pretrial memo issues | 0.30 | 45.00 | SRL |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Legal research on the admissibility of lost wages testimony by accountants, actuaries or other economics experts. | 2.00 | 180.00 | KAM |
| Mar-27-06 | Attention to pretrial brief and jury instructions. | 2.10 | 315.00 | SRL |
| Mar-28-06 | Attention to pretrial memo, research, jury instructions, exhibits, etc. | 1.90 | 285.00 | SRL |
|  | Legal research on whether the jury should be instructed on the McDonnell-Douglas burden shifting analysis | 0.50 | 45.00 | KAM |
|  | Conference with Scott re: pretrial memo; attention to file re: additional needed documents re: same. | 1.00 | 75.00 | BKF |
| Mar-29-06 | Attention to pretrial brief. | 1.10 | 165.00 | SRL |
|  | Legal research on other employees testifying as rebuttal to plaintiff's assertions of discrimination in preparation for drafting our Motion in Limine. | 3.40 | 306.00 | KAM |
| Mar-30-06 | Attention to jury instruction and misc. re: trial memo. | 4.50 | 675.00 | SRL |
|  | Legal research on jury instructions regarding punitive damages and compensatory damages on all claims alleged in the complaint. | 5.20 | 468.00 | KAM |
|  | Attention to file, exhibits, etc.; conference with Scott Lucas re: same; attention to jury instructions | 1.25 | 93.75 | BKF |
| Mar-31-06 | Telephone conference with opposing counsel; draft and review and revise jury charge and verdict form | 5.20 | 780.00 | SRL |
|  | Continuing legal research on standards for punitive damages and compensatory damages for all counts alleged in the complaint. | 2.20 | 198.00 | KAM |
|  | Legal research on whether front pay and back pay are damages to be awarded and determined by the judge, jury or either. | 3.40 | 306.00 | KAM |
|  | Conference with SRL discussing results of legal research on damages and jury instruction issues. | 0.40 | 36.00 | KAM |

| Apr-02-06 | Prepare Motion in Limine, including legal research. | 2.80 | 252.00 | KAM |
|---|---|---|---|---|
| Apr-03-06 | Pretrial prep, including jury instructions, trial memo, witness outlines. | 3.50 | 525.00 | SRL |
| | Continue drafting Motion in Limine. | 5.80 | 522.00 | KAM |
| Apr-04-06 | Review and revise trial memo and jury instructions; attention to exhibits. | 5.80 | 870.00 | SRL |
| | Review our proposed Jury instructions. | 2.10 | 189.00 | KAM |
| | Continue drafting Motion in Limine | 4.90 | 441.00 | KAM |
| Apr-05-06 | Attention to expert report; attention to trial prep; conference with Keith McBride. | 0.50 | 75.00 | SRL |
| | Continue drafting Motion in Limine, including legal research. | 4.30 | 387.00 | KAM |
| | Prepare revisions to Motion in Limine. | 2.80 | 252.00 | KAM |
| | Work on exhibits, brief, appendix, motion to file under seal, notice of manual filing, etc.; attention to affidavit and changes, etc. | 7.75 | 581.25 | BKF |
| Apr-06-06 | Pretrial memo; telephone conference with client; telephone conference with opposing counsel; attention to file re: trial prep. | 3.20 | 480.00 | SRL |
| | Legal research on defendant's jury instructions on their affirmative defenses. | 1.00 | 90.00 | KAM |
| | Prepare revisions to our motion in limine. | 1.80 | 162.00 | KAM |
| | Prepare revisions to our jury instructions | 0.80 | 72.00 | KAM |
| | Legal research on damages for our jury instructions. | 3.40 | 306.00 | KAM |
| | Revise jury charge; conferences with Scott Lucas re: Ziperman, Silverman, etc. | 2.00 | 150.00 | BKF |
| Apr-07-06 | Review and revise jury instructions, jury interrogatories and trial memo; conference with Keith McBride; telephone conference with opposing counsel re: exchange. | 3.60 | 540.00 | SRL |

