**EXHIBIT 5**

## Martin, Lucas & Chioffi, LLP
177 Broad Street
Stamford, Connecticut 06901

Ph:(203) 973-5200          Fax:(203) 973-5250

Lisa Blumenschine                                                    June 1, 2006
435 Flax Hill Road
Norwalk, CT
06854

|  |  |
|---|---|
| File #: | 9006001 |
| Inv #: | Settle |

**Attention:**

**RE:**     Professional Media Group

### DISBURSEMENTS

| | | |
|---|---|---|
| Feb-28-02 | Postage (Feb. '02) | 4.62 |
| | Photocopies (Feb. '02) | 0.90 |
| Mar-31-02 | Postage (March '02) | 1.02 |
| Apr-30-02 | Westlaw research charges (April '02) | 52.17 |
| | Postage (April '02) | 2.28 |
| May-15-02 | Federal Express | 4.88 |
| May-31-02 | Westlaw Research Charge (May, 2002) | 39.84 |
| | Postage (May '02) | 4.13 |
| | Photocopies (May '02) | 22.50 |
| Jun-20-02 | Federal Express charges | 4.93 |
| Sep-30-02 | Postage (Sept. '02) | 1.48 |
| Nov-30-02 | Postage (Nov. '02) | 1.11 |
| Dec-12-02 | Complaint filing fee - Blumenschine v. Professional Media | 150.00 |
| Dec-31-02 | Westlaw Research (12/1/02 -- 12/31/02) | 39.17 |
| Jan-13-03 | Service of Complaint | 75.00 |
| Jan-22-03 | Federal Express Charges | 5.55 |
| Feb-07-03 | Federal Express charges | 5.05 |
| Feb-28-03 | Postage (Feb. '03) | 2.35 |
| Mar-31-03 | Postage (March '03) | 0.74 |
| Apr-25-03 | Federal Express Charges for March | 5.58 |
| Apr-30-03 | Postage (April '03) | 4.56 |
| | Photocopies (April '03) | 16.05 |
| Jun-11-03 | Actuarial Lit. Serv. - expert retainer fee | 900.00 |
| Jun-30-03 | Copy of Transcript for L. Blumenshine deposition | 574.52 |
| | Postage (June '03) | 4.34 |
| | Photocopies (June '03) | 60.00 |

