UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA K. BLUMENSCHINE, | : | CIVIL ACTION NO. |
| | : | 302 CV 2244 (HBF) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| PROFESSIONAL MEDIA GROUP, LLC, | : | SEPTEMBER 14, 2006 |
| | : | |
| Defendant. | : | |

### MOTION TO WITHDRAW APPEARANCE OF KEITH A. McBRIDE

Pursuant to Local Civil Rule 7(e), the undersigned moves for leave of Court to withdraw the Appearance of Keith A. McBride as counsel for plaintiff Lisa K. Blumenschine in this matter. In support of this Motion, the undersigned represents to the Court the following:

1. The undersigned, Scott R. Lucas, has represented the plaintiff in this matter since its inception, in March 2004.

2. Keith McBride, incident to his employment with this firm as an associate, entered his Appearance on April 12, 2006, approximately one month before trial of this matter.

3. Subsequent to trial, in or about June 2006, Keith McBride left this firm.

4. The plaintiff will continue to be represented by the undersigned.

5. Keith McBride has been contacted by me and consents to this Motion.

***WHEREFORE***, for the foregoing reasons, the undersigned respectfully requests that the Motion to Withdraw Appearance of Keith A. McBride be granted.

By: _____
Scott R. Lucas (ct00517)
Martin Lucas & Chioffi, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com

## *CERTIFICATE OF SERVICE*

      This is to certify that on this 14th day of September 2006, the foregoing was mailed, first class, postage prepaid, to:

George P. Birnbaum, Esq.
Thomas P. Minogue, Esq.
Michael L. Ferch, Esq.
Minogue Birnbaum LLP
237 Elm Street
New Canaan, CT 06840
Phone: (203) 966-6916
Fax: (203) 966-6917

**_And by Certified Mail to:_**
Ms. Lisa K. Blumenschine
29 Stiles Street
Stratford, CT 06614

Scott R. Lucas