UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LISA K. BLUMENSCHINE

    v.                                    3:02CV2244 HBF

PROFESSIONAL MEDIA GROUP, LLC

## JUDGMENT

This matter came on for trial before a jury and the Honorable Holly B. Fitzsimmons, United States Magistrate Judge after a Consent to Proceed Before a U.S. Magistrate was entered on February 9, 2006. On May 24, 2006, after deliberation, the jury returned a verdict in favor of the plaintiff in the amount of $40,000.00 wages owing and a supplemental verdict in the amount of $10,000.00 in economic damages.

On March 30, 2007, a Ruling on Post Trial Motions was filed, doubling the amount of wages owing awarded to the plaintiff and allowing attorneys fees in the amount of $36,213.37 and costs in the amount of $1,921.71.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the plaintiff in the amount of $90,000.00 and attorneys fees and costs in the amount of $38,135.08.

Dated at Bridgeport, Connecticut, this 30th day of March, 2007.

                                                  KEVIN F. ROWE, Clerk

                                                  By    /s/ Chrystine W. Cody
                                                            Deputy-in-Charge

Entered on Docket _____