UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA K. BLUMENSCHINE, | : | CIVIL ACTION NO. |
| | : | 302 CV 2244 (HBF) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| PROFESSIONAL MEDIA GROUP, LLC, | : | APRIL 2, 2007 |
| | : | |
| Defendant. | : | |

### PLAINTIFF'S MOTION FOR SUPPLEMENTAL JUDGMENT

Plaintiff Lisa K. Blumenschine hereby moves pursuant to Rules 54 and/or 60 of the Federal Rules of Civil Procedure to supplement the Judgment entered this day in the above-referenced case to reflect the directives of this Court's Ruling on Post-Trial Motions filed March 30, 2007 (the "Ruling"), as follows:

1. Amend the Judgment to include this Court's award of prejudgment interest running at 10% on the withheld wages (i.e., $40,000) from the date of termination, January 2, 2002, pursuant to Connecticut General Statutes §37-3a. (Ruling at pp. 28-29.) Pursuant to said statute, interest is to be simple interest. Accordingly, the amount of said interest to be reflected in the judgment should be as follows:

| | | |
|---|---|---|
| 2002: | $ 4,000.00 | |
| 2003: | $ 4,000.00 | |
| 2004: | $ 4,000.00 | |
| 2005: | $ 4,000.00 | |
| 2006: | $ 4,000.00 | |
| 2007: | $ 986.30 | (i.e., $4,000 x 90/365 (# days from 1/2/07 to 4/2/07 divided by 365, the totals days in year) |
| *Total:* | *$20,986.30* | |

2. Amend the Judgment to reflect the award of post-judgment interest at 10% on the unpaid wages (i.e., $40,000) pursuant to C.G.S. §§37-3a and 37-3b running from April 2, 2007 until the Judgment is satisfied (Ruling at p. 29 and 29 n.7); and

3. Amend the Judgment to reflect the award of additional transcript costs for the depositions of Daniel Kinnaman, Joseph Hanson and Daniel Shannon in the amount of $847.00, representing the number of pages for the deposition transcripts allowed in the Ruling (pp. 50-51) times $3.50 per page (see letter from court reporter attached hereto).

By _____
Scott R. Lucas (ct00517)
*Attorney for Plaintiff*
*Lisa K. Blumenschine*
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com

## CAMPANO & ASSOCIATES

COURT REPORTING SERVICES
P.O. BOX 370
WILTON, CT 06897-0370
203-846-3402   FAX 203-845-0398



September 26, 2006

Re:   Blumenschine v. Professional Media Group, LLC

To Whom It May Concern:

The Deposition of William Ziperman taken on September 16, 2003 is 98 pages billed out at $3.50 per page. The Deposition of David Xavier Boucher taken on September 24, 2003 is 62 pages billed out at $3.50 per page. The Deposition of Daniel Shannon taken on September 24, 2003 is 110 pages billed out at $3.50 per page. The Deposition of Daniel Kinnaman taken on September 26, 2003 is 61 pages billed out at $3.50 per page. The Deposition of Joseph Hanson taken on September 30, 2003 is 71 pages billed out at $3.50 per page.

Very truly yours,

*Maria B. Hughes*

Maria B. Hughes, LSR

MBH/rb

Enc.

## *CERTIFICATE OF SERVICE*

This is to certify that on this 2nd day of April, 2007, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties, as listed below, by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

George P. Birnbaum, Esq.
Thomas P. Minogue, Esq.
Michael L. Ferch, Esq.
Minogue Birnbaum LLP
237 Elm Street
New Canaan, CT 06840
Phone: (203) 966-6916
Fax: (203) 966-6917

Scott R. Lucas (ct00517)
Martin, Lucas & Chioffi, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com