```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT
                                        :
LISA K. BLUMENSCHINE                    :
                                        :
v.                                      :  CIV. NO. 3:02CV2244 (HBF)
                                        :
PROFESSIONAL MEDIA GROUP, LLC           :
                                        :
                                        :
                                        :
```

### SUPPLEMENTAL JUDGMENT

On May 24, 2006, a jury awarded plaintiff $40,000 in wages and an additional $10,000 as a severance payment, based on her claims of negligent misrepresentation and violation of the Connecticut Wage Statute. On March 30, 2007, in a ruling on post trial motions, the Court doubled the wages and awarded prejudgment and post-judgment interest, attorneys fees of $36,213.37 and costs in the amount of $1,921.71. [Doc. #103]. Judgment entered on March 30, 2007. [Doc. #104].

Pending is plaintiff's Motion for Supplemental Judgment **[Doc. #105]**, seeking (1) $20,986.30 in prejudgment interest from the date of the termination of plaintiff's employment, January 2, 2002, through entry of judgment on April 2, 2007; (2) post-judgment interest at a rate of ten percent (10%) from April 2, 2007 until the judgment is satisfied, pursuant to Conn. Gen. Stat. §§37-3a and 37-3b; and (3) an additional award of costs for the depositions of Daniel Kinneman, Joseph Hanson and Daniel Shannon.

Plaintiff's Motion for Supplemental Judgement **[Doc. #105]** is **GRANTED** as follows. Prejudgment interest is awarded in the amount of **$20,986.30** and post judgment interest at ten percent (10%) is awarded pursuant to Conn. Gen. Stat. §§ 37-3a and 37-3b, running from April 2, 2007, until judgment is satisfied.

Additional costs are awarded for deposition transcripts for Daniel Kinneman in the amount of **$240.95,** Joseph Hanson in the amount of **$248.50,** and Daniel Shannon in the amount of **$385.00.**[1]

This is not a recommended ruling. The parties consented to proceed before a United States Magistrate Judge [Doc. #48] on February 9, 2006, with appeal to the Court of Appeals.

SO ORDERED at Bridgeport this 17thth day of April 2007.

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court reserved on entry of costs for these three depositions, subject to receipt of supporting documentation for the number of pages and the page rate charged. [Doc. #103 at 50]. This documentation was provided with this motion for supplemental judgment. [Doc. #105 at 3].