UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA K. BLUMENSCHINE, | : | CIVIL ACTION NO. |
| | : | 302 CV 2244 (HBF) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| PROFESSIONAL MEDIA GROUP, LLC, | : | MAY 31, 2007 |
| | : | |
| Defendant. | : | |

### SATISFACTION OF JUDGMENT

Lisa K. Blumenschine, plaintiff herein, hereby gives notice that the Judgment and Supplemental Judgment entered in her favor on March 30, 2007 and April 17, 2007, respectively, against the defendant herein has been satisfied.

By_____
Scott R. Lucas (ct00517)
*Attorney for Plaintiff*
Martin Lucas & Chioffi, LLP
177 Summer Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com

## CERTIFICATE OF SERVICE

This is to certify that on this 31st day of May, 2007, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties, as listed below, by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

George P. Birnbaum, Esq.
Law Offices of George P. Birnbaum
22 Old Studio Road
New Canaan, CT 06840
Phone: (203) 966-9770
Fax: (203) 966-2208

Michael L. Ferch, Esq.
Law Offices of George P. Birnbaum
130 West 57th Street
New York, NY 10019
Phone: (212) 956-1313
Fax: (212) 956-4596

Scott R. Lucas (ct00517)
Martin, Lucas & Chioffi, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com