|  | | | | |
|---|---|---|---|---|
|  | Prepare jury instructions on damages in plaintiff's discrimination counts | 3.20 | 288.00 | KAM |
|  | Revise our jury instructions and verdict form. | 2.50 | 225.00 | KAM |
|  | Work on jury charges, voir dire and verdict form; email and fax to opposing counsel | 5.00 | 375.00 | BKF |
| Apr-10-06 | Review and revise pretrial brief; review opposing counsel's deposition designations; do cross-designations of Ziperman depo ; telephone conference with client re: income update and witness issues. | 3.50 | 525.00 | SRL |
|  | Conference with SRL regarding defendant's assignments on defendant's pretrial materials | 0.20 | 18.00 | KAM |
|  | Legal research on ADEA frontpay, Farragher-Ellerth affirmative defense and instructing the jury on the burden-shifting analysis. | 2.60 | 234.00 | KAM |
|  | Prepare list of Ziperman deposition designations; review opposing counsel's designations; conference with Scott Lucas re: same. | 0.75 | 56.25 | BKF |
| Apr-11-06 | Telephone conference with opposing counsel re: trial memo; review and revise same; attention to jury instruction law with Keith McBride | 1.80 | 270.00 | SRL |
|  | Legal research on contributory negligence in negligent misrepresentation actions. | 2.50 | 225.00 | KAM |
|  | Conference with SRL regarding legal research needed in preparing pretrial memo. | 0.30 | 27.00 | KAM |
|  | Attention to W-2s, etc from client; Bates documents; email to Sheldon Wishnick; letter to opposing counsel re: pretrial submissions; letter to opposing counsel re: new W-2s, etc.; revise, finalize and fax letters; email to opposing counsel; conference with Scott Lucas re: joint trial memo filing logistics, etc ; misc. | 2.00 | 150.00 | BKF |
| Apr-12-06 | Pretrial preparation; attention to witness outlines; attention to jury charge and voir dire; attention to pretrial memo. | 2.50 | 375.00 | SRL |

| | | | | |
|---|---|---|---|---|
| | Review defendants jury instructions, exhibits and factual stipulations. | 3.90 | 351.00 | KAM |
| | Revise our motion in limine to include addional undisclosed witnesses. | 0.50 | 45.00 | KAM |
| | Revise voir dire and other pretrial papers; prepare and file Appearance for Keith McBride; serve on opposing counsel; voicemail to client re: personal witnesses and addresses for same; email from client; attention to court docket; attention to e-file order. | 1.50 | 112.50 | BKF |
| | Calls to/from clerk re: e-filing issues, etc.; work on jury instructions, etc. | 2.30 | 172.50 | BKF |
| Apr-13-06 | Trial prep. with Keith McBride; review opposing counsel's trial brief submissions/issues. | 0.90 | 135.00 | SRL |
| | Revise our Motion in Limine to include additional undisclosed witnesses. | 1.30 | 117.00 | KAM |
| | Prepare Motion in Limine to preclude evidence regarding Dan Boucher and irrelevant time periods. | 5.80 | 522.00 | KAM |
| Apr-14-06 | Meeting with opposing counsel to review pretrial memo; attention to motions in limine and misc. | 2.80 | 420.00 | SRL |
| Apr-15-06 | Review and revise motions in limine; telephone conferences and emails with Keith McBride re: same | 2.50 | 375.00 | SRL |
| | Prepare Motion in Limine to preclude evidence regarding Dan Bouche and irrelevant time periods, including legal research on same. | 2.60 | 234.00 | KAM |
| Apr-16-06 | Review motion in limine re: Boucher; email Keith McBride re: same. | 1.50 | 225.00 | SRL |
| Apr-17-06 | Conference with opposing counsel re: joint pretrial brief, jury instructions, etc.; research re: opposing counsel's motions in limine; finalize and file motions and limine; telephone conferences with Sheldon Wishnick re: report; telephone conferences with client re: Sheldon's questions. | 3.00 | 450.00 | SRL |