| | | |
|---|---|---|
| Jul-30-03 | Federal Express Charges July, 2003 | 15.40 |
| Jul-31-03 | Postage (July '03) | 10.19 |
| | Photocopies (July '03) | 51.60 |
| Aug-31-03 | Postage (Aug. '03) | 1.48 |
| Sep-08-03 | Depo. transcripts for Beverly Silverman and Sheldon Wishnick | 394.32 |
| | Blumenschine v. PMG -- subpoena witness fee (Boucher) | 58.25 |
| Sep-10-03 | Service of subpoena on Boucher | 60.00 |
| Sep-30-03 | Postage (Sept '03) | 3.28 |
| Oct-31-03 | Postage (Oct. '03) | 5.65 |
| | Photocopies (Oct. '03) | 39.45 |
| | Westlaw Research (Sept. 30 - Oct. 27, 2003) | 130.34 |
| | Westlaw Research (Sept. 30 - Oct. 27, 2003) | 57.45 |
| | Fee for Court Reporter - Ziperman deposition. | 479.63 |
| | Fee for Court Reporter - Kinnaman Deposition | 341.53 |
| | Fee for transcript costs - Hanson deposition. | 378.63 |
| | Transcript costs for Boucher and Shannon depositions. | 775.50 |
| Nov-30-03 | Westlaw Research (Oct. 28 - Nov. 30, 2003) | 219.05 |
| Dec-31-03 | Westlaw Research (Dec. 1 - Dec. 31, 2003) | 424.51 |
| Jan-22-04 | Federal Express Charges for January, 2004 | 30.53 |
| Jan-31-04 | Westlaw research (Jan. 1 - Jan. 31, 2004) | 166.19 |
| | Photocopies (Jan. '04) | 37.80 |
| | Postage (Jan. '04) | 5.34 |
| Feb-28-04 | Federal Express Charges for February, 2004 | 10.24 |
| Feb-29-04 | Westlaw Research (Feb. 1-29, 2004) | 295.94 |
| | Photocopies (Feb. '04) | 24.60 |
| | Postage (Feb. '04) | 3.50 |
| Mar-31-04 | Federal Express charges for February, 2004 | 11.22 |
| May-31-04 | Westlaw Research (May 1 - May 31, 1004) | 53.62 |
| Dec-31-05 | Photocopies (Dec. '05) | 4.95 |
| | Postage (Dec. '05) | 0.83 |
| Jan-25-06 | Federal Express Charge for December 2005 | 9.81 |
| Jan-31-06 | Westlaw Research (Jan. 1-30, 2006) | 18.21 |
| Feb-18-06 | Westlaw Research (Jan. 31 - Feb. 27, 2006) (reduced from $379.75) | 150.00 |
| Feb-28-06 | Travel to/from Hartford, including parking (2/8/06) | 73.99 |
| Mar-31-06 | Travel to/from Bridgeport - 3/8/06 | 21.34 |
| | Westlaw Research (Feb. 28 - Mar. 31, 2006) (reduced from $386.60) | 200.00 |
| Apr-24-06 | Actuarial Litigation Service - Expert file review/update | 250.00 |
| Apr-30-06 | Westlaw Research (April 1-30, 2006) (reduced from $1,059.96) | 750.00 |
| | Postage (April '06) | 11.51 |
| May-03-06 | Messenger Service | 47.70 |

| | | |
|---|---|---|
| May-16-06 | Retainer - Trial testimony | 1,000.00 |
| May-22-06 | Federal Express charges for April 2006 | 39.03 |
| May-31-06 | Westlaw Research (May 1-30, 2006) | 601.24 |
| | Photocopies (May '06) | 379.35 |
| | Totals | $9,625.97 |

**Total Fee & Disbursements for all charges on this matter**                     **$9,625.97**

TAX ID Number     06-1573558

**EXHIBIT 6**



# ANTHONY D. VERRICO
## STATE MARSHAL FAIRFIELD COUNTY
P.O BOX 3011 • STAMFORD, CONNECTICUT 06905
TELEPHONE (203) 322-1945

Martin, Lucas & Chioffi, LLP
   1177 Summer Street
   Stamford, CT 06905

DATE 1-9-03

| DATE | SERVICES RENDERED | AMOUNT |
|------|-------------------|--------|
| 1-8-03 | Service: Blumenschine v. Pro. Media Group | $75.00 |

**Goldfarb & Ajello Court Reporting Services**
24 East Avenue; #1372
New Canaan, CT 06840
1 203-972-8320 FED ID#06-1273926

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/12/2003 | 2815 |

Visit us at WWW.GoldfarbandAjello.com

| BILL TO |
|---------|
| Martin, Lucas & Chioffi, LLP<br>Scott R. Lucas, Esquire<br>1177 Summer Street<br>Stamford, CT 06905 |

OKAY TO PAY
Date:
Rec'd_____ To Pay _6-30-03_
Acct Name _Client Disb. Pay_
Code # _2150_

| TERMS | | REPORTER: |
|-------|---|-----------|
| **Due on receipt** | | MELODIE AJELLO |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | Blumenschine vs Professional Media Group, LLC<br>Wit Lisa K. Blumenschine<br>Date: 5/28/03<br>Condensed | | |
| 256 | Copy of Transcript | 30.00 | 30.00T |
| | CT Sales Tax | 2.00 | 512.00T |
| | | 6.00% | 32.52 |

*(handwritten)*
512.00
30.72  6%
542.72

LEASE RETURN COPY OF BILL WITH PAYMENT
PLEASE DO NOT STAPLE CHECKS TO BILLS.