| | | | | |
|---|---|---|---|---|
| | Revise our Motion in Limine to exclude undisclosed witnesses. | 0.80 | 72.00 | KAM |
| | Prepare revisions to our Motion in Limine to exclude Dan Boucher and testimony on irrelevant time periods. | 0.30 | 27.00 | KAM |
| | Prepare motions for filing including exhibits and case law. | 0.50 | 45.00 | KAM |
| | Legal research on actuaries and their admissible expert testimony at trial. | 2.00 | 180.00 | KAM |
| | Conference with SRL regarding legal research findings and upcoming assignments. | 0.30 | 27.00 | KAM |
| | Work on pretrial memo and accompanying documents; work with opposing counsel re: same; scan and download all to disk; forward to clerk for filing w/ chambers copies to judge; emails; telephone conferences and office conferences with opposing counsel; conferences with Scott Lucas. | 5.50 | 412.50 | BKF |
| Apr-18-06 | Telephone conference with opposing counsel re: deposition designations; telephone conference with client re: jury selection; review opposing counsel's motions and jury instructions; conference with Keith McBride re: motion in limine opposition briefs. | 2.40 | 360.00 | SRL |
| | Attention to E-file notices from court; conference with Scott Lucas re: fees issues, etc. | 0.20 | 15.00 | BKF |
| Apr-19-06 | Pretrial prep. | 2.00 | 300.00 | SRL |
| Apr-20-06 | Attention to supplemental deposition designations and objections; attention to trial prep; telephone conference with opposing counsel. | 2.10 | 315.00 | SRL |
| | Attention to additional Ziperman designations; attention to transcript re: same; misc. trial prep. | 1.00 | 75.00 | BKF |
| Apr-21-06 | Prepare response to defendant's Motion in Limine to preclude testimony by Sheldon Wishnick, including additional legal research. | 4.20 | 378.00 | KAM |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Prepare objections to supplemental ziperman deposition designations. | 0.50 | 37.50 | BKF |
| Apr-23-06 | Attention to witness outlines. | 2.50 | 375.00 | SRL |
| Apr-24-06 | Conference with Keith McBride re: motion in limine opposition; attention to trial prep. | 0.80 | 120.00 | SRL |
|  | Prepare response to defendant's Motion in Limine to preclude testimony by Sheldon Wishnick. | 3.40 | 306.00 | KAM |
|  | Prepare response to defendant's Motion in Limine to preclude testimony or evidence of lost documents, including legal research. | 2.40 | 216.00 | KAM |
|  | Prepare exhibits for filing attached to our responses to defendant's Motions in Limine. | 1.20 | 108.00 | KAM |
| Apr-25-06 | Review and revise memoranda in opposition to motions in limine; attention to trial prep. | 1.80 | 270.00 | SRL |
|  | Prepare response to Defendant's Motion in Limine to preclude Sheldon Wishnick. | 5.80 | 522.00 | KAM |
| Apr-26-06 | Meeting with client re: testimony prep; review and revise oppositions to motions in limine; attention to trial prep. | 5.10 | 765.00 | SRL |
|  | Prepare revisions to responses to defendant's Motions in Limine. | 3.60 | 324.00 | KAM |
|  | Conference with SRL regarding preparations for Pre-trial Conference on May 1. | 0.20 | 18.00 | KAM |
|  | Prepare for Pre-trial conference including organizing file, and legal research on our objections to defendant's proposed jury instructions and exhibits. | 1.40 | 126.00 | KAM |
|  | Work on oppositions to motions in limine; finalize and file. | 2.50 | 187.50 | BKF |
| Apr-27-06 | Attention to opposing counsel's briefs re: mitigation; misc. trial prep. | 2.10 | 315.00 | SRL |
|  | Prepare for pre-trial hearing including review of all Motions in Limine and other evidentiary objections. | 4.50 | 405.00 | KAM |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Conference with Scott Lucas re: opposition briefs; emails to opposing counsel with same; telephone conference with Michael Ferch; attention to opposing counsel's oppositions. | 0.50 | 37.50 | BKF |
| Apr-28-06 | Prepare for pre-trial hearing including gathering Plaintiff's and Defendant's exhibits. | 5.40 | 486.00 | KAM |
| May-01-06 | Prepare for, travel to/from court and argue motions in limine. | 5.60 | 840.00 | SRL |
|  | Prepare for pre-trial conference | 1.90 | 171.00 | KAM |
|  | Attendance at pre-trial conference, including travel to and from courthouse. | 4.20 | 378.00 | KAM |
| May-02-06 | Misc. trial prep with Keith; letter to court re: exhibits, etc. | 1.90 | 285.00 | SRL |
|  | Prepare Blumenschine trial documents and research file. | 2.80 | 252.00 | KAM |
|  | Prepare Ziperman deposition for the court. | 0.90 | 81.00 | KAM |
| May-03-06 | Outline of issues; attention to trial strategy; telephone conference with client; conference with Keith; attention to exhibits and misc. | 3.00 | 450.00 | SRL |
|  | Continue preparing file documents for trial. | 2.80 | 252.00 | KAM |
|  | Prepare original deposition exhibits for our file and for the court. | 1.50 | 135.00 | KAM |
|  | Conference with SRL regarding trial status. | 0.40 | 36.00 | KAM |
|  | Teleconference with SRL and Ms. Blumenschine regarding status and possible settlement. | 0.30 | 27.00 | KAM |
|  | Attention to scheduling order re: to-dos; discuss exhibit issues with Scott Lucas; misc in prep. for trial. | 0.50 | 37.50 | BKF |
| May-04-06 | Telephone conference with client; witness outlines; attention to opposing counsel's letter to court; attention to exhibits | 2.00 | 300.00 | SRL |
|  | Conference with SRL regarding the file documents for trial. | 0.30 | 27.00 | KAM |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Telephone conference with Sara Sikes regarding her potential testimony and availability at trial. | 0.50 | 45.00 | KAM |
|  | Attention to updated Wishnick report; conference with Scott Lucas re: same; email to opposing counsel. | 0.20 | 15.00 | BKF |
| May-05-06 | Outline of Lisa testimony. | 3.80 | 570.00 | SRL |
|  | Prepare for jury selection and voir dire. | 1.80 | 162.00 | KAM |
|  | Travel to and from courthouse in Bridgeport to pick up list of potential jurors. | 1.60 | 144.00 | KAM |
|  | Prepare file materials for voir dire including list of MLC attorneys. | 2.00 | 180.00 | KAM |
|  | Prepare exhibits for Monday; prepare exhibit and witness lists per pretrial order; conference with Scott Lucas re: same; conference with Keith McBride re: same | 3.50 | 262.50 | BKF |
| May-08-06 | Travel to/from Bridgeport District Court; pick jury; attention to ruling on motions in limine; conference with client in preparation for trial; attention to other trial prep to-dos. | 8.50 | 1,275.00 | SRL |
|  | Attendance at jury selection including travel to and from courthouse in Bridgeport | 4.50 | 405.00 | KAM |
|  | Conference with SRL and Ms. Blumenschine to discuss the trial and our strategy | 2.00 | 180.00 | KAM |
|  | Lisa witness outline notes for Scott Lucas. | 1.00 | 75.00 | BKF |
| May-09-06 | Witness outlines and trial prep; conference with Keith re: to-dos for trial. | 6.50 | 975.00 | SRL |
|  | Review file materials, depositions and exhibits in preparation for trial. | 3.80 | 342.00 | KAM |
|  | Attention to witness outlines and other trial prep. | 0.75 | 56.25 | BKF |
|  | Work on exhibits and other trial prep. | 3.00 | 225.00 | BKF |
| May-10-06 | Prepare for trial. | 4.20 | 630.00 | SRL |