**Total** $574.52

3

```
 1          GOLDFARB AND AJELLO COURT REPORTING SERVICES
                     * * * Leisa Hannah * * *
 2                      24 East Avenue, #1372
                    New Canaan, Connecticut  06840
 3                         203-972-8320
                    Federal I.D. # 06-1273926
 4
            September 3, 2003
 5
            MARTIN, LUCAS & CHIOFFI, LLP
 6          1177 Summer Street
            Stamford, Connecticut  06905
 7          BY:  Scott R. Lucas, Esquire

 8          Re:    Lisa K. Blumenschine
                   vs.
 9                 Professional Media Group, LLC

10          Held on:  August 13, 2003
            Depositions of:  Beverly Silverman, LCSW - 90 pgs.
11                           Sheldon Wishnick, FSA - 66 pgs.
            ==================================================================
12          For Professional Services Rendered.

13          COST:  Copy - 156 Pgs. @ 2.00  pp.

14          Transcript                              312.00
            Min-u-Script                             60.00
15          Tax                                      22.32
            Total                                 $ 394.32
16
            Thanking you in advance for your anticipated payment.
17
            TRANSCRIPT WILL BE SENT UPON RECEIPT OF PAYMENT
18
                   PLEASE ENCLOSE COPY OF INVOICE WITH PAYMENT
19                      DO NOT STAPLE CHECK TO INVOICE

20                          INVOICE NO. LAH 443*
            Wishnick                                    Silverman
21                                                      $186.00
            132.00                                      10.80  6%
22            7.92  6%                                  190.80
            139.92
23

24

25
```

# CAMPANO & ASSOCIATES

COURT REPORTING SERVICES
P.O. BOX 370
WILTON, CT 06897-0370
203 846 3402  FAX 203 845 0398



Date: _____ OKAY TO PAY
Rec'd _____ To Pay 10/31/03
Acct Name __Client Disb Pay__
Code # ~~4150~~

## INVOICE

Scott Lucas, Esquire
Martin, Lucas & Chioffi
177 Broad Street, 16th Floor
Stamford, CT 06901

October 9, 2003
Tax I.D. No. 06-1366246

FOR PROFESSIONAL SERVICES RENDERED:

In re:  **Lisa K. Blumenschine vs. Professional Media Group, LLC**

| | |
|---|---|
| Appearance Fee (September 16, 2003) | $85.00 |
| Deposition of William Ziperman (Orig. & 1) | $343.00 |
| KeyWord Index | $15.00 |

| | |
|---|---|
| Subtotal | $443.00 |
| Shipping & Handling | $9.48 |
| 6% Sales Tax | $27.15 |
| **TOTAL DUE** | **$479.63** |

Reporter:  L. S.

PLEASE RETURN COPY OF INVOICE WITH PAYMENT.  THANK YOU.

**TERMS:  NET 30.  INTEREST AT 1.5% PER MONTH THEREAFTER.**
*We accept MasterCard & Visa.*

Ziperman

34173%

85.00
343.00
9.48
─────
437.48
26.25    6%
─────
463.73

# CAMPANO & ASSOCIATES

COURT REPORTING SERVICES
P.O. BOX 370
WILTON, CT 06897-0370
203-846-3402  FAX 203-845 0398



Date: ___ OKAY TO PAY
Rec'd ___
___ To Pay 10/31/03
Acct Name ___ Client Dish. Pay.
Code # ___ 2150

## INVOICE

Scott Lucas, Esquire
Martin, Lucas & Chioffi
177 Broad Street, 16th Floor
Stamford, CT 06901

October 9, 2003
Tax I.D. No. 06-1366246

---

FOR PROFESSIONAL SERVICES RENDERED:

In re:   **Lisa K. Blumenschine vs. Professional Media Group, LLC**

| | |
|---|---|
| Appearance Fee (September 26, 2003) | $85.00 |
| Deposition of Daniel Kinnaman (Orig. & 1) | $213.50 |
| KeyWord Index | $15.00 |

| | |
|---|---|
| Subtotal | $313.50 |
| Shipping & Handling | $8.70 |
| 6% Sales Tax | $19.33 |
| **TOTAL DUE** | **$341.53** |

Reporter:  T. F.