|  | | | | |
|---|---|---|---|---|
|  | Telephone call with Nancy Switkes regarding her potential testimony at trial. | 0.70 | 63.00 | KAM |
|  | Conference with SRL regarding upcoming trial and strategy. | 0.20 | 18.00 | KAM |
|  | Prepare file materials and documents for trial, including Ziperman deposition designations and objections. | 3.40 | 306.00 | KAM |
|  | Misc. re: pretrial prep. | 1.00 | 75.00 | BKF |
| May-11-06 | Attention to opening; attention to court and opposing counsel's emails re: evidence; telephone conference with opposing counsel; telephone conference with client; trial prep. | 4.00 | 600.00 | SRL |
|  | Continue preparing designations and objections to Ziperman deposition testimony. | 1.90 | 171.00 | KAM |
|  | Prepare file materials and documents including depositions, pleadings, CHRO filings and discovery for trial. | 2.20 | 198.00 | KAM |
|  | Misc. re: trial; opening outline for SRL. | 1.00 | 75.00 | BKF |
| May-12-06 | Trial prep ; attention to emails with opposing counsel and court re: exhibit issues; review court rulings; telephone conference with client re: foregoing. | 3.50 | 525.00 | SRL |
|  | Prepare file materials and documents including depositions, pleadings, CHRO filings and discovery for trial. | 4.40 | 396.00 | KAM |
| May-15-06 | Misc. trial prep, including witness outlines; telephone conference with witness; emails with opposing counsel and court re: exhibits; misc. | 4.10 | 615.00 | SRL |
|  | Prepare for trial, including preparing questions for the direct testimony of Nancy Switkes. | 5.70 | 513.00 | KAM |
|  | Telephone call with Sara Sikes regarding her testimony at trial. | 0.30 | 27.00 | KAM |
|  | Misc. in preparation for trial. | 4.00 | 300.00 | BKF |
| May-16-06 | Final trial prep - opening, witness outlines, exhibits, etc. | 3.80 | 570.00 | SRL |