PLEASE RETURN COPY OF INVOICE WITH PAYMENT.  THANK YOU.

**TERMS: NET 30.  INTEREST AT 1.5% PER MONTH THEREAFTER.**
*We accept MasterCard & Visa.*

Kinnaman

24383%

85.00
213.50
8.70
---
307.20   6%
18.43
---
325.63

## CAMPANO & ASSOCIATES

COURT REPORTING SERVICES
P.O. BOX 370
WILTON, CT 06897-0370
203 846 3402  FAX 203 845 0398



Date:
Rec'd                          OKAY TO PAY
                                To Pay _10/31/03_
Acct Name _Client Disb. Page._
Code # _2150_

## **INVOICE**

Scott Lucas, Esquire                          October 14, 2003
Martin, Lucas & Chioffi                       Tax I.D. No. 06-1366246
177 Broad Street, 16th Floor
Stamford, CT 06901

---

FOR PROFESSIONAL SERVICES RENDERED:

In re:   **Lisa K. Blumenschine vs. Professional Media Group, LLC**

| | |
|---|---:|
| Appearance Fee (September 30, 2003) | $85.00 |
| Deposition of Joseph Hanson (Orig. & 1) | $248.50 |
| KeyWord Index | $15.00 |

| | |
|---|---:|
| Subtotal | $348.50 |
| Shipping & Handling | $8.70 |
| 6% Sales Tax | $21.43 |
| **TOTAL DUE** | **$378.63** |

Reporter:  T  F

PLEASE RETURN COPY OF INVOICE WITH PAYMENT. THANK YOU

**TERMS:  NET 30.  INTEREST AT 1.5% PER MONTH THEREAFTER.**
*We accept MasterCard & Visa.*

*Hanson*

27008%

$85.00
$248.50
8.70
—————
342.20
20.53   6%
—————
362.73

## CAMPANO & ASSOCIATES

COURT REPORTING SERVICES
P.O. BOX 370
WILTON, CT 06897-0370
203 846 3402  FAX 203 845 0398



OKAY TO PAY

Date:
Rec'd _____ To Pay 10/31/03
Acct Name  Client Disb Pay
Code # _____ 2150

# INVOICE

Scott Lucas, Esquire
Martin, Lucas & Chioffi
177 Broad Street, 16th Floor
Stamford, CT 06901

October 14, 2003
Tax I.D. No. 06-1366246

---

FOR PROFESSIONAL SERVICES RENDERED:

In re:  **Lisa K. Blumenschine vs. Professional Media Group, LLC**

| | |
|---|---|
| Appearance Fee (September 24, 2003) | $85.00 |
| Deposition of David Xavier Boucher (Orig. & 1) | $217.00 |
| Deposition of Daniel Shannon (Orig. & 1) | $385.00 |
| KeyWord Index (2) | $30.00 |

| | |
|---|---|
| Subtotal | $717.00 |
| Shipping & Handling | $14.60  ÷ 2 |
| 6% Sales Tax | $43.90 |
| **TOTAL DUE** | **$775.50** |

Reporter:  L. S.

PLEASE RETURN COPY OF INVOICE WITH PAYMENT.  THANK YOU.

**TERMS: NET 30.  INTEREST AT 1.5% PER MONTH THEREAFTER.**
*We accept MasterCard & Visa.*

*Boucher
- not used
at trial*

55235%

*Shannon*

85.00
385.00
7.30
477.30
28.64    6%
505.94

3