| Date | Description | Hours | Amount | Init. |
|---|---|---|---|---|
| | Prepare for trial, including preparing questions for the direct testimony of Sara Sikes. | 5.40 | 486.00 | KAM |
| | Prepare juror notebooks; misc. in preparation for trial. | 6.00 | 450.00 | BKF |
| May-17-06 | Prepare for opening; travel to/from Bridgeport; opening; testimony of Ziperman and of Lisa; prepare for Day 2; conferences with client and with co-counsel. | 10.80 | 1,620.00 | SRL |
| | Attendance at jury trial. | 9.00 | 810.00 | KAM |
| | Telephone call with Nancy Switkes regarding her testimony and availability at trial. | 0.20 | 18.00 | KAM |
| | Telephone call with Sara Sikes regarding her testimony and availability at trial. | 0.30 | 27.00 | KAM |
| | Prepare for direct testimony of Ms. Switkes and Ms. Sikes | 0.80 | 72.00 | KAM |
| | Attention to Federal Rules re: Bill of Costs, etc.; begin preparing same; attention to file re: same. | 1.00 | 75.00 | BKF |
| May-18-06 | Prepare for trial Day 2; travel to/from Bridgeport; testimony of Shannon, Kinnaman, Hanson and Sikes; prepare for Day 3; conferences with client and co-counsel. | 11.20 | 1,680.00 | SRL |
| | Attendance at jury trial. | 9.00 | 810.00 | KAM |
| May-19-06 | Prepare for Day 3; travel to/from Bridgeport; Sikes testimony; argument on Rule Insurance - Other; cross of Hanson; conferences with client; attention to Wishnick testimony, etc. | 9.10 | 1,365.00 | SRL |
| | Attendance at jury trial. | 8.00 | 720.00 | KAM |
| May-20-06 | Prepare for defendant's case at trial, and legal research on jury instructions | 3.00 | 270.00 | KAM |
| May-21-06 | Prepare for trial Day 4 with co-counsel. | 2.80 | 420.00 | SRL |

| May-22-06 | Prepare for Day 4; travel to/from Bridgeport; cross of opposing counsel's witness, Terry Nelson, Clair Williams; jury charge conference and research re: same; attention to verdict forms; prepare for closing; attention to misc. trial prep; conferences with client; prepare for closing; attention to settlement conference. | 14.80 | 2,220.00 | SRL |
| | Research: Mixed Motive Jury Instruction; Punitives under CFEPA | 1.20 | 120.00 | CER |
| | Attendance at jury trial. | 9.00 | 810.00 | KAM |
| | Legal research on negligent misrepresentation, punitive damages and emotional distress damages. | 4.50 | 405.00 | KAM |
| May-23-06 | Prepare for closing; travel to/from Bridgeport; close; attention to jury charge; arguments re: same; misc. conferences with client and co-counsel. | 9.80 | 1,470.00 | SRL |
| | Attendance at jury trial. | 9.00 | 810.00 | KAM |
| May-24-06 | Attention to jury verdicts; closing argument re: damages; attention to damages jury charge; attention to damages verdict form; attention to verdict. | 4.90 | 735.00 | SRL |
| | Research re: Punitive Damages/Negligent Misrepresentation: Shepartdize Cases | 2.00 | 200.00 | CER |
| | Attendance at jury trial. | 4.50 | 405.00 | KAM |
| May-26-06 | Attention to post-verdict motions. | 2.50 | 375.00 | SRL |
| | Legal research on prejudgment interest, in preparation for drafting our post-trial brief. | 1.20 | 108.00 | KAM |
| | Legal research on post-judgment interest, in preparation for drafting our post-trial brief. | 2.20 | 198.00 | KAM |
| | Legal research on double damages under Connecticut Wage Statute in preparation for drafting our post-trial brief. | 1.90 | 171.00 | KAM |
| | Legal research on attorney fee awards under Connecticut Wage Statute in preparation for drafting our post-trial brief. | 1.00 | 90.00 | KAM |

| May-30-06 | Research and partial draft of post-trial motions. | 4.80 | 720.00 | SRL |
|---|---|---|---|---|
| | Research re: Pre/Post Judgment Interest | 2.00 | 200.00 | CER |
| May-31-06 | Conference with Keith McBride re: post-trial motion/brief | 1.20 | 180.00 | SRL |
| | Draft post-trial brief requesting statutory double damages, fees and costs, and pre and post-judgment interest; conduct legal research on issues for brief | 5.40 | 486.00 | KAM |
| | Totals | 984.20 | $102,355.75 | |

**Total Fee & Disbursements for all charges on this matter**     **$102,355.75**

TAX ID Number     06-1573558